# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

Jennifer VanDerStok; et al.
Plaintiff

v.

Merrick Garland, in his official capacity; et al.
Defendant

4:22-cv-691
Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT
### (This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Plaintiffs Jennifer VanDerStok; Michael G. Andren; Tactical Machining, LLC; and Firearms Policy Coalition, Inc.

provides the following information:

 For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
***Please separate names with a comma. Only text visible within box will print.***

Tactical Machining, LLC - None,
Firearms Policy Coalition, Inc. - None

 A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
***Please separate names with a comma. Only text visible within box will print.***

Plaintiffs Jennifer VanDerStok; Michael G. Andren; Tactical Machining, LLC; and Firearms Policy Coalition, Inc., as well as Darren Peters, the Owner/Principal of Tactical Machining, LLC.

Defendants Merrick Garland, in his official capacity; the United States Department of Justice; Steven Dettelbach, in his official capacity; and the Bureau of Alcohol, Tobacco, Firearms and Explosives.

| | |
|---|---|
| Date: | August 11, 2022 |
| Signature: | /s/ R. Brent Cooper |
| Print Name: | R. Brent Cooper |
| Bar Number: | 04783250 |
| Address: | 900 Jackson Street, Suite 100 |
| City, State, Zip: | Dallas, Texas 75202 |
| Telephone: | (214) 712-9500 |
| Fax: | (214) 712-9540 |
| E-Mail: | brent.cooper@cooperscully.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.