## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| JENNIFER VANDERSTOK; MICHAEL G. ANDREN; TACTICAL MACHINING, LLC, a limited liability company; FIREARMS POLICY COALITION, INC., a nonprofit corporation,<br><br>*Plaintiffs*,<br><br>v.<br><br>MERRICK GARLAND, in his official capacity as Attorney General of the United States; UNITED STATES DEPARTMENT OF JUSTICE; STEVEN DETTELBACH, in his official capacity as Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives; and BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES,<br><br>*Defendants*. | Civil Action No. 4:22-cv-00691-O |

## NOTICE OF RELATED CASES

Plaintiffs Jennifer VanDerStok; Michael G. Andren; Tactical Machining, LLC; and Firearms Policy Coalition, Inc., hereby submit the following notice of related cases pursuant to Local Rule 3.3:

1. *Division 80, LLC v. Garland*, No. 3:22-cv-00148 (S.D. Tex.)

An Administrative Procedure Act challenge brought by Division 80 LLC to the same Final Rule issued by the Department of Justice and Bureau of Alcohol,

Tobacco, Firearms, and Explosives at issue here. The matter was filed on May 9, 2022, and is active. Plaintiff filed a Motion for a Preliminary Injunction on June 6, 2022.  The motion is fully briefed, was argued on August 9, 2022, and is pending a decision from the court.

2.    *Morehouse Enterprises, LLC v. Bureau of Alcohol, Tobacco, Firearms and Explosives*, No. 3:22-cv-00116 (D.N.D.)

An Administrative Procedure Act challenge by Morehouse Enterprises, LLC, d/b/a Bridge City Ordnance; Eliezer Jimenez; Gun Owners of America, Inc.; and Gun Owners Foundation to the same Final Rule issued by the Department of Justice and Bureau of Alcohol, Tobacco, Firearms, and Explosives at issue here. The matter was filed on July 5, 2022, and is active. Plaintiffs filed an Amended Complaint on July 27, 2022, adding the states of Arizona, West Virginia, Alaska, Arkansas, Idaho, Indiana, Kansas, Kentucky, Louisiana, Missouri, Montana, Nebraska, Oklahoma, South Carolina, Texas, Utah, and Wyoming as plaintiffs. Plaintiffs filed a Motion for a Preliminary Injunction on July 25, 2022. Defendants Response is due by August 15, 2022.

Respectfully submitted,

*/s/ R. Brent Cooper*
R. Brent Cooper (TX Bar No. 04783250)
COOPER & SCULLY, P.C.
900 Jackson Street, Suite 100
Dallas, Texas  75202
Telephone: (214) 712-9500
Telecopy: (214) 712-9540
brent.cooper@cooperscully.com


Cody J. Wisniewski* (CO Bar No. 50415)
FIREARMS POLICY COALITION
5550 Painted Mirage Road, Suite 320
Las Vegas, NV  89149
Telephone: (916) 378-5785
Telecopy: (916) 476-2392
cwi@fpchq.org

Kaitlyn D. Schiraldi* (TN Bar No. 039737)
Erin M. Erhardt* (CO Bar No. 49360)
MOUNTAIN STATES LEGAL FOUNDATION
2596 S. Lewis Way
Lakewood, CO  80227
Telephone: (303) 292-2021
Telecopy: (877) 349-7074
kschiraldi@mslegal.org
eerhardt@mslegal.org

**Pro hac vice* applications forthcoming

*Attorneys for Plaintiffs*