

**STATE OF COLORADO, ss:**

I, **Cheryl Stevens**, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**Cody James Wisniewski**

has been duly licensed and admitted to practice as an

## ATTORNEY AND COUNSELOR AT LAW

within this State; and that his/her name appears upon the Roll of Attorneys

and Counselors at Law in my office of date the **8th**

day of **December** A.D. **2016** and that at the date

hereof the said **Cody James Wisniewski** is in good standing

at this Bar.



IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this **11th** day of **August** A.D. **2022**

*Cheryl Stevens*
Clerk

By _____
Deputy Clerk