UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Jennifer VanDerStok, et al. | § |
| _Plaintiff_ | § |
| | § |
| | § |
| | § |
| v. | §   Case No. ___4:22-cv-691___ |
| | § |
| | § |
| Merrick Garland, et al. | § |
| _Defendant_ | § |
| | § |

**APPLICATION FOR ADMISSION _PRO HAC VICE_**
(Complete all questions; indicate "N/A" if necessary.)

**I.**     Applicant is an attorney and a member of the law firm of (or practices under the name of)

___Erin M. Erhardt___, with offices at

___Mountain States Legal Foundation | 2596 South Lewis Way___
(Street Address)

___Lakewood___                    ___CO___                  ___80227___
(City)                                   (State)                 (Zip Code)

___(303) 292-2021___                  ___(877) 349-7074___
(Telephone No.)                          (Fax No.)

**II.**    Applicant will sign all filings with the name ___Erin M. Erhardt___.

**III.**   Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

Plaintiffs Jennifer VanDerStok; Michael G. Andren, individuals; Tactical Machining, LLC, a limited liability company; and Firearms Policy Coalition, Inc., a nonprofit corporation

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.**    Applicant is a member in good standing of the bar of the highest court of the state of

Colorado
_____, where Applicant regularly practices law.

Bar license number:__49360_____    Admission date:__2/22/2018_____

> For Court Use Only.
> Bar StatusVerified:
>
> _____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.**    Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| U.S. Court of Appeals Second Circuit | July 2022 | Active |
| U.S. Supreme Court | August 2022 | Active |
| U.S. Court of Appeals Tenth Circuit | December 2021 | Active |
|  |  |  |

**VI.**    Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

   **N/A**

**VII.**    Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

   **N/A**

**VIII.**    Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

   **N/A**

**IX.**     Applicant has filed for *pro hac vice* admission in the United States District Court for the

Northern District of Texas during the past three (3) years in the following matters:     **N/A**

Date of Application:            Case No. And Style:

_____        _____

_____        _____

_____        _____

(If necessary, attach statement of additional applications.)


**X.**     Local counsel of record associated with Applicant in this matter is

R. Brent Cooper (TX Bar No. 04783250)
_____, who has offices at

Cooper & Scully P.C. | 900 Jackson Street, Suite 100
_____
(Street Address)

Dallas                                      TX                 75202
_____    _____    _____
(City)                                      (State)             (Zip Code)

(214) 712-9500                               (214) 712-9540
_____    _____
(Telephone No.)                              (Facsimile No.)


**XI.**     Check the appropriate box below.

For Application in a **Civil Case**

☒ **XX**     Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

☐     Applicant has read and will comply with the local criminal rules of this court.


**XII.**     Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only.  Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the ___11th___ day of ___August___, ___2022___.


Erin M. Erhardt
_____
Printed Name of Applicant

*/s/ Erin M. Erhardt*
_____
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature.  If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.