

**STATE OF COLORADO,** ss:

I, _____**Cheryl Stevens**_ , Clerk of the Supreme Court of t h e  S t a t e

o f  Colorado, do hereby certify that

_____**Erin Marie Erhardt**_____

has been duly licensed and admitted to practice as an

ATTORNEY AND COUNSELOR AT LAW

within this State; and that his/her name appears upon the Roll of Attorneys

and Counselors at Law in my office of date the  ___**22**nd___

day of__**February**_____ A.D.  __**2016**__  and that at the date hereof

the said  ___**Erin Marie Erhardt**_____  is in good standing a t  this Bar.

IN WITNESS WHEREOF, I have hereunto subscribed my name and

affixed the Seal of said Supreme Court, at Denver, in said State, this

__**29**th_____ day of_____**June**_____ A.D **2022**

_____

_____

**Cheryl Stevens**

Clerk

By _____

Deputy Clerk