UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

VanDerStok, et al.
_____
*Plaintiff*

v.   Case No. 4:22-cv-691

Merrick Garland, et al.
_____
*Defendant*

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.** Applicant is an attorney and a member of the law firm of (or practices under the name of)

Kaitlyn D. Schiraldi, with offices at

Mountain States Legal Foundation | 2596 South Lewis Way
(Street Address)

Lakewood  CO  80227
(City)  (State)  (Zip Code)

(303) 292-2021  (877) 349-7074
(Telephone No.)  (Fax No.)

**II.** Applicant will sign all filings with the name Kaitlyn D. Schiraldi.

**III.** Applicant has been retained personally or as a member of the above-named firm by:
(List All Parties Represented)

Plaintiffs Jennifer VanDerStok; Michael G. Andren, individuals; Tactical Machining, LLC, a limited liability company; and Firearms Policy Coalition, Inc., a nonprofit corporation

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of Tennessee, where Applicant regularly practices law.

Bar license number: 039737   Admission date: February 2022

For Court Use Only.
Bar Status Verified:
_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| U.S. Court of Appeals Second Circuit | March 2022 | Active |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:   **N/A**

Date of Application:          Case No. And Style:

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

R. Brent Cooper (TX Bar No. 04783250)_____, who has offices at

Cooper & Scully P.C. | 900 Jackson Street, Suite 100
(Street Address)

Dallas                                TX                     75202
(City)                               (State)                (Zip Code)

(214) 712-9500                       (214) 712-9540
(Telephone No.)                      (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

[XX] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the ___11th___ day of ___August___, __2022__.

Kaitlyn D. Schiraldi
Printed Name of Applicant

*/s/ Kaitlyn D. Schiraldi*
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.