IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| Colleen Baum, as next friend of daughter, Cate Baum; Imelda Garcia, as next friend of daughter Angela Benitez; and Jacquella Stewart, as next friend of daughter, Jaquesha Stewart,<br><br>*Plaintiffs*,<br><br>v.<br><br>FORT WORTH INDEPENDENT SCHOOL DISTRICT,<br><br>*Defendant*. | CIVIL ACTION NO. 4:21-cv-01262-Y |

**APPENDIX IN SUPPORT OF DEFENDANT FORT WORTH INDEPENDENT SCHOOL DISTRICT'S MOTION TO DISMISS PLAINTIFFS' ORIGINAL COMPLAINT UNDER FEDERAL RULES OF CIVIL PROCEDURE 12(B)(1) AND 12(B)(6) AND BRIEF IN SUPPORT**

| Tab | Document | Page(s) |
|---|---|---|
| 1. | Excerpts of University Interscholastic League Constitution and Contest Rules, 2021-2022, 112th Ed. | APP. 001–011 |

1

Respectfully submitted,

*/s/       Adam Rothey*
K. ADAM ROTHEY
State Bar No. 24051274
arothey@thompsonhorton.com

KATHRYN E. LONG
State Bar No. 24041679
klong@thompsonhorton.com

**THOMPSON & HORTON LLP**
500 North Akard Street, Suite 3150
Dallas, Texas 75201
(972) 853-5115 – Telephone
(972) 692-8334 – Facsimile

*Attorneys for Defendant Fort Worth Independent School District*

## CERTIFICATE OF SERVICE

The undersigned certifies that on January 24, 2022, a true and correct copy of this document has been served upon all parties via the Court's electronic filing system. A paper copy has also been sent via U.S. Mail to the judge's chambers pursuant to the Court's specific requirements.

| | |
|---|---|
| Frank Hill | Senior District Judge Terry R. Means |
| Stephanie Klein | United States District Court |
| HILL GILSTRAP, P.C. | for the Northern District of Texas |
| 1400 W. Abram Street | 501 W. 10th Street, Room 502 |
| Arlington, Texas 76013 | Fort Worth, Texas 76102 |
| (817) 261-2222 – Telephone | |
| (817) 861-4685 – Facsimile | |
| fhill@hillgilstrap.com | |
| sklein@hillgilstrap.com | |

*/s/       Adam Rothey*
K. ADAM ROTHEY

2

# C&CR

# Constitution and Contest Rules



2021-2022
One Hundred and Twelfth Edition

**University Interscholastic League**

The University of Texas at Austin

**App. 001**

112th Edition of the

# Constitution and Contest Rules

of the

University Interscholastic League

2021-2022

Telephone: 512-471-5883
Theatre Only: 512-471-9996

P.O. Box 8028
Austin, Texas  78713

Fax: Administration – 512-471-5908
Fax: Academics – 512-232-7311
Fax: Athletics – 512-471-6589
Fax: Theatre – 512-471-7388
Fax: Order Department – 512-232-6471

E-mail Addresses:
Administration/Eligibility: info@uiltexas.org
Academics: academics@uiltexas.org
Theatre: theatre@uiltexas.org
Music: music@uiltexas.org
Athletics: athletics@uiltexas.org
Media/Public Information: pr@uiltexas.org

Print Date: July 15, 2021
See website for most current revisions.
WEB Address: www.uiltexas.org

THE UNIVERSITY OF TEXAS AT AUSTIN

**App. 002**

*This publication is not copyrighted. Any or all sections may be duplicated.*

*The benefits of education and of useful knowledge, generally diffused through a community, are essential to the preservation of a free government.*

SAM HOUSTON

*Cultivated mind is the guardian genius of Democracy, and while guided and controlled by virtue, the noblest attribute of man. It is the only dictator that freemen acknowledge, and is the only security which freemen desire.*

MIRABEAU B. LAMAR

*School and community opinion should be so conditioned that every interschool contest dramatizes not only the reign of law but the reign of a higher law giving the Spirit of the rules precedence over the Letter, thus establishing a jurisdiction in which Conscience is the court of final appeal, empowered to confer the ultimate and most highly valued awards.*

*Educational Competition*
*The Story of the University Interscholastic League*
by ROY BEDICHEK
UIL Director, 1921-1948

**App. 003**

# Chapter 1: Constitution

Subchapter A. NAME OF ORGANIZATION

Section 1:   NAME

The name of the organization shall be University Interscholastic League (UIL).

Subchapter B. OBJECTIVES

Section 2:   OBJECTIVES OF THE UIL

The objectives of the UIL are:
(a) to enhance students' educational experience;
(b) to prepare them for citizenship by providing inter-school competition among the public elementary and secondary schools of Texas; and
(c) to establish rules and procedures for sanctioning and conducting interscholastic competition, including rules providing penalties for rules violations by school district personnel, that are consistent with rules of the State Board of Education.

Subchapter C. DEFINITIONS AND GENERAL PROVISIONS

Section 5:   DEFINITIONS

In the *Constitution and Contest Rules*, unless the context requires otherwise:
(a) *Academy*: two-year school for academically gifted and talented; created by the state legislature, under the management and control of the board of regents of the Texas State University System. **Examples**: Texas Academy of Leadership in the Humanities, Lamar University, Beaumont, and Texas Academy of Mathematics and Science, University of North Texas, Denton.
(b) *Alternative School:* generally alternative schools are schools without defined attendance zones. Alternative schools include (but may not be limited to): discipline alternative education programs, juvenile justice alternative education programs, juvenile detention centers, county jails, drop-out prevention and drop-out recovery schools, credit recovery schools, schools of choice, ISD charters, high school equivalency (GED) programs, career and technical education campuses, early college campuses, T-STEM campuses, men's/women's leadership academies, multiple school district cooperative schools, or other ISD schools that do not have defined attendance zones from which they draw their students
(c) *Calendar week*: 12:01 a.m. on Sunday through midnight on Saturday.
(d) *Charter school*: an open enrollment school approved by the State Board of Education.
(e) *Constitution*: the *Constitution* of the UIL.
(f) *Contest:* includes competition.
(g) *Contest Rules*: the rules governing UIL contests and competitions adopted by the UIL.
(h) *Director*: the Executive Director of the UIL.
(i) *District*: a grouping of member schools within an established conference that is determined to facilitate reasonable competition among the schools in UIL contests for a two year period (designated as region in music competition).
(j) *District Executive Committee*: the committee of superintendents or designated representatives of member schools within an assigned district.
(k) *Divorced parents*: parents whose divorce has been declared final. Parents who are separated or who have filed for a divorce are not divorced.
(l) *Elementary school*: a school that is a unit of a school district and offers instruction in kindergarten through the sixth grade, regardless of whether all of the grades are offered instruction in the same building.
(m) *Enrollment*: begins the day of a student's registration and attendance in a full class period and ceases with the last day of attendance.
(n) *Fan(s)*: devotees of a germane activity, e.g., spectators at a sporting event or a performance involving school students.
(o) *High school*: a school that is a unit of a school district and offers instruction in the ninth, tenth, eleventh or twelfth grades, or any combination thereof, whether all of the grades are offered instruction in the same building. A school also fits this definition if it has:
   (1) only one ninth grade, one tenth grade, one eleventh grade and one twelfth grade;
   (2) with one principal in charge of all four grades;
   (3) if all grades have the same school colors, the same school song and the same school paper; and
   (4) school is on an established campus with permanent classrooms.
   That school would be eligible for UIL membership as one four-year (grades nine through twelve) high school unit, even though all grades are not on the same campus or in the same building.
(p) *Intersession*: that period of time during a non-traditional school year when school is not in session or when a particular group of students is not required to attend school.

(q) *Junior high school*: a school that is a unit of a school district and offers instruction in the seventh and eighth grades, whether it also offers instruction in the sixth or ninth grade, and whether it occupies a building separate from an elementary or high school.

(r) *League*: The University Interscholastic League.

(s) *Legislative Council*: The Legislative Council of the UIL.

(t) *Magnet program*: curriculum offered within a high school that also serves students in a regular high school setting.

(u) *Magnet school*: a high school within a multiple high school district where all students participate in the magnet curriculum.

(v) *Member school*: a public elementary or secondary school that is part of a member school district and for which the annual participation fee has been paid

(w) *Non-enrolled (home schooled) student*: means a student who receives instruction from a non-public school as described in section 29.916(a)(1) and 33.0832 of the Texas Education Code.

(x) *Non-participating school*: a public secondary school that is part of a member school district that is classified as a member or non-member and has not elected to participate in the germane activity.

(y) *Non-traditional school year*: any school year based on a system other than an approximate nine consecutive month instructional period with an approximate three month vacation during the summer months.

(z) *Optional attendance area*: a policy created by school board in a multiple high school district that permits students within that ISD to select the high school they wish to attend. **Examples:** school board policy allows students the option to transfer to a school outside their attendance zone to enroll in a magnet program; court mandated majority to minority transfers.

(aa) *Patron(s)*: person(s) who reside in the germane school district.

(bb) *Postsecondary institution*: a public or private educational institution that offers education and training beyond the high school, whether it requires graduation from high school for admission to its program.

(cc) *Radio Broadcast:* any live or delayed audio only broadcast of a contest regardless of the means or medium of transmission.

(dd) *Recruit*: to encourage a student in any way to change schools for the purpose of participating in UIL activities at any grade level. It could include offering a student or the student's parent cash, waiver of tuition, board or lodging, transportation, promise of better conditions at the participant school or on its team, a job or other valuable consideration to induce the student to enroll in a participant school.

(ee) *Region*: a grouping of districts of member schools that is determined to facilitate reasonable competition among schools certified to represent their districts in UIL contests (designated as area in music competition).

(ff) *School district*: an independent school district, a city or municipal school district, and common school district.

(gg) *School week*: the week beginning at 12:01 a.m. on the first instructional day of a calendar week and ends at the close of instruction on the last instructional day of the calendar week, excluding holidays.

(hh) *Sponsor*: any person who is principally responsible, or responsible by delegation, for directing or coaching any student in UIL contests.

(ii) *State Board of Education*: reference to rules of the State Board of Education including rules of the Commissioner of Education.

(jj) *State Executive Committee*: the State Executive Committee of the UIL.

(kk) *Summer months or summer vacation*: the approximately three consecutive month period of time during the summer when schools using a traditional school year are closed.

(ll) *Superintendent*: the superintendent of an independent school district and/or a superintendent's counterpart in a charter school or in those private schools eligible for UIL membership.

(mm) *Telecast:* any live or tape-delayed video footage of a contest in its entirety regardless of the means of transmission.

(nn) *Traditional school year*: an approximate nine consecutive month instructional period with an approximate three month vacation during the summer months.

(oo) *Transfer student*: a student who changes school without a corresponding change of residence by the student's parents into the new school attendance zone.

(pp) *UIL contest*: interschool competition in any contest listed in Section 380.

(qq) *Valuable consideration*: any tangible or intangible property or service that has any value, including anything that is wearable, usable or salable.

(rr) <u>*Varsity*: a contest entry level as provided for in academic, music and athletic plans at which the team, team member or individual student is designated by the school to represent it in UIL district, region, zone, area, state or non-conference contests.</u>

(ss) *Vocational high school*: a high school within a multiple high school district where all students participate in the vocational curriculum.

Section 6:   COMPUTATION OF TIME TO ACT

(a) COUNTING AFTER AN EVENT. When action is required within a specified period of time after a specific act or occurrence, counting starts the day after the act or occurrence. Do not count Saturday, Sunday, or federal or state holidays.

(b) COUNTING BEFORE AN EVENT. When action is required within a specified period of time before a specific occurrence, counting ends the day before the act or occurrence. Count backwards beginning with the day prior to the event to find the date action should be taken. Do not count Saturday, Sunday, or federal or state holidays.

Subchapter D. MEMBERSHIP IN UIL

Section 10:   QUALIFICATIONS FOR MEMBERSHIP

A public school district or open enrollment charter school in Texas that is subject to accreditation by the Texas Education Agency, or a private school subject to accreditation by the Texas Private School Accreditation Commission, may become a member of the UIL in accordance with the following:

(a) ALL HIGH SCHOOLS. A high school must fit the definition of "High School" in Section 5 in order to be eligible to participate in UIL competition.

(b) PUBLIC SCHOOL DISTRICTS AND OPEN ENROLLMENT CHARTER SCHOOLS. Unless its right to participate has been suspended or revoked by the UIL, an open enrollment charter school, and a public high school, junior high school or elementary school of a school district that is a member of the UIL and for which the district has paid the annual participation fee, is eligible to participate in UIL competition.

(c) PRIVATE SCHOOLS. Unless its right to participate has been suspended or revoked for violating rules or codes by another league similar to the UIL, a Texas non-public school may apply for UIL membership in the largest conference provided the school meets all the following conditions:
   (1) school is accredited by the Texas Private School Accreditation Commission;
   (2) school does not qualify for membership in any other organization similar to the UIL.

Section 11:   ADMISSION TO MEMBERSHIP

A school seeking membership in the UIL shall submit its application to the Executive Director. If the application (a) demonstrates that the school district or open enrollment charter school is eligible for membership, (b) states that the school board and superintendent comply and will comply with applicable state law, Texas Education Agency regulations and the terms of participation in UIL contests as set out in the *Constitution and Contest Rules*, (c) is signed by the superintendent, and (d) is accompanied by payment of the annual membership fee, the Executive Director shall enroll the school as a member of the UIL.

Section 12:   MEMBERSHIP DUES

(a) ANNUAL MEMBERSHIP DUES. A member school shall pay annual membership dues in an amount determined by the Legislative Council.

Section 13:   INITIAL AND CONTINUATION OF MEMBERSHIP AND RIGHT TO PARTICIPATE

(a) NEW MEMBERSHIP. After enrollment as a new member but before membership can be effective, a school must provide certification from the school superintendent that the school superintendent, member secondary school principals, and all coaches, sponsors, and directors of UIL activities have completed the new school training required by the UIL Legislative Council. All school personnel required to complete the training must do so no later than August 15 of the first school year in which the school will be participating in UIL activities. Any member school superintendent or secondary school principal who is employed after August 15 must complete the training within 60 days of employment in that position. Any school employee assigned as a UIL coach, director, or sponsor after August 15 must complete the training prior to the first organized activity.

(b) CONTINUATION. A member school or school district may continue its membership by paying the annual membership fee before October 1 for the membership year of August 1 through July 31. If it fails to pay the annual fee before October 1, a school's or school district's membership may be suspended. Eligibility to participate in activities after this time is subject to decision of the State Executive Committee. If a member school or school district fails to pay its fee before January 1, the school's or school district's membership for the current school year may be terminated. If the school's membership is terminated, the school or school district may reapply for membership.

(c) SCHOOL PERSONNEL TRAINING. A member school's right to continue to participate in UIL contests is subject to certification by the school superin-

Random Steroid Testing Parent and Student Notification/Agreement Form.

(6) *Concussion Acknowledgement Form*. According to Section 38.155 of the Texas Education Code, "a student may not participate in an interscholastic athletic activity for a school year until both the student and the student's parent or guardian or another person with legal authority to make medical decisions for the student have signed a form for that school year that acknowledges receiving and reading written information that explains concussion prevention, symptoms, treatment, and oversight and that includes guidelines for safely resuming participation in an athletic activity following a concussion ….." * This section also applies to students participating in the cheerleading program at the school.

(7) *Sudden Cardiac Arrest Awareness Form*. Each year prior to any practice or participation in athletics, a UIL Sudden Cardiac Arrest Awareness form signed by both student and a parent or guardian is required.

(8) *Completion of Forms:* Completion of forms as outlined in 1, 2 and 7 above satisfies the requirements contained in Section 33.096 of the Texas Education Code (TEC).
   (A) The UIL Medical Advisory Committee (MAC) has reviewed and updated the required forms listed to ensure compliance with TEC 33.096.
   (B) If there is a reason why a school cannot comply with the above requirements, that school's administration should submit a request for exemption from TEC 33.096 to the UIL Executive Director or their designee.
   (C) An electrocardiogram (ECG) is not required. Should a parent/guardian choose the option of an ECG for his or her child, the parent/guardian is responsible for having the ECG administered and read in compliance with the law. A school district may provide an opportunity for this through an ECG program and may fund the program. A school is not required to provide such a program.

(b) VARSITY ELIGIBILITY REQUIREMENTS.
   (1) *Subchapter M*. Only students satisfying all the requirements in Subchapter M of the *Constitution* are eligible for varsity competition.
   (2) *Non-District Games*. In non-district interschool games or contests, only eligible students may participate. Each school shall complete a varsity eligibility list for each sport.
   (3) *Eligibility Forms*. Schools shall submit comprehensive eligibility forms for football, basketball, volleyball, softball, baseball and soccer. For all other athletic activities general alphabetical listing of eligible athletes is required. One copy shall be sent to the District Executive Committee Chair and one copy shall be filed in the school's office.
   (4) *Certification*. Completed eligibility forms are to be signed by the superintendent or a designated administrator and the coach. These forms are to be submitted before a contestant is allowed to participate in a varsity contest.
   (5) *Suspension*. Failure to furnish correct and complete information may, upon request by the proper committee, constitute grounds for suspension.

(c) PREVIOUS ATHLETIC PARTICIPATION FORM. The Previous Athletic Participation Form is required if a new student in grades 9-12 practiced or participated with his or her former school in grades eight through twelve during any previous school year in any athletic activity.

(d) MINIMUM PENALTY. If an eligibility form or a Previous Athletic Participation Form was not filed prior to competition, and it was an inadvertent error and the student is actually eligible under Subchapter M of the *Constitution*, the District Executive Committee is not required to demand forfeiture or to rule the student ineligible. They may assess the minimum penalty of reprimand to the school.

(e) SUB-VARSITY ELIGIBILITY REQUIREMENTS. An individual is eligible to participate in UIL contests if that individual is a full-time student of the member school the student represents, has been in attendance and has passed the number of courses required by state law and by rules of the State Board of Education, and is passing the number of courses required by state law and by rules of the State Board of Education; or is a non-enrolled (home schooled) student seeking participation and is in compliance with all provisions included in section 33.0832 of the Texas Education Code.

Section 1206:   SCHOOL PRACTICE AND GAME RESTRICTIONS

(a) NON-TRADITIONAL SCHOOL YEARS. (Refer to Section 383).

(b) SUNDAY PROHIBITION. A UIL member school shall not participate in any athletic contest or conduct any practice or teach any plays, formations or skills on Sunday.
  (1) *Violation*. Any showing of films to or meetings of athletes for the purpose of instruction or reviewing of plays, formations or skills in any sport will be construed as a violation.
  (2) *Coaches Sunday Meetings*. This does not prevent coaches from meeting on Sunday or from seeing films or planning an instructional program, provided no athletes are involved in this meeting.
  (3) *Exceptions*.
    (A) Golf. If the regional and/or state golf tournaments are scheduled on a Monday, the one 18-hole practice round allowed at the regional and/or state tournament site may be played on the Sunday afternoon preceding the meet (no earlier than 12:00 noon) if permitted by the regional or state meet director.
    (B) Tennis. If the regional and/or state tennis tournaments are scheduled on a Monday, and if participants arrive at the site on the preceding Sunday because of travel distance, it will not be a violation of this rule if school district personnel accompany or transport participants to a tennis court for the purpose of practicing on their own, if permitted by the regional or state meet director.
    (C) Cross-country. If the regional and/or state cross-country meets are scheduled on a Monday, and if participants arrive at the site on the preceding Sunday because of travel distance, it will not be a violation of this rule if school district personnel accompany or transport participants to the course site for the purpose of practicing on their own, if permitted by the regional or state director.
(c) REGIONAL AND STATE COMPETITION AND PRACTICES ON SUNDAY. The UIL Executive Director, or designee, may grant exceptions to Section 1206 (b) on a case-by-case basis for team sports competitions and practices related to regional or state events when conditions exist that warrant such an exception. Regional or state tournament directors may reschedule postponed or weather delayed tournaments on Sunday afternoon or evening with prior approval of the tournament director and the participating schools and with prior permission from the UIL Executive Director.
(d) SCHOOL OFF-SEASON WORKOUTS, IN-SCHOOL DAY PERIOD.
  (1) Accelerated physical education activities, calisthenics, skills, strength training or conditioning exercises may be conducted during the school year within the school day provided such activities do not exceed one regular classroom period, not to exceed 60 minutes when classes meet every day (300 minutes per week for block schedules). This provision applies to a non-enrolled (home schooled) student participating in accordance with section 33.0832 of the Texas Education Code.
  (2) The 7th, 8th or zero period for athletics is considered part of the school day, provided all students enrolled in the class are receiving state or local credit toward graduation and are not enrolled in any other physical education class. The 7th, 8th or zero period may not be longer than other class periods. This period may not exceed one 60-minute period.
  (3) Schools may use non-traditional systems for length of classes provided:
    (A) the classes meet within the regular school day;
    (B) classes are alternated throughout the semester and meet on Monday-Wednesday-Friday one week and Tuesday-Thursday the next week; and
    (C) the schedule is mandated at the beginning of the semester and is not changed to allow for more time during an abbreviated school week.
  (4) This period includes dressing, the actual off-season conditioning, redressing in street clothes, etc. Passing and punting machines, chalk talks and films are permitted. Full team drills are permitted in team sport practices.
(e) ATHLETIC/PHYSICAL EDUCATION CLASSES. Student-athletes shall not be enrolled in more than one physical education and/or athletic class whether or not they are receiving credit. **Exceptions:** (with local school approval) PE Class: adventure/outdoor education; PE substitutes: Partners PE, JROTC, cheerleading, drill team, marching band.
(f) OFF-SEASON SCHOOL TEAM PRACTICES PROHIBITED. School teams shall not practice outside the specific allowable practice dates except during the one in-school day practice peri-

od. Off-season activities before or after the school day or during the lunch periods are specifically prohibited. This does not prevent students from using school-issued shoes and/or clothing before or after school; however, participation before or after school shall be strictly voluntary and not required, and coaches shall not instruct students in any manner. For additional restrictions, see the Football Plan.

(g) SCHOOL SUMMER PRACTICE PROHIBITED. Any specific grouping of high school baseball, softball, basketball, football, soccer or volleyball participants during the summer months for the purpose of conditioning and/or organized athletic team instruction is prohibited except as specifically provided for within the plans for these activities and in (h) below.

(h) SUMMER STRENGTH/CONDITIONING PROGRAMS & SPORT SPECIFIC SKILL INSTRUCTION. Summer strength and conditioning programs and sport specific skill instruction may be conducted by school coaches for students in grades 7-12 from that coach's attendance zone only under the following conditions.
  (1) Sessions may be conducted by school coaches starting on Monday of the first week school is not in session and ending on a date set forth by the UIL Calendar. Sessions may be conducted only on Monday through Friday.
    (A) A student may attend no more than one two-hour strength and conditioning session conducted by a school coach or coaches, per day. Schools shall take administrative care to prohibit an athlete from working with one school coach for two hours and a separate school coach for another two hours.
    (B) A student may attend no more than two hours per week of sport specific skill instruction, conducted by a school coach or coaches, with a one hour maximum in any one given day.
  (2) Sessions conducted by school coaches shall include only students who are incoming seventh graders or above.
  (3) Sessions shall include only strength and conditioning instruction, exercises, and sport specific skill instruction. Football contact/restricted equipment is prohibited.
  (4) School shirts, shorts and shoes may be provided by the school.
  (5) Attendance shall be voluntary. Coaches shall not require athletes to attend in order to try out for or participate in any UIL sport. Attendance records shall be kept, however students shall not be required or allowed to make up missed days. Students may work out on their own, without direction of the school coach.
  (6) Fees, if any, shall be established and approved by the superintendent and collected by the school. The Texas Education Code requires school districts to adopt procedures for waiving fees charged for participation if a student is unable to pay the fee, and the procedures should be made known to the public. Fees for all other students shall be paid by the students and/or their parents.
  (7) Any payment for conducting strength and conditioning sessions to school coaches who instruct students from their attendance zone shall be from the school and no other source.

(i) OFF-SEASON SCHOOL FACILITY USE. Athletes may attend open gyms, facilities and weight rooms. School personnel shall make every effort to see that students understand that participation is strictly voluntary and never required. Participation shall not be a prerequisite for trying out for a school team. Attendance records may not be kept. Coaches may be present to supervise the facilities and school equipment, if permitted. Coaches shall not provide specific instruction in sport skills. Weight lifting instruction is permitted and progress charts may be kept. Facilities may be made available to athletes under the following conditions:
  (1) Recreational opportunities receive advance approval by the local school board and administration.
  (2) The dates and times of operation shall be announced, posted or publicized so that every student attending that school is aware of the opportunity.
  (3) Each activity is based on a first come, first served basis.
  (4) School coaches are responsible for notifying student athletes in their sport that their participation is strictly voluntary, never required, and is in no way a prerequisite for making the team or getting more playing time.
  (5) No instruction may be given on a Sunday or during the off-season of a team sport.
  (6) Someone other than a coach should be appointed to supervise facilities.
  (7) Coaches should not participate with their athletes in the athletes' sport. Such actions

**App. 009**

      place the responsibility on the coach and school to prove they are not violating Sunday and off-season regulations.

(8) Use of facilities may be restricted to that school's student body. Note: If only members of an athletic team are participating in their sport in an open recreational facility, it could be deemed a violation of off-season regulations.

Refer to sport specific manuals for further details.

(j) DAY OF GAME RESTRICTION. Participation in an off-season program shall not be required for varsity athletes on the day of an in-season varsity competition, or for non-varsity athletes on the day of an in-season non-varsity competition.

(k) ROOM AND BOARD RESTRICTIONS. Workout sessions which involve meals and/or overnight lodgings are prohibited.

(l) HOLIDAY RESTRICTION. A school shall not conduct contests or practices, use school facilities, personnel or equipment during five consecutive days of December. Any organized or required practice will be a violation of this regulation. Schools may choose any five consecutive days which include December 24, 25 and 26, with the following exceptions.

(1) When December 26 falls on a Thursday, schools may participate in a tournament game on December 26.

(2) When December 26 falls on a Thursday, schools shall still follow a five-consecutive day restriction, including December 24 and 25.

(3) No practice shall be permitted on any of the five consecutive days.

(4) Travel is not permitted on December 25.

(5) Travel is permitted on the 26th if a tournament game is scheduled on December 27; however, no practice shall be permitted on the 26th.

(6) A team that has a game on December 23 could travel home on December 24 and still be in compliance with this section.

(7) A school may request an exception to these travel restrictions when safety concerns exist relative to travel. The UIL Executive Director, or his or her designee, may grant the exception only when the school has clearly provided evidence of the travel safety concerns and determines the school cannot reasonably be expected to comply with these restrictions.

(m) <u>POWER LIFTING TEAM RESTRICTIONS.</u>

(1) <u>Power lifting teams shall be authorized by the superintendent or local board of trustees prior to their inception.</u>

(2) <u>If there is an in-school day athletic period, it is a violation for off-season athletes to participate in power lifting outside the school day unless weight training is also provided during the in-school day off-season period.</u>

(3) <u>Power lifting teams may not, in any way, be construed as part of a student's off-season conditioning responsibilities.</u>

(4) <u>Power lifting teams shall not be limited to athletes from a particular sport or to athletes specifically.</u>

(n) PRE-SEASON PRACTICE REGULATIONS FOR SPORTS WHICH BEGIN PRACTICE PRIOR TO THE SCHOOL YEAR.

(1) Student-athletes shall not engage in more than three hours of practice activities on those days during which one practice is conducted.

(2) Student-athletes shall not engage in more than five hours of practice activities on those days during which more than one practice is conducted.

(3) The maximum length of any single practice session shall be three hours.

(4) On days when more than one practice is conducted, there shall be, at a minimum, two hours of rest/recovery time between the end of one practice and the beginning of the next practice.

(5) Schools shall not schedule more than one practice on consecutive days and student-athletes shall not participate in multiple practices on consecutive days. **Exception**: Volleyball.

Section 1207:    RULES, VIOLATIONS AND PENALTIES

(a) RULE VIOLATIONS. Students who violate the rules in the specific athletic plans shall be subject to the penalty in the specific athletic plan, or subject to the range of penalties applicable to student representatives in Sections 27 and 29. The regulations in the athletic plans govern all varsity and sub-varsity teams and contestants. Ninth grade (whether in junior high, on a separate campus or with other high school grades) and other sub-varsity teams and contestants are restricted to the same game limitations, season, etc. as the varsity team.

(1) An individual who commits an offense under section 22.01 C 2 of the Texas Penal Code (assault of a sports participant) while participating in UIL contests will subject themselves and any school with which they are affiliated to the full range of penalties in sections 27 and 29 of the constitution, up to and including disqualification and suspension.

(2) Schools shall develop policies for preventing

any spectator who commits an offense under section 22.01 C 2 of the Texas Penal Code (assault of a sports participant) from attending future events in activities sanctioned by the league. The policy shall provide for the school to consider all circumstances of each incident when determining the length of suspension from future events in activities sanctioned by the league.

(b) ELIGIBILITY RULES. In addition to rules in individual sports plans, each varsity team and athlete shall observe all rules contained in Subchapter M of the *Constitution*.

(c) MINIMUM PENALTY FOR USING INELIGIBLE PLAYER. In the event an ineligible contestant is used in any UIL game or contest, knowingly or unknowingly, the minimum penalty shall be forfeiture of the game, contest or event. Refer to Section 27 (c)(3).

(d) UNATTACHED PARTICIPATION. In any UIL member school sponsored athletic contest, meet or tournament, UIL member high school students shall not be permitted to enter unattached. The penalty for violation of this rule shall be assessed against the member school(s) in violation. This provision applies to a non-enrolled (home schooled) student participating in accordance with section 33.0832 of the Texas Education Code.

(e) POSITIVE ANABOLIC STEROID TEST.
 (1) *First Positive Anabolic Steroid Test*. Upon a report of confirmation of a first positive specimen 'B' anabolic steroid test result during his/her high school participation, or upon a refusal to submit to testing after random selection, a student-athlete shall be suspended for thirty (30) school days of competition in all UIL athletic activities. Prior to eligibility restoration, a student-athlete shall undergo an exit anabolic steroid test and receive a negative result.
 (2) *Second Positive Anabolic Steroid Test*. Upon a report of confirmation of a second positive specimen 'B' anabolic steroid test result during his/her high school participation, or upon a refusal to submit to testing after random selection of a student-athlete who has previously been subjected to the first positive test penalty, a student-athlete shall be suspended from all UIL athletic contests for one (1) calendar year. Prior to eligibility restoration, a student-athlete shall undergo an exit anabolic steroid test and receive a negative result.
 (3) *Third Positive Anabolic Steroid Test*. Upon a report of confirmation of a third positive specimen 'B' anabolic steroid test result during his/her high school participation, or upon a refusal to submit to testing after random selection of a student-athlete who has previously been subjected to the first and second positive test penalties, a student-athlete shall be suspended from all UIL athletic contests for the remainder of his/her high school career at any UIL member school.
 (4) *Responsibility for Cost of Tests.* The UIL will cover the cost for the first exit test for purposes of eligibility restoration for the penalties outlined in (1) and (2) above. Any subsequent exit test(s) for purposes of eligibility restoration are conducted at the expense of the school, student-athlete or the family of the student-athlete. Only anabolic steroid tests conducted by the UIL approved contractor will be considered for the purposes of this testing program.

Section 1208:   ATHLETIC REGULATIONS

Schools shall abide by rules in the *Constitution*, by rules in the *Contest Rules*, by rules in the "Official Notices" column of the *Leaguer*, by regulations issued from the UIL office in the sports specific manuals, and other official notices from the UIL office. Where any term or section of the *Contest Rules* or the sports specific manuals is found to be inconsistent with the *Constitution*, the *Constitution* shall prevail and apply, and the remaining terms and sections of the *Contest Rules* and/or the sports specific manuals shall continue in effect.

(a) ELIGIBLE SCHOOLS. A school shall not participate in a sports activity unless its varsity acceptance for that sport, signed by the superintendent or designated administrator, is on file in the UIL office by January 15 of the preceding school year (September 1 for football). If a school wants to register for a sport after the filing deadline, it may do so if approved by a majority of the District Executive Committee.
 (1) A school which does not participate in football the first year of a new alignment may not participate the second year except by unanimous consent of the District Executive Committee.
 (2) Only schools in Conferences 4A, 5A and 6A are eligible to participate in UIL soccer. **Exception:** 3A schools who sign up as noted above for participation in soccer will be placed in a 4A district for competition.
 (3) Only schools in Conferences 4A, 5A and 6A are eligible to participate in UIL team tennis. **Exception:** 3A schools who sign up as noted above for participation in team tennis will be placed in a 4A district for competition.

**App. 011**