IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| COLLEEN BAUM, AS NEXT FRIEND OF DAUGHTER, CATE BAUM; IMELDA GARCIA, AS NEXT FRIEND OF DAUGHTER ANGELA BENITEZ; AND JACQUELLA STEWART, AS NEXT FRIEND OF DAUGHTER, JAQUESHA STEWART,<br><br>　　　　*Plaintiffs*,<br><br>v.<br><br>FORT WORTH INDEPENDENT SCHOOL DISTRICT,<br><br>　　　　*Defendant*. | CIVIL ACTION NO. 4:21-cv-01262-Y |

### DEFENDANT'S NOTICE OF CHANGE OF ASSOCIATE COUNSEL

TO THE HONORABLE JUDGE TERRY R. MEANS:

COMES NOW Defendant Fort Worth Independent School District ("Fort Worth ISD") and notifies the Court that Joshua Fuller, an associate attorney who previously appeared on behalf of Fort Worth ISD in this matter, left employment with Thompson & Horton LLP on January 28, 2022 and will no longer represent Fort Worth ISD in this matter. Keisha Crane, also an associate attorney at Thompson & Horton LLP, will substitute in for Mr. Fuller on this matter. Kathryn Long and Adam Rothey of Thompson & Horton LLP will remain as counsel for Fort Worth ISD in this matter.

        Respectfully submitted,

        */s/ Adam Rothey*
        K. ADAM ROTHEY
        arothey@thompsonhorton.com
        State Bar No. 24051274

        KATHRYN E. LONG
        klong@thompsonhorton.com
        State Bar No. 24041679

        KEISHA N. CRANE
        kcrane@thompsonhorton.com
        State Bar No. 24100288

        **THOMPSON & HORTON LLP**
        500 North Akard Street, Suite 3150
        Dallas, Texas 75201
        (972) 853-5115 – Telephone
        (972) 692-8334 – Facsimile

        *Attorneys for Defendant Fort Worth*
        *Independent School District*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on February 10, 2022, a true and correct copy of this document has been served upon all parties via the Court's electronic filing system. A paper copy has also been sent via U.S. Mail to the judge's chambers pursuant to the Court's specific requirements.

| | |
|---|---|
| Frank Hill | Senior District Judge Terry R. Means |
| Stephanie Klein | United States District Court |
| HILL GILSTRAP, P.C. | for the Northern District of Texas |
| 1400 W. Abram Street | 501 W. 10th Street, Room 502 |
| Arlington, Texas 76013 | Fort Worth, Texas 76102 |
| (817) 261-2222 – Telephone | |
| (817) 861-4685 – Facsimile | |
| fhill@hillgilstrap.com | |
| sklein@hillgilstrap.com | |

        */s/    Adam Rothey*
        ADAM ROTHEY

2