IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JENNIFER VANDERSTOK, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>MERRICK GARLAND, in his official capacity as Attorney General of the United States; *et al.*,<br><br>*Defendants*. | Civil Action No. 4:22-cv-00691-O |

## PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE IN EXCESS OF PAGE LIMIT

Plaintiffs Jennifer VanDerStok; Michael G. Andren; Tactical Machining, LLC; and Firearms Policy Coalition, Inc., through their undersigned counsel, request leave to file a Brief in Support of Plaintiffs' Motion for Preliminary Injunction that exceeds the standard 25-page limit set forth in this Court's rules of practice. The Brief is approximately 40 pages, excluding the cover sheet, table of contents, table of authorities, and index of exhibits. The Brief presents issues that warrant briefing in excess of the 25-page limit, especially given the complexity, length, and breadth of Defendants' Final Rule at issue. Defendants do not oppose the relief requested herein.

DATED this 17 day of August 2022.

Respectfully submitted,

*/s/ R. Brent Cooper*
R. Brent Cooper
Texas Bar No. 04783250
COOPER & SCULLY, P.C.
900 Jackson Street, Suite 100
Dallas, TX  75202

1

Telephone: (214) 712-9500
Telecopy: (214) 712-9540
Brent.cooper@cooperscully.com

Cody J. Wisniewski* (CO Bar No. 50415)
FIREARMS POLICY COALITION
5550 Painted Mirage Road, Suite 320
Las Vegas, NV  89149
Telephone: (916) 378-5785
Telecopy: (916) 476-2392
cwi@fpchq.org

Kaitlyn D. Schiraldi* (TN Bar No. 039737)
Erin M. Erhardt* (CO Bar No. 49360)
MOUNTAIN STATES LEGAL FOUNDATION
2596 S. Lewis Way
Lakewood, CO  80227
Telephone: (303) 292-2021
Telecopy: (877) 349-7074
kschiraldi@mslegal.org
eerhardt@mslegal.org

*Admitted *pro hac vice*

*Attorneys for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I hereby certify that, on August 17, 2022, a true and correct copy of the foregoing document was served via the Court's CM/ECF system to all counsel of record. A courtesy copy was also emailed to Daniel Riess with the U.S. Department of Justice, Civil Division, whom Plaintiffs' counsel emailed regarding this Motion and to ascertain Defendants' position.

/s/ *R. Brent Cooper*
R. Brent Cooper
COOPER & SCULLY, P.C.

## CERTIFICATE OF CONFERENCE

I hereby certify that, on August 17, 2022, counsel for Plaintiffs conferred with Defendants' counsel, Daniel Riess, via email, who stated that Defendants do not oppose this Motion.

/s/ *R. Brent Cooper*
R. Brent Cooper
COOPER & SCULLY, P.C.