UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| COLLEEN BAUM, et al. | § | |
| | § | |
| VS. | § | CASE NO. 4:21-CV-1262-Y |
| | § | |
| FORT WORTH INDEPENDENT | § | |
| SCHOOL DISTRICT | § | |

**ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSE**

Before the Court is Plaintiffs' unopposed motion for an extension to file a response to Defendant's motion to dismiss (doc. 13). Having considered it, the Court concludes that the motion should be, and is hereby, **GRANTED.**

Accordingly, the Court **EXTENDS** Plaintiffs' deadline to file a response up to and including **March 21, 2022**.

SIGNED March 11, 2022.

*/s/ Terry R. Means*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

ORDER GRANTING EXTENSION TO RESPONSE- PAGE SOLO