IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JENNIFER VANDERSTOK, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> MERRICK GARLAND, in his official capacity as Attorney General of the United States; *et al.*, <br><br> *Defendants*. | Civil Action No. 4:22-cv-00691-O |

### DECLARATION OF JENNIFER VANDERSTOK

I, Jennifer VanDerStok, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following statements are true and correct to the best of my knowledge:

1. I am over 18 years of age and am competent to testify to the matters contained herein.

2. I reside in Mineral Wells, Texas within Palo Pinto County.

3. I am not prohibited from possessing firearms under federal or state law. I have purchased at least one firearm through a Federal Firearms Licensee (FFL), undergoing and passing the required federal background check.

4. I was a police officer in Dayton, Ohio, for 6 and a half years, and in Warner Robins, Georgia, for 1 and a half years, where I qualified with, trained with, and carried a firearm for the purpose of protecting the community, my fellow officers, and myself.

5. After leaving the police force, I became a high school teacher in Millsap, Texas, where I also carried a firearm, pursuant to state law and school policy, in order to protect my students, my fellow teachers, and myself should anyone attempt to threaten their lives on campus.

1

6.       While I no longer teach, I still have my Texas License to Carry permit and I regularly carry a firearm in order to protect myself, my loved ones, and my community.

7.       I own one of the items at issue in this case, marketed as an "80% lower," that I intend to self-manufacture into a personal use firearm to own and use for lawful purposes, such as self-defense. While I do not currently possess a firearm that I have personally manufactured using the products at issue in this case, I wish to continue to acquire such products in the future and to begin self-manufacturing them into personal use firearms to own and use for lawful purposes, such as self-defense. I would do this but for Defendants' rule that seeks to prohibit me from purchasing these products directly from the company, without involvement of an FFL.

8.       I wish to self-manufacture a personal use firearm for several reasons, including but not limited to better learning about the function and construction of firearms. This knowledge will help ensure I continue to safely operate firearms, which I have done for as long as I have owned and used firearms. I also believe that I have the individual right to build my own self-defense tools and to purchase the materials necessary to do so.

9.       The Final Rule at issue in this case will prohibit me from engaging in an activity that I wish to, have the right to, and have concrete plans to engage in and will detrimentally impact me. The Final Rule also fundamentally alters the legal landscape that I have relied on to plan my personal practices.

DATED this the __16__th day of August, 2022.

_/s/ Jennifer VanDerStok_
Jennifer VanDerStok

2