IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JENNIFER VANDERSTOK, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>MERRICK GARLAND, in his official capacity as Attorney General of the United States; *et al.*,<br><br>*Defendants*. | Civil Action No. 4:22-cv-00691-O |

### [PROPOSED] ORDER GRANTING PLAINTIFFS' OPPOSED MOTION FOR PRELIMINARY INJUNCTION

Before the Court is a Motion for Preliminary Injunction filed by Plaintiffs Jennifer VanDerStok; Michael G. Andren; Tactical Machining, LLC; and Firearms Policy Coalition, Inc. ("Plaintiffs"). Defendants oppose the Motion.

Upon consideration of Plaintiffs' opposed Motion for Preliminary Injunction, it is hereby ORDERED that the Motion is GRANTED.

It is further ORDERED that Defendants and their officers, agents, servants, and employees are enjoined from implementing and enforcing the provisions established and amended by the Department of Justice and Bureau of Alcohol, Tobacco, Firearms, and Explosives' Final Rule entitled *Definition of "Frame or Receiver" and Identification of Firearms* ("Final Rule"), 87 Fed. Reg. 24,652 (Apr. 26, 2022).

//

//

1

Signed this _____, 2022.

_____
UNITED STATES DISTRICT JUDGE REED O'CONNOR

2