UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JENNIFER VANDERSTOK; MICHAEL G. ANDREN; TACTICAL MACHINING LLC, a limited liability company; FIREARMS POLICY COALITION, INC., a nonprofit corporation, §§§§§§ | | |
| Plaintiffs, § | | |
| v. § | Civil Action No. 4:22-cv-00691-O | |
| MERRICK GARLAND, in his Official capacity as Attorney General of the United States; UNITED STATES DEPARTMENT OF JUSTICE; STEVEN DETTELBACH, in his official capacity as Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives; BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES, §§§§§§§§§§§ | | |
| Defendant. § | | |

## ORDER

Before the Court is Plaintiffs' Motion for Injunction (ECF No. 15), filed August 17, 2022.

To expedite resolution of the motion, the Court **ORDERS** Defendants to respond to the motion by **August 26, 2022**. Plaintiffs may file a reply by **August 30, 2022**.

**SO ORDERED** this **17th day** of **August, 2022**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE