# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| JENNIFER VANDERSTOK, *et al.*<br><br>    Plaintiffs,<br><br>v.<br><br>MERRICK GARLAND, in his official capacity as Attorney General of the United States, *et al.*,<br><br>    Defendants. | Case No. 4:22-cv-00691-O<br><br>District Judge Reed O'Connor |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Martin M. Tomlinson, of the United States Department of Justice Civil Division, eligible to practice in this Court pursuant to Local Rule 83.11, hereby enters his appearance in this action on behalf of all Defendants.

DATED: August 18, 2022

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

LESLEY FARBY
Assistant Director, Federal Programs Branch

/s/ Martin M. Tomlinson
MARTIN M. TOMLINSON
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Phone:   (202) 353-4556
Email:    martin.m.tomlinson@usdoj.gov

Counsel for Defendants

## <u>CERTIFICATE OF SERVICE</u>

On August 18, 2022, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.  I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

<i>/s/ Martin M. Tomlinson</i>