UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JENNIFER VANDERSTOK; MICHAEL G. ANDREN; TACTICAL MACHINING LLC, a limited liability company; FIREARMS POLICY COALITION, INC., a nonprofit corporation, | § § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 4:22-cv-00691-O |
| MERRICK GARLAND, in his Official capacity as Attorney General of the United States; UNITED STATES DEPARTMENT OF JUSTICE; STEVEN DETTELBACH, in his official capacity as Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives; BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES, | § § § § § § § § § § § | |
| Defendants. | § | |

**ORDER**

Before the Court is Defendants' Motion to Transfer Case (ECF No. 20), filed August 18, 2022. The certificate of service indicates that Plaintiffs oppose the motion. The Court **ORDERS** Plaintiffs to explain their opposition to Defendants' request for an extension of time by **August 19, 2022**. Plaintiffs are directed to respond to the remaining contents of the motion by **August 29, 2022**.

**SO ORDERED** this **18th day** of **August, 2022**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE