# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| JENNIFER VANDERSTOK; MICHAEL G. ANDREN; TACTICAL MACHINING LLC, a limited liability company; FIREARMS POLICY COALITION, INC., a nonprofit corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>MERRICK GARLAND, in his Official capacity as Attorney General of the United States; UNITED STATES DEPARTMENT OF JUSTICE; STEVEN DETTELBACH, in his official capacity as Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives; BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES,<br><br>    Defendants. | Civil Action No. 4:22-cv-00691-O |

## ORDER

Before the Court are Defendants' Motion to Transfer Case (ECF No. 20), filed August 18, 2022; and Plaintiffs' Response (ECF No. 24), filed August 19, 2022. Having considered the motion, briefing, and applicable law, the Court **GRANTS** the motion in part and **ORDERS** Defendants to file their response to Plaintiffs' preliminary-injunction motion by **August 29, 2022**; Plaintiffs' reply is due **August 31, 2022**. The Court makes no ruling on the motion to transfer at this time.

**SO ORDERED** this **19th day** of **August, 2022**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE