UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| JENNIFER VANDERSTOK, et al., § | |
| § | |
| § | |
| Plaintiff(s), § | |
| vs. § | CIVIL ACTION NO. 4:22-CV-00691-O |
| MERRICK GARLAND, in his official § | |
| capacity as Attorney General of the United § | |
| States, et al., § | |
| Defendant(s). § | |

## RETURN OF SERVICE

Came to my hand on **Wednesday, August 17, 2022 at 2:00 PM,**
Executed at: **801 CHERRY STREET, SUITE 1700, FORT WORTH, TX 76102**
at **3:45 PM,** on **Wednesday, August 17, 2022**, by delivering to the within named:

UNITED STATES DEPARTMENT OF JUSTICE

by personally delivering to **Office Automation Assistant, CARIN WATSON**
a true copy of this

SUMMONS IN A CIVIL ACTION and PETITION FOR JUDICIAL REVIEW OF AGENCY ACTION AND REQUEST FOR DECLARATORY JUDGMENT AND INJUNCTIVE RELIEF

having first endorsed thereon the date of the delivery.

I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of Texas. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I am familiar with the Texas Rules of Civil Procedure, and the Texas Civil Practice and Remedies Codes as they apply to service of process. I am certified by the Judicial Branch Certification Commission to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas in compliance with rule 103 and 501.2 of the TRCP."

My name is Danny L. Haney, my date of birth is March 27, 1958 and my address is 5470 L.B.J. Freeway, Dallas, Texas, 75240 in the county of Dallas, United States of America. I declare under penalty of perjury that the foregoing is true and correct.

Executed in Dallas County, State of Texas, on Thursday, August 18, 2022

By: _/s/ Danny L. Haney_
Danny L. Haney - PSC 566 - Exp 03/31/24
served@specialdelivery.com

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| VanDerStok et al | ) |
| --- | --- |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 4:22-cv-00691-O |
|  | ) |
| Garland et al | ) |
| *Defendant* | ) |

### Summons in a Civil Action

**TO:** United States Department of Justice

These copies of the summons and complaint are to be either:
(1) delivered to the United States Attorney for the Northern District of Texas <u>or</u> to an assistant United States attorney or clerical employee whom the United States Attorney has designated in writing filed with the Clerk of the United States District Court for the Northern District of Texas;
or
(2) send by registered or certified mail to the civil-process clerk at the Office of the United States Attorney for the Northern District of Texas ( 801 Cherry Street, Suite 1700, Fort Worth, TX 76102-6897)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

R Cooper
900 Jackson Street, Suite 100
Dallas , TX 75202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

DATE: 08/17/2022

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 4:22-cv-00691-O

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated
by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ other *(specify)* _____
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

**RETURN / AFFIDAVIT PROOF / ATTACHED**

**RETURN / AFFIDAVIT PROOF / ATTACHED**