UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JENNIFER VANDERSTOK *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MERRICK GARLAND, in his official capacity as Attorney General of the United States *et al.*, <br><br> Defendants. | Case No. 4:22-cv-00691-O |

**DEFENDANTS' UNOPPOSED MOTION TO EXCEED PAGE LIMITS**

Defendants respectfully move this Court for an order for leave to file a response in opposition to Plaintiffs' Motion for Preliminary Injunction in excess of the standard 25-page limit set forth in this Court's rules of practice. The opposition brief will be no greater than 40 pages, excluding the cover page, table of contents, and table of authorities. Counsel for Defendants has conferred with counsel for Plaintiffs on this motion, and Plaintiffs do not oppose this motion.

The request for leave to file a response in opposition exceeding 25 pages is reasonable. Plaintiffs requested a similar extension for their Motion for Preliminary Injunction, which Defendants did not oppose, and the Court granted Plaintiffs leave to file their overlength motion on August 17, 2022. ECF No. 14. Defendants only request the same length provided to Plaintiffs. Accordingly, Defendants respectfully request that their motion to exceed page limits be granted.

DATED: August 26, 2022                    Respectfully submitted,

                                                                         BRIAN M. BOYNTON
                                                                         Principal Deputy Assistant Attorney General

                                                                         ALEXANDER K. HAAS
                                                                         Director, Federal Programs Branch

LESLEY FARBY
Assistant Director, Federal Programs Branch

*/s/ Daniel Riess*
DANIEL RIESS
MARTIN M. TOMLINSON
TAISA M. GOODNATURE
Trial Attorneys
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Phone: (202) 353-3098
Email: Daniel.Riess@usdoj.gov
*Attorneys for Defendants*

**CERTIFICATE OF CONFERENCE**

I certify that, on August 26, 2022, I conferred with Plaintiffs' counsel, who stated that Plaintiffs are not opposed to the relief sought in this motion.

*/s/ Daniel Riess*

**CERTIFICATE OF SERVICE**

On August 26, 2022, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Daniel Riess*

2