UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JENNIFER VANDERSTOK; MICHAEL G. ANDREN; TACTICAL MACHINING LLC, a limited liability company; FIREARMS POLICY COALITION, INC., a nonprofit corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>MERRICK GARLAND, in his Official capacity as Attorney General of the United States; UNITED STATES DEPARTMENT OF JUSTICE; STEVEN DETTELBACH, in his official capacity as Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives; BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES,<br><br>    Defendants. | § § § § § § § § § § § § § § § § § § § § § § | Civil Action No. 4:22-cv-00691-O |

## ORDER

Before the Court is Defendants' Unopposed Motion to Exceed Page Limits (ECF No. 30), filed August 26, 2022. Noting the motion is unopposed and finding good cause, the Court **GRANTS** the motion for leave to file a response in opposition exceeding 25 pages.

**SO ORDERED** this **26th day** of **August, 2022**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE