UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JENNIFER VANDERSTOK; MICHAEL G. ANDREN; TACTICAL MACHINING LLC, a limited liability company; FIREARMS POLICY COALITION, INC., a nonprofit corporation, <br><br> Plaintiffs, <br><br> v. <br><br> MERRICK GARLAND, in his Official capacity as Attorney General of the United States; UNITED STATES DEPARTMENT OF JUSTICE; STEVEN DETTELBACH, in his official capacity as Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives; BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES, <br><br> Defendants. | Civil Action No. 4:22-cv-00691-O |

**ORDER**

Before the Court is Plaintiffs' Motion for Injunction (ECF No. 15), filed August 17, 2022. Under Federal Rule of Civil Procedure 65, "the court may advance the trial on the merits and consolidate it with the hearing." The Court **ORDERS** the parties to brief whether the Court should advance the preliminary injunction motion to a determination on the merits. Cross-briefs are due by **5:00 PM**, **Wednesday, August 31, 2022**.

**SO ORDERED** this **29th day** of **August, 2022**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE