IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

----------------------------------------------------- X
JENNIFER VANDERSTOK, *et al.*,

        Plaintiffs,

        v.

MERRICK GARLAND, in his official capacity as Attorney General of the United States, *et al.*,

        Defendants.
----------------------------------------------------- X

Civil Action No. 4:22-cv-00691-O

**GUN VIOLENCE PREVENTION GROUPS' MOTION FOR LEAVE TO PROCEED WITHOUT LOCAL COUNSEL**

Pursuant to Local Rule 83.10(a), movants Brady United Against Gun Violence, Everytown for Gun Safety Action Fund, and March For Our Lives (the "Gun Violence Prevention Groups") respectfully request this Court's leave to participate in the matter before the court without local counsel. In a contemporaneously filed motion, the Gun Violence Prevention Groups seek leave from this Court to file an *amici curiae* brief in support of the plaintiffs' motion for a preliminary injunction. An order granting leave to file an *amici curiae* brief with the Court would likely end the need for the Gun Violence Prevention Groups' continued participation in this litigation before the Court.

WHEREFORE, for the foregoing reasons, the Gun Violence Prevention Groups respectfully seek this Court's leave to proceed as movants and as prospective *amici curiae* without local counsel licensed in Texas before this Court. Additionally, a

proposed order is attached to this motion and will be emailed to chambers in a word processing format.

| | |
|---|---|
| August 30, 2022 | Respectfully Submitted,<br>By:   /s/ *Daniel Grooms* |
| ADAM M. KATZ*<br>RACHEL ALPERT*<br>COOLEY LLP<br>500 Boylston Street<br>Boston, MA 02116<br>Telephone: (617) 937-2300<br>akatz@cooley.com<br>ralpert@cooley.com | DANIEL GROOMS*<br>MATT K. NGUYEN*<br>COOLEY LLP<br>1299 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>Telephone: (202) 842-7800<br>dgrooms@cooley.com<br>mnguyen@cooley.com<br><br>*pro hac vice forthcoming*<br><br>*Counsel for Amici Curiae* |

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of August 2022, a true and accurate copy of the foregoing motion was served via the Court's CM/ECF system to all counsel of record.

August 30, 2022                               Respectfully Submitted,
                                              By:  */s/ Daniel Grooms*