## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

```
-------------------------------------------------- X
JENNIFER VANDERSTOK, et al.,             :
                                          :        Civil Action No. 4:22-cv-00691-O
          Plaintiffs,                     :
                                          :
     v.                                   :
                                          :
MERRICK GARLAND, in his official          :
capacity as Attorney General of the       :
United States, et al.,                    :
                                          :
          Defendants.                     :
-------------------------------------------------- X
```

## ORDER

Before the Court is prospective *amici curiae* Gun Violence Prevention Groups'

*Motion for Leave to Proceed Without Local Counsel* [ECF No. ___], filed August 30,

2022.  Having considered the motion, and noting that it is unopposed by Plaintiffs,

the Court finds that it should be and is hereby GRANTED.

Accordingly, it is **ORDERED** that prospective *amici curiae* Gun Violence

Prevention Groups' counsel is required to fulfill all local counsel requirements and

abide by all local rules of this Court, including the standards of litigation conduct set

forth in *Dondi Properties Corporation v. Commerce Savings & Loan Association*, 121

F.R.D. 284 (N.D. Tex. 1988) (per curiam).  The Court further advises that if

proceeding without local counsel disrupts this litigation or otherwise results in failure

to comply with the rules of this Court, prospective *amici curiae* Gun Violence

Prevention Groups will be required to immediately obtain local counsel.

**SO ORDERED** on this ___ day of _____, 2022.

_____
REED C. O'CONNOR
UNITED STATES DISTRICT JUDGE