IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

|  |  |  |
|---|---|---|
| ------------------------------------------------------- X | | |
| JENNIFER VANDERSTOK, *et al.*, | : | |
| | : | Civil Action No. 4:22-cv-00691-O |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| MERRICK GARLAND, in his official capacity as Attorney General of the United States, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| ------------------------------------------------------- X | | |

## [PROPOSED] ORDER

Before the Court is prospective *amici curiae* Gun Violence Prevention Groups' Motion for Leave to File Brief as Amici Curiae [ECF No. ___], filed August 30, 2022. Having considered the motion, the Court finds that it should be and is hereby GRANTED. The Clerk is DIRECTED to file the Gun Violence Prevention Groups' amicus brief, now attached to their motion as ECF No. __-__, as a separate docket entry.

**SO ORDERED** on this ___ day of _____, 2022.

 

                                                                                 HON. REED C. O'CONNOR
                                                                                 UNITED STATES DISTRICT JUDGE