UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

Jennifer VanDerStok, et al., §
    *Plaintiff* §
§
§
        v. § Case No. 4:22-cv-00691-O
§
§
Merrick Garland, et al., §
    *Defendant* §

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.**    Applicant is an attorney and a member of the law firm of (or practices under the name of)

Jones Day                                                                                          , with offices at

51 Louisiana Ave., NW
(Street Address)

Washington                                D.C.                          20001
(City)                                    (State)                       (Zip Code)

202.879.4659                              202.626.1700
(Telephone No.)                           (Fax No.)

**II.**    Applicant will sign all filings with the name  Joseph Kiessling                               .

**III.**   Applicant has been retained personally or as a member of the above-named firm by:
(List All Parties Represented)

Gun Owners For Safety, Ryan Busse, Jonathan Gold, Steven Kling, Jason Perry, Scott Spreier

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of _____District of Columbia_____, where Applicant regularly practices law.

Bar license number: 1630477    Admission date: 1/14/2021

For Court Use Only.
Bar Status Verified:
_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| U.S. Court of Federal Claims | 7/15/2021 | Active |
| | | |
| | | |
| | | |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:        Case No. And Style:

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

Rebecca Wernicke Anthony                                                     , who has offices at

2727 North Harwood Street, Suite 500
(Street Address)

Dallas                              Texas                75201
(City)                              (State)              (Zip Code)

214.969.4886                        214.969.5100
(Telephone No.)                     (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

☑ Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

☐ Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the    3    day of August                     , 2022    .

/s/ Joseph Kiessling
Printed Name of Applicant

_____
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.