UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

Jennifer VanDerStok, et al. §
     *Plaintiff* §
§
§
     v. § Case No. 4:22-cv-00691-O
§
§
Merrick Garland, et al. §
     *Defendant* §

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.**     Applicant is an attorney and a member of the law firm of (or practices under the name of)

Jones Day                                                                                     , with offices at

51 Louisiana Ave., N.W.
(Street Address)

Washington                                   D.C.                      20001
(City)                                       (State)                   (Zip Code)

202-879-4681                                 202-626-1700
(Telephone No.)                              (Fax No.)


**II.**     Applicant will sign all filings with the name  Barbara Harding                                   .


**III.**     Applicant has been retained personally or as a member of the above-named firm by:
                              (List All Parties Represented)

Gun Owners for Safety, Ryan Busse, Jonathan Gold, Steven Kling, Jason Perry, Scott Spreier


to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of _____District of Columbia_____, where Applicant regularly practices law.

Bar license number: 419250     Admission date: July 7, 1989

For Court Use Only.
Bar Status Verified:
_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| Virginia | October 14, 1988 | Inactive |
| Eastern District of Virginia | August 11, 1989 | Inactive |
| District of Maryland | September 7, 1990 | Inactive |
| Eastern District of Michigan | June 16, 1994 | Inactive |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:  Case No. And Style:

_____  _____

_____  _____

_____  _____

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

<u>Rebecca Wernicke Anthony, Jones Day</u>_____, who has offices at

<u>2727 North Harwood Street</u>
(Street Address)

<u>Dallas</u>_____  <u>TX</u>_____  <u>75201</u>_____
(City)                      (State)            (Zip Code)

<u>214-969-4886</u>_____  <u>214-969-5100</u>_____
(Telephone No.)              (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

[✓] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the <u>30</u> day of <u>August</u>, <u>2022</u>.

<u>Barbara Harding</u>
Printed Name of Applicant

_____
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.