IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JENNIFER VANDERSTOK, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MERRICK GARLAND, in his official capacity as Attorney General of the United States, *et al.*, <br><br> Defendants. | Civil Action No. 4:22-cv-00691-O |

**[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF OF THE DISTRICT OF COLUMBIA AND THE STATES OF NEW JERSEY, PENNSYLVANIA, CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, HAWAII, ILLINOIS, MAINE, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, NEW YORK, NORTH CAROLINA, OREGON, RHODE ISLAND, WASHINGTON, AND WISCONSIN AS AMICI CURIAE IN SUPPORT OF DEFENDANTS**

Before the Court is the motion for leave to file a brief as amici curiae by the District of Columbia and the States of New Jersey, Pennsylvania, California, Colorado, Connecticut, Delaware, Hawaii, Illinois, Maine, Maryland, Massachusetts, Michigan, Minnesota, New York, North Carolina, Oregon, Rhode Island, Washington, and Wisconsin ("the Amici States") in support of the defendants' opposition to the plaintiff's motion for a preliminary injunction.

Having considered the motion, the record, and being otherwise sufficiently advised, the motion is **GRANTED**. Accordingly, the Amici States' proposed amicus brief shall be filed in this action upon entry of this order.

SIGNED August \_\_\_\_, 2022.

_____
REED O'CONNOR
UNITED STATES DISTRICT JUDGE