# EXHIBIT B

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| JENNIFER VANDERSTOK, *et al.*,<br><br>          *Plaintiffs*,<br><br>v.<br><br>MERRICK GARLAND, in his official capacity as Attorney General of the United States; *et al.*,<br><br>          *Defendants*. | No. 4:22-CV-00691-O<br><br>District Judge Reed C. O'Connor |

## [PROPOSED] ORDER

On considering the motion of 16 major cities across the United States, the District Attorneys for the Counties of Bexar, Dallas and Travis, Texas, and Prosecutors Against Gun Violence for leave to file an amicus brief in support of Defendants' Opposition to Plaintiff's Motion for a Preliminary Injunction and the proposed amicus brief submitted therewith, the Court holds that the motion should be granted. For the foregoing reasons, it is hereby:

**ORDERED** that the Motion for Leave to File is GRANTED; and it is

**FURTHER ORDERED** that the Clerk is directed to file the Amicus Brief submitted with the Motion for Leave to File.

SIGNED in Froth Worth this _____ day of _____, 2022.

                                              REED C. O'CONNOR
                                              **UNITED STATES DISTRICT JUDGE**