IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JENNIFER VANDERSTOK, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>MERRICK GARLAND, in his official capacity as Attorney General of the United States; *et al.*,<br><br>*Defendants*. | Civil Action No. 4:22-cv-00691-O |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE
TO FILE IN EXCESS OF PAGE LIMIT**

Plaintiffs Jennifer VanDerStok; Michael G. Andren; Tactical Machining, LLC; and Firearms Policy Coalition, Inc., through their undersigned counsel, request leave to file a Reply Brief in Support of Plaintiffs' Motion for Preliminary Injunction that exceeds the standard 10-page limit set forth in this Court's rules of practice. The Reply Brief is approximately 15 pages, excluding the cover sheet, table of contents, table of authorities, and index of exhibits. The Reply Brief presents issues that warrant briefing in excess of the 10-page limit, especially given the complexity, length, and breadth of Defendants' Final Rule at issue and Defendants' 36-page opposition brief. ECF No. 41. Defendants do not oppose the relief requested herein.

1

DATED this 31st day of August 2022.

>Respectfully submitted,
>
>*/s/ R. Brent Cooper*
>R. Brent Cooper (TX Bar No. 04783250)
>COOPER & SCULLY, P.C.
>900 Jackson Street, Suite 100
>Dallas, TX  75202
>Telephone: (214) 712-9500
>Telecopy: (214) 712-9540
>brent.cooper@cooperscully.com
>
>Cody J. Wisniewski* (CO Bar No. 50415)
>FIREARMS POLICY COALITION
>5550 Painted Mirage Road, Suite 320
>Las Vegas, NV  89149
>Telephone: (916) 378-5785
>Telecopy: (916) 476-2392
>cwi@fpchq.org
>
>Kaitlyn D. Schiraldi* (TN Bar No. 039737)
>Erin M. Erhardt* (CO Bar No. 49360)
>MOUNTAIN STATES LEGAL FOUNDATION
>2596 S. Lewis Way
>Lakewood, CO  80227
>Telephone: (303) 292-2021
>Telecopy: (877) 349-7074
>kschiraldi@mslegal.org
>eerhardt@mslegal.org
>
>*Admitted *pro hac vice*
>
>*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that, on August 31, 2022, a true and correct copy of the foregoing document was served via the Court's CM/ECF system to all counsel of record.

> */s/ R. Brent Cooper*
> R. Brent Cooper

## CERTIFICATE OF CONFERENCE

I hereby certify that, on August 30, 2022, Plaintiffs' counsel conferred with Defendants' counsel, Martin Tomlinson, via email, who stated that Defendants did not oppose this Motion.

> */s/ R. Brent Cooper*
> R. Brent Cooper

3