IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JENNIFER VANDERSTOK, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> MERRICK GARLAND, in his official capacity as Attorney General of the United States; *et al.*, <br><br> *Defendants*. | Civil Action No. 4:22-cv-00691-O |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE IN EXCESS OF PAGE LIMIT**

Before the Court is a Motion for Leave to File in Excess of Page Limits by Plaintiffs Jennifer VanDerStok; Michael G. Andren; Tactical Machining, LLC; and Firearms Policy Coalition, Inc. ("Plaintiffs"). Defendants do not oppose the Motion.

Upon consideration of Plaintiffs' unopposed Motion for Leave to File in Excess of Page Limit, it is hereby ORDERED that the Motion is GRANTED.

It is further ORDERED that Plaintiffs are permitted to file their Reply Brief in Support of their Motion for Preliminary Injunction, not to exceed \_\_\_\_\_ pages.

Signed this _____, 2022.

_____
UNITED STATES DISTRICT JUDGE REED O'CONNOR
