UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JENNIFER VANDERSTOK; MICHAEL G. ANDREN; TACTICAL MACHINING LLC, a limited liability company; FIREARMS POLICY COALITION, INC., a nonprofit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>MERRICK GARLAND, in his Official capacity as Attorney General of the United States; UNITED STATES DEPARTMENT OF JUSTICE; STEVEN DETTELBACH, in his official capacity as Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives; BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES,<br><br>Defendants. | Civil Action No. 4:22-cv-00691-O |

## ORDER

Before the Court is Plaintiffs' Unopposed Motion for Leave to File in Excess of Page Limit (ECF No. 49), filed August 31, 2022. Noting the motion is unopposed and finding good cause, the Court **GRANTS** the motion for leave to file an overlength reply brief.

**SO ORDERED** this **31st day** of **August, 2022**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE