# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| **JENNIFER VANDERSTOK; MICHAEL G. ANDREN; TACTICAL MACHINING, LLC,** a limited liability company; **FIREARMS POLICY COALITION, INC.,** a nonprofit corporation,<br><br>*Plaintiffs*,<br><br>v.<br><br>**MERRICK GARLAND,** in his official capacity as Attorney General of the United States; **UNITED STATES DEPARTMENT OF JUSTICE; STEVEN DETTELBACH,** in his official capacity as Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives; and **BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES,**<br><br>*Defendants*. | **Civil Action No. 4:22-cv-00691-O** |

## NOTICE OF APPEARANCE

Please take notice that **BENJAMIN D. PASSEY** of the law firm of Cooper & Scully, P.C. makes her appearance on behalf of Plaintiffs, Jennifer Vanderstok, Michael G. Andren, Tactical Machining, LLC, a limited liability company, Firearms Policy Coalition, Inc., a nonprofit corporation. Mr. Passey will be joining R. Brent Cooper in the above matter; Mr. Cooper will remain attorney in charge for Plaintiffs. Benjamin D. Passey may be contacted as follows:

Benjamin D. Passey
Texas Bar No. 24125681
COOPER & SCULLY, P.C.
900 Jackson Street, Suite 100
Dallas, Texas 75202
(214) 712-9500
(214) 712-9540 *fax*
Ben.Passey@cooperscully.com

The undersigned respectfully requests the Court note his appearance.  Counsel respectfully requests to be copied with all pleadings, discovery or other documents in this matter.

Respectfully submitted,

**COOPER & SCULLY, P.C.**

By:  */s/ Benjamin D. Passey*
        **R. BRENT COOPER**
        Texas State Bar No. 04783250
        Email:  Brent.Cooper@cooperscully.com
        **BENJAMIN D. PASSEY**
        Texas State Bar No. 24125681
        Email:  Ben.Passey@cooperscully.com

        Founders Square
        900 Jackson, Suite 100
        Dallas, TX 75202
        (214) 712-9500
        (214) 712-9540 (fax)

**ATTORNEYS FOR PLAINTIFFS JENNIFER VANDERSTOK, MICHAEL G. ANDREN, TACTICAL MACHINING, LLC, A LIMITED LIABILITY COMPANY, FIREARMS POLICY COALITION, INC., A NONPROFIT CORPORATION**

## CERTIFICATE OF SERVICE

      I hereby certify that on 31st day of August, 2022, a true and correct copy of the foregoing document was served on counsel of record using the Court's ECF filing service:

Daniel Riess
Trial Attorney
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, N.W.
Washington, D.C. 20005
(202) 353-3098  phone
(202) 616-8460  fax
Daniel.Riess@usdoj.gov

                    */s/ Benjamin D. Passey*
                    **BENJAMIN D. PASSEY**