UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JENNIFER VANDERSTOK; MICHAEL G. ANDREN; TACTICAL MACHINING LLC, a limited liability company; FIREARMS POLICY COALITION, INC., a nonprofit corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>MERRICK GARLAND, in his Official capacity as Attorney General of the United States; UNITED STATES DEPARTMENT OF JUSTICE; STEVEN DETTELBACH, in his official capacity as Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives; BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES,<br><br>    Defendants. | § § § § § § § § § § § § § § § § § § § § § § § §   Civil Action No. 4:22-cv-00691-O |

## ORDER

Before the Court are the Applications for Admission Pro Hac Vice of Angela Korge, Megan E. Ball, Jennifer L. Swize, Daniel Grooms, Adam M. Katz, Rachel H. Alpert, Matt K. Nguyen, Joseph Kiessling, Barbara Harding, and Caroline S. Van Zile (ECF Nos. 34–40, 45–46, 52). The Court **GRANTS** the applications and directs the Clerk to add the attorneys as counsel of record for Amici.

Also before the Court are the Motions for Leave to File Amici Curiae Brief (ECF Nos. 42, 44, 47, 48). Having considered the motions and applicable law, the Court **GRANTS** the motions and directs the Clerk to docket the proposed amicus brief attached to each motion.

Before the Court is Amici's Motion for Leave to Proceed Without Local Counsel (ECF No. 43), filed August 30, 2022. The Court **GRANTS** the motion and **ORDERS** that Amici's

counsel is required to abide by all local rules of this Court, including the standards of litigation conduct set forth in *Dondi Properties Corporation v. Commerce Savings & Loan Association*, 121 F.R.D. 284 (N.D. Tex. 1988) (per curiam). It is further **ORDERED** that if proceeding without local counsel disrupts this litigation or otherwise results in a failure to comply with the rules of this Court, Amici will be required to obtain local counsel immediately.

    **SO ORDERED** this **8th day** of **September, 2022**.

                                                  Reed O'Connor
                                        **UNITED STATES DISTRICT JUDGE**