**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| JENNIFER VANDERSTOK, *et al.*,<br><br>          *Plaintiffs*,<br><br>     v.<br><br>MERRICK GARLAND, in his official<br>capacity as Attorney General of the United States;<br>*et al.*,<br><br>          *Defendants*. | Civil Action No. 4:22-cv-00691-O |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST TO EXPAND
PRELIMINARY INJUNCTION**

Before the Court is a Request to Expand Preliminary Injunction filed by Plaintiffs Jennifer

VanDerStok; Michael G. Andren; Tactical Machining, LLC; and Firearms Policy Coalition, Inc.

("Plaintiffs").

Upon consideration of Plaintiffs' Request, it is hereby ORDERED that the Request is

GRANTED.

It is further ORDERED that Defendants and their officers, agents, and employees are

enjoined from implementing or enforcing the regulations established or amended by the

Department of Justice and Bureau of Alcohol, Tobacco, Firearms, and Explosives' Final Rule

entitled *Definition of "Frame or Receiver" and Identification of Firearms* ("Final Rule"), 87 Fed.

Reg. 24,652 (Apr. 26, 2022), including the Corrections to the Final Rule entitled *Definition of*

*"Frame or Receiver" and Identification of Firearms; Corrections*, 78 Fed. Reg. 51,249 (Aug. 19,

2022).

//

1

Signed this _____, 2022.


_____
UNITED STATES DISTRICT JUDGE REED O'CONNOR