IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JENNIFER VANDERSTOK, *et al.*,<br><br>　　　　　　　　　　*Plaintiffs*,<br><br>　v.<br><br>MERRICK GARLAND, in his official capacity as Attorney General of the United States; *et al.*,<br><br>　　　　　　　　　　*Defendants*. | Civil Action No. 4:22-cv-00691-O |

## **SUPPLEMENTAL DECLARATION OF JENNIFER VANDERSTOK**

I, Jennifer VanDerStok, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following statements are true and correct to the best of my knowledge:

1. I am over 18 years of age and am competent to testify to the matters contained herein.

2. I would directly purchase items including one marketed as an "80% Lower" from Tactical Machining, LLC, or another direct sales manufacturer, within the next three to four months if such a purchase would not subject me to any civil or criminal fines or penalties.

3. While I could request that Tactical Machining or another manufacturer ship an "80% Lower" to a local Federal Firearms Licensee ("FFL") who would then transfer it to me, based upon my inquiry directed to a local FFL, if I did so I would be subjected to additional costs, including a transfer fee. The FFL I would likely use for such transfer charges $30.00.

4. Additionally, FFL transfers must be done in person, resulting in additional time commitments and expenses I would not have to incur if I did not have to go through an FFL and could have the item shipped directly to me.

5. Due to the vague nature of the Final Rule, I am uncertain what tools or equipment, in conjunction with such an "80% Lower" may be considered a firearm under the Final Rule. I fear prosecution for directly buying an "80% Lower" while in possession of other tools and equipment.

6. Finally, my understanding is that the ATF Final Rule restricts my ability to purchase and a manufacturer's ability to provide a jig, guide, instructions, or potentially other items that would facilitate my use of an "80% Lower" or similar item. But for the Final Rule's restrictions, I would buy a jig, guide, or instructions that would help me learn to manufacture a "80% Lower" into an actual frame or receiver.

DATED this _8_th day of September, 2022.

*Jennifer VanDerStok*
Jennifer VanDerStok