UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JENNIFER VANDERSTOK, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MERRICK GARLAND, in his official capacity as Attorney General of the United States, *et al.*, <br><br> Defendants. | Case No. 4:22-cv-00691-O |

**[PROPOSED] ORDER GRANTING DEFENDANTS'
MOTION FOR CLARIFICATION OF THE SCOPE OF
THE COURT'S PRELIMINARY INJUNCTION WITH RESPECT TO
TACTICAL MACHINING'S PENDING CLASSIFICATION REQUEST**

Before the Court is Defendants' Motion for Clarification of the Scope of the Court's Preliminary Injunction with Respect to Tactical Machining's Pending Classification Request.

Upon consideration of Defendants' Motion, it is hereby ORDERED that the Motion is GRANTED.

It is further ORDERED that ATF may complete its classification of the partially machined AR-15 pattern receiver sample that Tactical Machining Submitted to ATF on April 12, 2022, provided that the Government takes no adverse action against Tactical Machining in the event that the Product is classified as a "firearm" pursuant to either of the provisions that the Court has determined likely are unlawful in *VanDerStok v. ATF*, No. 4:22-CV-00691-O, 2022 WL 4009048 (N.D. Tex. Sept. 2, 2022).

//

Signed this _____, 2022.

_____
UNITED STATES DISTRICT JUDGE REED O'CONNOR