## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | |
|---|---|
| JENNIFER VANDERSTOK, *et al.*, <br><br>     Plaintiffs, <br><br>   v. <br><br> MERRICK GARLAND, in his official capacity as Attorney General of the United States, *et al.*, <br><br>     Defendants. | Case No. 4:22-cv-00691-O |

## SUPPLEMENT TO DEFENDANTS' MOTION FOR CLARIFICATION OF THE SCOPE OF THE COURT'S PRELIMINARY INJUNCTION WITH RESPECT TO TACTICAL MACHINING'S PENDING CLASSIFICATION REQUEST

In this Supplement to Defendants' Motion for Clarification filed on September 15, 2022, ECF No. 71, Defendants hereby advise that ATF will be able to complete its classification of the sample that Tactical Machining, LLC, has submitted to ATF **within two business days** of receiving clarification from the Court that the Preliminary Injunction does not prohibit ATF from proceeding with the classification. ATF's ability to complete this classification quickly, and the potential for the classification to affect the scope and nature of this case, underscore that this Court should wait to rule on Plaintiffs' Motion to Expand the Preliminary Injunction until after the Court clarifies that the Preliminary Injunction does not prohibit ATF from completing its classification and ATF completes its classification.

DATED: September 16, 2022                       Respectfully submitted,

                                                    BRIAN M. BOYNTON
                                                    Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

LESLEY FARBY
Assistant Director, Federal Programs Branch

*/s/ Daniel Riess*
DANIEL RIESS
MARTIN M. TOMLINSON
TAISA M. GOODNATURE
JEREMY S.B. NEWMAN
Trial Attorneys
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Phone: (202) 353-4556
Email:  martin.m.tomlinson@usdoj.gov

*Attorneys for Defendants*

2

## <u>CERTIFICATE OF SERVICE</u>

On September 16, 2022, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.  I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Daniel Riess*