UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JENNIFER VANDERSTOK; MICHAEL G. ANDREN; TACTICAL MACHINING LLC, a limited liability company; FIREARMS POLICY COALITION, INC., a nonprofit corporation,<br><br>　　Plaintiffs,<br><br>v.<br><br>MERRICK GARLAND, in his Official capacity as Attorney General of the United States; UNITED STATES DEPARTMENT OF JUSTICE; STEVEN DETTELBACH, in his official capacity as Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives; BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES,<br><br>　　Defendants. | Civil Action No. 4:22-cv-00691-O |

## ORDER

Before the Court is Defendants' Motion for Clarification of the Scope of the Court's Preliminary Injunction with Respect to Tactical Machining's Pending Classification Request, filed September 15, 2022 (ECF No. 71). Because the parties did not confer, the Court presumes the Motion is opposed per Local Rule 7.1(b)(3). Accordingly, the Court **ORDERS** Plaintiff to respond **no later than September 22, 2022, at 5:00 p.m.** and Defendant may reply **no later than September 24, 2022, at 5:00 p.m.**

SO ORDERED on this **19th day** of **September, 2022.**

_Reed O'Connor_
UNITED STATES DISTRICT JUDGE