## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | |
|---|---|
| JENNIFER VANDERSTOK;<br>MICHAEL G. ANDREN;<br>TACTICAL MACHINING, LLC, a limited<br>liability company; and<br>FIREARMS POLICY COALITION, INC., a<br>nonprofit corporation,<br><br>        *Plaintiffs*,<br><br>and<br><br>BLACKHAWK MANUFACTURING GROUP<br>INC. d/b/a 80 PERCENT ARMS,<br><br>        *Applicant in Intervention*,<br><br>   v.<br><br>MERRICK GARLAND, in his official capacity<br>as Attorney General of the United States;<br>UNITED STATES DEPARTMENT OF<br>JUSTICE; STEVEN DETTELBACH, in his<br>official capacity as Director of the Bureau of<br>Alcohol, Tobacco, Firearms and Explosives; and<br>BUREAU OF ALCOHOL, TOBACCO,<br>FIREARMS AND EXPLOSIVES,<br><br>        *Defendants*. | Civil Action No. 4:22-cv-691-O |

## BLACKHAWK MANUFACTURING GROUP INC. d/b/a 80 PERCENT ARMS' MOTION TO INTERVENE

BlackHawk Manufacturing Group Inc. d/b/a 80 Percent Arms ("BlackHawk")

hereby moves pursuant to Rule 24 of the Federal Rules of Civil Procedure to intervene as

a plaintiff in the above-captioned action for the purposes of challenging the constitutionality of both the Final Rule and Defendants' adoption of the Final Rule.

Specifically, BlackHawk moves to intervene as a matter of right. BlackHawk has timely filed this Motion; it has an interest relating to this action; if not allowed to intervene, its interest would be impaired by this action; and its interest is not adequately represented by the existing parties to this action. Alternatively, BlackHawk asks this Court to exercise its discretion and allow BlackHawk to permissively intervene, as its claims and this action have questions of law in common that are directly related to the underlying controversy. Furthermore, permissive intervention will not unduly delay or prejudice the adjudication of the rights of parties to this lawsuit.

The strong basis for this Motion is further demonstrated by BlackHawk's Proposed Complaint and Proposed Motion for Preliminary Injunction and Brief in Support filed concurrently with this Motion.

For the reasons stated in its Brief in Support of this Motion to Intervene, filed concurrently with this Motion, BlackHawk respectfully requests that this Court grant this Motion.

Respectfully Submitted,

*/s/ Brian D. Poe*
BRIAN D. POE
TX Bar No. 24056908
BRIAN D. POE, ATTORNEY AT LAW PLLC
The Bryce Building
909 Throckmorton Street
Fort Worth, Texas 76102
Phone: (817) 870-2022

2

Fax: (817) 977-6501
bpoe@bpoelaw.com

Michael J. Sullivan
MA Bar No. 487210
*Pro Hac Vice Forthcoming*
J. Christopher Amrhein, Jr.
MA Bar No. 703170
*Pro Hac Vice Forthcoming*
Nathan P. Brennan
MN Bar No. 389954
*Pro Hac Vice Forthcoming*
ASHCROFT LAW FIRM LLC
200 State Street, 7th Floor
Boston, MA 02109
Phone: (617) 573-9400
Fax: (617) 933-7607
msullivan@ashcroftlawfirm.com
camrhein@ashcroftlawfirm.com
nbrennan@ashcroftlawfirm.com


*Counsel for proposed Intervenor-Plaintiff
BlackHawk Manufacturing Group Inc. d/b/a 80
Percent Arms*

3

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1**

Undersigned counsel certifies that counsel for the moving party conferred with counsel for Plaintiffs and Defendants prior to filing this Motion. On September 22, 2022, Martin M. Tomlinson, counsel for the Government, told counsel for the moving party that the Government does not believe the requirements to intervene have been satisfied and oppose this Motion. On September 22, 2022, Cody J. Wisniewski, counsel for Plaintiffs, told counsel for the moving party that Plaintiffs take no position as to this Motion.

*/s/ Brian D. Poe*
BRIAN D. POE

## <u>CERTIFICATE OF SERVICE</u>

I certify that on September 22, 2022, the foregoing document was served, via the Court's CM/ECF Document Filing System, upon the registered CM/ECF users in this action.

*/s/ Brian D. Poe*
BRIAN D. POE