# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

JENNIFER VANDERSTOK;
MICHAEL G. ANDREN;
TACTICAL MACHINING, LLC, a limited liability company; and
FIREARMS POLICY COALITION, INC., a nonprofit corporation,

      *Plaintiffs*,

and

BLACKHAWK MANUFACTURING GROUP INC. d/b/a 80 PERCENT ARMS,

      *Applicant in Intervention*,

v.

MERRICK GARLAND, in his official capacity as Attorney General of the United States; UNITED STATES DEPARTMENT OF JUSTICE; STEVEN DETTELBACH, in his official capacity as Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives; and BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES,

      *Defendants*.

Civil Action No. 4:22-cv-691-O

**[PROPOSED] ORDER GRANTING BLACKHAWK MANUFACTURING GROUP INC. d/b/a 80 PERCENT ARMS' MOTION TO INTERVENE**

Before the Court is Proposed Intervenor BlackHawk Manufacturing Group Inc. d/b/a 80 Percent Arms' ("BlackHawk") Motion to Intervene, filed September 22, 2022. In its Motion, BlackHawk seeks to intervene as a Plaintiff in this case under Federal Rule of

1

Civil Procedure 24(a)(2), arguing that it meets the standard for intervention as a matter of right, and moves in the alternative for permissive intervention under Federal Rule of Civil Procedure 24(b).

BlackHawk states that it seeks intervention as a Plaintiff for the purpose of moving for a preliminary injunction against Defendants. Accordingly, BlackHawk submitted with its Motion (1) a proposed Complaint; (2) a proposed Motion for Preliminary Injunction and supporting Brief. Plaintiffs take no position on BlackHawk's Motion and proposed Motion for Preliminary Injunction, but Defendants oppose both.

## CONCLUSION

Having considered the Motion, briefing, and applicable law, the Court finds that BlackHawk's Motion to Intervene should be and is hereby GRANTED.

BlackHawk shall file its Complaint and Motion for Preliminary Injunction with all due haste.

SO ORDERED on this ___ day of _____, 2022.

                                       By: _____
                                       HON. REED O'CONNOR
                                       UNITED STATES DISTRICT JUDGE