# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| JENNIFER VANDERSTOK; MICHAEL G. ANDREN; TACTICAL MACHINING LLC, a limited liability company; FIREARMS POLICY COALITION, INC., a nonprofit corporation, §§§§§§§§ Plaintiffs, §§ v. §§§ MERRICK GARLAND, in his Official capacity as Attorney General of the United States; UNITED STATES DEPARTMENT OF JUSTICE; STEVEN DETTELBACH, in his official capacity as Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives; BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES, §§§§§§§§§§§§§ Defendants. § | Civil Action No. 4:22-cv-00691-O |

## ORDER

Before the Court is BlackHawk Manufacturing Group Inc. d/b/a 80 Percent Arms' ("BlackHawk") Motion to Intervene (ECF No. 76), filed September 22, 2022. Plaintiffs indicate they do not take a position on the intervention in this case, while Defendants oppose. *Id.* at 4. Because Defendants are in opposition, they are hereby **ORDERED** to file a response explaining their position no later than **October 7, 2022**.

**SO ORDERED** on this **23rd day** of **September, 2022**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE