**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

JENNIFER VANDERSTOK, et al.   §
    *Plaintiff*      §
         §
         §
      v.      §   Case No. 4:22-cv-691
         §
         §
MERRICK GARLAND, et al.    §
    *Defendant*     §

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.**   Applicant is an attorney and a member of the law firm of (or practices under the name of)

Michael J. Sullivan _____, with offices at

Ashcroft Law Firm, LLC, 200 State Street, 7th Floor _____
(Street Address)

Boston _____   MA _____   02109 _____
(City)           (State)      (Zip Code)

617-573-9400 _____   617-933-7607 _____
(Telephone No.)        (Fax No.)

**II.**   Applicant will sign all filings with the name Michael J. Sullivan _____.

**III.**   Applicant has been retained personally or as a member of the above-named firm by:
           (List All Parties Represented)

Intervenor-Plaintiff, Blackhawk Manufacturing Group Inc. d/b/a 80 Percent Arms

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.**      Applicant is a member in good standing of the bar of the highest court of the state of

| For Court Use Only. |
| Bar Status Verified: |

_____Massachusetts_____, where Applicant regularly practices law.

Bar license number: 487210          Admission date: 12/17/1991

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.**      Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| United States District Court - MA | July 24, 1984 | Active |
| United States Supreme Court | April 3, 2017 | Active |
| United States Court of Appeals 9th | August 2019 | Active |
| United States Court of Appeals 5th | September 2021 | Active |

**VI.**      Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

**VII.**      Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

**VIII.**      Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.**     Applicant has filed for *pro hac vice* admission in the United States District Court for the

Northern District of Texas during the past three (3) years in the following matters:   N/A

Date of Application:               Case No. And Style:

_____     _____

_____     _____

_____     _____

(If necessary, attach statement of additional applications.)

**X.**     Local counsel of record associated with Applicant in this matter is

 Brian D. Poe                                                                                            , who has offices at

 909 Throckmorton Street                                                                                 
(Street Address)

 Fort Worth                                                         TX                    76102               
(City)                                                            (State)              (Zip Code)

 817-870-2022                                                       817-977-6501                            
(Telephone No.)                                                  (Facsimile No.)

**XI.**     Check the appropriate box below.

For Application in a **Civil Case**

[✓]     Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121
F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will
comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ]     Applicant has read and will comply with the local criminal rules of this court.

**XII.**     Applicant respectfully requests to be admitted to practice in the United States District Court for

the Northern District of Texas for this cause only.  Applicant certifies that a true and correct copy of this

document has been served upon each attorney of record and the original upon the clerk of court,

accompanied by a $100 filing fee, on this the     23rd    day of September                , 2022      .

 Michael J. Sullivan                            
Printed Name of Applicant

 /s/Michael J. Sullivan                         
Signature

If the applicant files this document through the applicant's electronic‑filing account, the applicant's typed name on the signature block constitutes the applicant's signature.  If the applicant does not file this document through the applicant's electronic‑filing account, the applicant must sign on the signature line.