UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

JENNIFER VANDERSTOK, et al. §
*Plaintiff* §
§
§
v. § Case No. 4:22-cv-691
§
§
MERRICK GARLAND, et al. §
*Defendant* §

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

I.   Applicant is an attorney and a member of the law firm of (or practices under the name of)

Joseph C. Amrhein, Jr. , with offices at

Ashcroft Law Firm, LLC, 200 State Street, 7th Floor
(Street Address)

Boston                                  MA                  02109
(City)                                 (State)              (Zip Code)

617-573-9400                            617-933-7607
(Telephone No.)                         (Fax No.)


II.   Applicant will sign all filings with the name  J. Christopher Amrhein, Jr. .


III.   Applicant has been retained personally or as a member of the above-named firm by:
(List All Parties Represented)

Intervenor- Plaintiff, Blackhawk Manufacturing Group Inc. d/b/a 80 Percent Arms

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

IV.     Applicant is a member in good standing of the bar of the highest court of the state of _____Massachusetts_____, where Applicant regularly practices law.

Bar license number: 703170      Admission date: 11/27/2018

For Court Use Only.
Bar Status Verified:
_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

V.     Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| United States District Court - MA | May 20, 2020 | Active |
| | | |
| | | |
| | | |

VI.     Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

VII.    Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

VIII.   Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters: N/A

Date of Application:      Case No. And Style:

_____     _____

_____     _____

_____     _____

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

Brian D. Poe_____, who has offices at

909 Throckmorton Street_____
(Street Address)

Fort Worth_____  TX_____  76102_____
(City)                             (State)       (Zip Code)

817-870-2022_____   817-977-6501_____
(Telephone No.)                     (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

☑ Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

☐ Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the   23rd   day of September_____, 2022_____.

Joseph C. Amrhein, Jr._____
Printed Name of Applicant

/s/ J. Christopher Amrhein, Jr._____
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.