UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JENNIFER VANDERSTOK *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MERRICK GARLAND, in his official capacity as Attorney General of the United States *et al.*,<br><br>Defendants. | Case No. 4:22-cv-00691-O |

## NOTICE OF APPEARANCE

The Clerk of Court is respectfully requested to enter the appearance of Taisa M. Goodnature in the above-captioned action as counsel for Defendants.

DATED: September 29, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

LESLEY FARBY
Assistant Director, Federal Programs Branch

/s/ Taisa M. Goodnature
TAISA M. GOODNATURE
Trial Attorney
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Phone: (202) 514-3786
Email: Taisa.M.Goodnature@usdoj.gov

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

On September 29, 2022, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Taisa M. Goodnature*
