IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| U.S. NAVY SEALs 1-26, et al., § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Civil Action No. 4:21-cv-01236-O |
| § | |
| JOSEPH R. BIDEN, JR., et al., § | |
| § | |
| § | |
| Defendants. § | |

# ORDER

Before the Court are the individual-capacity Defendants' Unopposed Motions to Withdraw Appearance (ECF Nos. 91, 93), filed January 26, 2022. Having considered the Motions, the Court hereby **ORDERS** that the Motions are **GRANTED**. The clerk is directed to correct the docket to reflect that Plaintiffs' First Amended Class Action Complaint (ECF No. 84) asserts claims against Defendants solely in their official capacities.

**SO ORDERED** on this **26th day** of **January, 2022**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE