# ATTACHMENT TO CIVIL COVER SHEET

(c) Attorneys (*Firm Name, Address, and Telephone Number*)

R Brent Cooper
Cooper & Scully PC
900 Jackson Street, Suite 100
Dallas, TX 75202
214-712-9501
Fax: 214-712-9540
Email: brent.cooper@cooperscully.com

Benjamin David Passey
Cooper & Scully PC
900 Jackson Street
Suite 100
Dallas, TX 75202
214-712-9500
Fax: 214-712-9540
Email: ben.passey@cooperscully.com

Cody J Wisniewski
Firearms Policy Coalition Inc
5550 Painted Mirage Road, Suite 320
Las Vegas, NV 89149
916-378-5785
Fax: 916-476-2392
Email: cwi@fpchq.org
PRO HAC VICE

Erin M Erhardt
Mountain States Legal Foundation
2596 S Lewis Way
Lakewood, CO 80227
303-292-2021
Fax: 877-349-7074
Email: eerhardt@mslegal.org

Kaitlyn D Schiraldi
Mountain States Legal Foundation
2596 South Lewis Way
Lakewood, CO 80227
303-292-2021
Fax: 877-349-7074
Email: kschiraldi@mslegal.org

PRO HAC VICE

*Counsel for Plaintiffs*

Brian D. Poe
TX Bar No. 24056908
BRIAN D. POE, ATTORNEY AT LAW PLLC
The Bryce Building
909 Throckmorton Street
Fort Worth, TX 76102
Phone: (817) 870-2022
Fax: (817) 977-6501
bpoe@bpoelaw.com

Michael J. Sullivan
Pro Hac Vice, MA Bar No. 487210
ASHCROFT LAW FIRM LLC
200 State Street, 7th Floor
Boston, MA 02109
Phone: (617) 573-9400
Fax: (617) 933-7607
msullivan@ashcroftlawfirm.com

J. Christopher Amrhein, Jr.
Pro Hac Vice, MA Bar No. 703170
ASHCROFT LAW FIRM LLC
200 State Street, 7th Floor
Boston, MA 02109
Phone: (617) 573-9400
Fax: (617) 933-7607
camrhein@ashcroftlawfirm.com

Nathan P. Brennan
Pro Hac Vice, MN Bar No. 389954
ASHCROFT LAW FIRM LLC
200 State Street, 7th Floor
Boston, MA 02109
Phone: (617) 573-9400
Fax: (617) 933-7607
nbrennan@ashcroftlawfirm.com

*Counsel for Intervenor-Plaintiff BlackHawk Manufacturing Group Inc. d/b/a 80 Percent Arms*

Daniel M Riess
US Department of Justice - Civil Division
1100 L Street NW
Washington, DC 20005
202/353-3098
Fax: 202/616-8460
Email: Daniel.Riess@usdoj.gov

Martin M Tomlinson
DOJ-Civ
Civil Division
1100 L St., N.W.
Room 12504
Washington, DC 20530
202-353-4556
Email: martin.m.tomlinson@usdoj.gov

Taisa M. Goodnature
DOJ-Civ
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20530
202-514-3786
Fax: 202-616-8470
Email: taisa.m.goodnature@usdoj.gov

*Counsel for Defendants*