IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

| | |
|---|---|
| JENNIFER VANDERSTOK;<br>MICHAEL G. ANDREN;<br>TACTICAL MACHINING, LLC, a limited liability company; and<br>FIREARMS POLICY COALITION, INC., a nonprofit corporation,<br><br>    *Plaintiffs*,<br>and<br><br>BLACKHAWK MANUFACTURING GROUP INC. d/b/a 80 PERCENT ARMS,<br><br>    *Intervenor-Plaintiff*,<br><br>  v.<br><br>MERRICK GARLAND, in his official capacity as Attorney General of the United States;<br>UNITED STATES DEPARTMENT OF JUSTICE;<br>STEVEN DETTELBACH, in his official capacity as Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives; and<br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES,<br><br>    *Defendants*. | Civil Action No. 4:22-cv-691-O |

## NOTICE OF RELATED CASES

  Intervenor-Plaintiff BlackHawk Manufacturing Group Inc, hereby submits the following

notice of related cases pursuant to Local Rule 3.3:

1. *Division 80, LLC v. Garland*, No. 3:22-cv-00148 (S.D. Tex.)

    Division 80 LLC brought this Administrative Procedure Act challenge against the same Final Rule being litigated in the current matter. Division 80 filed their Complaint on May 9, 2022 and their Preliminary Injunction on June 6, 2022. Oral Argument was held on August 9, 2022 and the Preliminary Injunction was denied by the Court on August 23, 2022. The case remains active.

2. *Morehouse Enterprises, LLC v. Bureau of Alcohol, Tobacco, Firearms and Explosives*, No. 3:22-cv-00116 (D.N.D.)

    Morehouse Enterprises, LLC, d/b/a Bridge City Ordnance; Eliezer Jimenez; Gun Owners of America, Inc.; and Gun Owners Foundation brought this Administrative Procedure Act challenge against the same Final Rule being litigated in the current matter. Plaintiffs' initial Complaint was filed on July 5, 2022 and an Amended Complaint, adding additional Plaintiffs, was filed on July 27, 2022. A Preliminary Injunction was filed in this matter on July 25, 2022. The Preliminary Injunction was denied on August 23, 2022. This matter is currently under Appeal in the United States Eighth Circuit Court of Appeals.

Respectfully submitted,

s/ *Brian D. Poe*
Brian D. Poe
TX Bar No. 24056908
BRIAN D. POE, ATTORNEY AT LAW PLLC
The Bryce Building
909 Throckmorton Street
Fort Worth, TX 76102
Phone: (817) 870-2022
Fax: (817) 977-6501
bpoe@bpoelaw.com

Michael J. Sullivan
*Pro Hac Vice*, MA Bar No. 487210
J. Christopher Amrhein, Jr.
*Pro Hac Vice*, MA Bar No. 703170
Nathan P. Brennan
*Pro Hac Vice*, MN Bar No. 389954
ASHCROFT LAW FIRM LLC
200 State Street, 7th Floor
Boston, MA 02109
Phone: (617) 573-9400
Fax: (617) 933-7607
msullivan@ashcroftlawfirm.com
camrhein@ashcroftlawfirm.com
nbrennan@ashcroftlawfirm.com

*Counsel for Intervenor-Plaintiff BlackHawk Manufacturing Group Inc. d/b/a 80 Percent Arms*