IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

JENNIFER VANDERSTOK;
MICHAEL G. ANDREN;
TACTICAL MACHINING, LLC, a limited liability company; and
FIREARMS POLICY COALITION, INC., a nonprofit corporation,

        *Plaintiffs*,

and

BLACKHAWK MANUFACTURING GROUP INC. d/b/a 80 PERCENT ARMS,

        *Intervenor-Plaintiff*,

v.

MERRICK GARLAND, in his official capacity as Attorney General of the United States;
UNITED STATES DEPARTMENT OF JUSTICE;
STEVEN DETTELBACH, in his official capacity as Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives; and
BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES,

        *Defendants*.

Civil Action No. 4:22-cv-691-O

## BLACKHAWK MANUFACTURING GROUP INC. d/b/a 80 PERCENT ARMS' MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Federal Rule of Civil Procedure 65, Northern District of Texas Local Civil Rule 7.1, and 5 U.S.C. § 705, Intervenor-Plaintiff BlackHawk Manufacturing Group Inc. d/b/a 80 Percent Arms (collectively, as used herein, "BlackHawk"), through its undersigned counsel, move this honorable Court to enjoin the enforcement against BlackHawk of the provisions in 27 C.F.R.

§§ 478.11 and 478.12 that were determined to be unlawful by the Court's Order dated September 2, 2022, (ECF No. 56), and to issue a determination that BlackHawk is entitled to the injunctive relief granted by the Court in said September 2 Order and subsequently expanded in its Order dated October 1, 2022. (ECF No. 89).

In support of this Motion, BlackHawk concurrently files a Brief in Support along with supporting documentation pursuant to Northern District of Texas Local Civil Rule 7.1(d).

BlackHawk's counsel has conferred with counsel for Defendants, who oppose the relief requested herein.

BlackHawk is aware that the Court previously imposed an expedited briefing schedule for the Motion for Preliminary Injunction filed by the original Plaintiffs. Accordingly, counsel for BlackHawk and Defendants have discussed a similarly accelerated briefing schedule for the instant Motion. BlackHawk's counsel proposed the following briefing schedule: seven (7) days for Defendants to file its opposition to the Motion based on the fact that similar issues have already been briefed and ruled on by the Court, and two (2) days for BlackHawk to file its reply. Defendants' counsel indicated Defendants would be content with the same briefing schedule ordered by the Court on the original Plaintiffs' motion for injunctive relief, i.e., twelve (12) days to file an opposition, and two (2) days for the moving party to reply.

DATED this 20th day of October, 2022.

Respectfully submitted,

/s/ *Brian D. Poe*
Brian D. Poe
TX Bar No. 24056908
BRIAN D. POE, ATTORNEY AT LAW PLLC

        The Bryce Building
        909 Throckmorton Street
        Fort Worth, Texas 76102
        Phone: (817) 870-2022
        Fax: (817) 977-6501
        bpoe@bpoelaw.com

        Michael J. Sullivan
        *Pro Hac Vice*, MA Bar No. 487210
        J. Christopher Amrhein, Jr.
        *Pro Hac Vice*, MA Bar No. 703170
        Nathan P. Brennan
        *Pro Hac Vice*, MN Bar No. 389954
        ASHCROFT LAW FIRM LLC
        200 State Street, 7th Floor
        Boston, MA 02109
        Phone: (617) 573-9400
        Fax: (617) 933-7607
        msullivan@ashcroftlawfirm.com
        camrhein@ashcroftlawfirm.com
        nbrennan@ashcroftlawfirm.com

        *Counsel for Intervenor-Plaintiff BlackHawk Manufacturing Group Inc. d/b/a 80 Percent Arms*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on October 20, 2022, a true and correct copy of the foregoing document was served via the Court's CM/ECF system to all counsel of record. A courtesy copy was also emailed to Daniel Reiss and Martin Tomlinson with the U.S. Department of Justice, Civil Division, whom Intervenor-Plaintiff's counsel emailed regarding this Motion and to ascertain Defendants' position.

        /s/Brian D. Poe
        Brian D. Poe

## CERTIFICATE OF CONFERENCE

I hereby certify that, on October 19, 2022, Intervenor-Plaintiff's counsel, Michael Sullivan, conferred with Defendants' counsel, Daniel Reiss and Martin Tomlinson, via phone, who stated that Defendants oppose this Motion, and thereafter on October 19 and 20, 2022, by email, regarding the parties' respective positions on a proposed expedited briefing schedule.

/s/Brian D. Poe<br>
Brian D. Poe