IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

| | |
|---|---|
| JENNIFER VANDERSTOK;<br>MICHAEL G. ANDREN;<br>TACTICAL MACHINING, LLC, a limited liability company; and<br>FIREARMS POLICY COALITION, INC., a nonprofit corporation,<br><br>*Plaintiffs*,<br>and<br><br>BLACKHAWK MANUFACTURING GROUP INC. d/b/a 80 PERCENT ARMS,<br><br>*Intervenor-Plaintiff*,<br><br>v.<br><br>MERRICK GARLAND, in his official capacity as Attorney General of the United States;<br>UNITED STATES DEPARTMENT OF JUSTICE;<br>STEVEN DETTELBACH, in his official capacity as Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives; and<br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES,<br><br>*Defendants*. | Civil Action No. 4:22-cv-691-O |

**[PROPOSED] ORDER GRANTING INTERVENOR-PLAINTIFF'S
MOTION FOR PRELIMINARY INJUNCTION**

Before the Court is a Motion for Preliminary Injunction filed by Intervenor-Plaintiff BlackHawk Manufacturing Group Inc. d/b/a 80 Percent Arms ("BlackHawk"). Defendants oppose BlackHawk's Motion, but co-Plaintiffs do not oppose.

1

BlackHawk has established that it is entitled to a preliminary injunction against Defendants' enforcement of the Final Rule. Accordingly, the Court **GRANTS** BlackHawk's Motion and **ORDERS** that Defendants and their officers, agents, servants, and employees are enjoined from implementing and enforcing against BlackHawk Manufacturing Group, Inc. d/b/a 80 Percent Arms and its customers the provisions in 27 C.F.R. §§ 478.11 and 478.12 that were determined to be unlawful by the Court's Order dated September 2, 2022. (ECF No. 56).

It is further **ORDERED** that BlackHawk is entitled to the injunctive relief granted in the Court's September 2 Order and expanded in its Order dated October 1, 2022. (ECF No. 89).

SO ORDERED on this ___ day of _____, 2022.

By:_____
HON. REED O'CONNOR
UNITED STATES DISTRICT JUDGE