UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JENNIFER VANDERSTOK; MICHAEL G. ANDREN; TACTICAL MACHINING LLC, a limited liability company; FIREARMS POLICY COALITION, INC., a nonprofit corporation, | § § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 4:22-cv-00691-O |
| MERRICK GARLAND, in his Official capacity as Attorney General of the United States; UNITED STATES DEPARTMENT OF JUSTICE; STEVEN DETTELBACH, in his official capacity as Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives; BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES, | § § § § § § § § § § § | |
| Defendant. | § § | |

## ORDER

Before the Court is intervenor BlackHawk Manufacturing Group d/b/a 80 Percent Arms' Motion for Preliminary Injunction (ECF No. 103), filed October 20, 2022. To expedite resolution of the motion, the Court **ORDERS** Defendants to respond to the motion by **October 28, 2022**. Plaintiffs may file a reply by **November 1, 2022**.

**SO ORDERED** this **24th day** of **October, 2022**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE