# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| JENNIFER VANDERSTOK *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MERRICK GARLAND, in his official capacity as Attorney General of the United States *et al.*, <br><br> Defendants. | Case No. 4:22-cv-00691-O |

## DEFENDANTS' NOTICE OF CONVENTIONAL FILING OF CERTIFIED ADMINISTRATIVE RECORD

Please take notice that Defendants have conventionally filed with the Clerk of Court a certified copy of the Administrative Record in this case, together with the Index of the Administrative Record. The Certification of the Administrative Record is attached as an exhibit hereto. The Administrative Record has not been filed electronically because its contents are tens of thousands of pages in length. Defendants have served a true and correct copy of the certified Administrative Record via overnight mail to all parties in this action.

DATED: October 24, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

LESLEY FARBY
Assistant Director, Federal Programs Branch

*/s/ Daniel Riess*
DANIEL RIESS

                          MARTIN M. TOMLINSON
                          TAISA M. GOODNATURE
                          Trial Attorneys
                          Civil Division, Federal Programs Branch
                          U.S. Department of Justice
                          1100 L Street, NW
                          Washington, DC 20005
                          Phone: (202) 353-3098
                          Email: Daniel.Riess@usdoj.gov
                          *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

On October 24, 2022, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

                                                                      */s/ Daniel Riess*