IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JENNIFER VANDERSTOK, *et al.*, <br><br> *Plaintiffs*, <br> and <br><br> BLACKHAWK MANUFACTURING GROUP, INC., <br><br> *Intervenor-Plaintiff*, <br><br> v. <br><br> MERRICK GARLAND, in his official capacity as Attorney General of the United States; *et al.*, <br><br> *Defendants*. | Civil Action No. 4:22-cv-00691-O |

## UNOPPOSED MOTION FOR CLARIFICATION

Plaintiffs request clarification regarding the Court's October 25, 2022 Order. ECF No. 107. Defendants and Intervenors do not oppose this motion. This Court ordered "that the parties supplement their briefing regarding Plaintiffs' statutory interpretation claims **no later than 14 days** after the Court resolves any pending motions to supplement the Administrative Record and such supplemental records, where required, are produced." *Id.*

Currently, the deadline for Plaintiffs to move to supplement the Administrative Record is November 14, 2022. ECF No. 105. Plaintiffs, however, have just received the voluminous record and must review it to determine if any such motion is necessary. If not, there will be no pending motions to supplement for this Court to resolve. Accordingly, the parties request clarification that their supplemental briefing is due *either* 14 days after the Court resolves any pending motions to

1

supplement the Administrative Record and such supplemental records, where required, are produced, *or 14 days after November 14, 2022, if no such motion is filed*.

DATED this 28th day of October, 2022.

Jointly submitted,

R. Brent Cooper (TX Bar No. 04783250)
Benjamin D. Passey (TX Bar No. 24125681)
COOPER & SCULLY, P.C.
900 Jackson Street, Suite 100
Dallas, Texas  75202
Telephone: (214) 712-9500
Telecopy: (214) 712-9540
brent.cooper@cooperscully.com
ben.passey@cooperscully.com

Cody J. Wisniewski* (CO Bar No. 50415)
FIREARMS POLICY COALITION
5550 Painted Mirage Road, Suite 320
Las Vegas, NV  89149
Telephone: (916) 378-5785
Telecopy: (916) 476-2392
cwi@fpchq.org

*/s/ Erin M. Erhardt*
Kaitlyn D. Schiraldi* (TN Bar No. 039737)
Erin M. Erhardt* (CO Bar No. 49360)
MOUNTAIN STATES LEGAL FOUNDATION
2596 S. Lewis Way
Lakewood, CO  80227
Telephone: (303) 292-2021
Telecopy: (877) 349-7074
kschiraldi@mslegal.org
eerhardt@mslegal.org

*Admitted *pro hac vice*

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on October 28, 2022, a true and correct copy of the foregoing document was served via the Court's CM/ECF system to all counsel of record.

/s/ *Erin M. Erhardt*
Erin M. Erhardt
MOUNTAIN STATES LEGAL FOUNDATION

3