UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JENNIFER VANDERSTOK; MICHAEL G. ANDREN; TACTICAL MACHINING LLC, a limited liability company; FIREARMS POLICY COALITION, INC., a nonprofit corporation, | § § § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 4:22-cv-00691-O |
| BLACKHAWK MANUFACTURING GROUP INC., doing business as 80 PERCENT ARMS, | § § § § § | |
| Intervenor Plaintiff, | § § | |
| v. | § § | |
| MERRICK GARLAND, in his Official capacity as Attorney General of the United States; UNITED STATES DEPARTMENT OF JUSTICE; STEVEN DETTELBACH, in his official capacity as Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives; BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES, | § § § § § § § § § § § § | |
| Defendants. | § | |

## ORDER

Before the Court is Plaintiffs' Unopposed Motion for Clarification (ECF No. 108), filed October 28, 2022 in response to the Court's Order (ECF No. 107), issued October 25, 2022, regarding supplemental briefing on Rule 65(a)(2) consolidation of the Plaintiffs' statutory interpretation claims. The parties request clarification about their deadline to file supplemental briefing. The Court **GRANTS** the motion (ECF No. 108) and **CLARIFIES** that the parties' supplemental briefing is due *either* 14 days after the Court resolves any pending motion to

supplement the Administrative Record and such supplemental records, where required, are produced, *or **no later than November 28, 2022**, if no such motion is filed.*

**SO ORDERED** this **31st day** of **October, 2022**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**