UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JENNIFER VANDERSTOK; MICHAEL G. ANDREN; TACTICAL MACHINING LLC, a limited liability company; FIREARMS POLICY COALITION, INC., a nonprofit corporation, | § § § § § § | |
| Plaintiffs, | § § | |
| v. | § | Civil Action No. 4:22-cv-00691-O |
| BLACKHAWK MANUFACTURING GROUP INC., doing business as 80 PERCENT ARMS, | § § § § § | |
| Intervenor Plaintiff, | § § | |
| v. | § § | |
| MERRICK GARLAND, in his Official capacity as Attorney General of the United States; UNITED STATES DEPARTMENT OF JUSTICE; STEVEN DETTELBACH, in his official capacity as Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives; BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES, | § § § § § § § § § § § | |
| Defendants. | § | |

**ORDER**

Before the Court is Plaintiffs' Motion for Extension of Time (ECF No. 111), filed October 31, 2022 regarding the deadline for supplemental briefing on Rule 65(a)(2) consolidation of the Plaintiffs' statutory interpretation claims. The Government requests an additional week—until December 5, 2022—to file their supplemental briefs because the November 28, 2022 deadline will present challenges as it follows a holiday week. Noting the motion is unopposed, the Court **GRANTS** the motion (ECF No. 111) and **ORDERS**

that the parties' supplemental briefing is due *either* 14 days after the Court resolves any pending motion to supplement the Administrative Record and such supplemental records, where required, are produced, or **no later than December 5, 2022**, if no such motion is filed.

    **SO ORDERED** this **1st day** of **November, 2022**.


                                               _____
                                               Reed O'Connor
                                               **UNITED STATES DISTRICT JUDGE**