UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JENNIFER VANDERSTOK *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MERRICK GARLAND, in his official capacity as Attorney General of the United States *et al.*, <br><br> Defendants. | Case No. 4:22-cv-00691-O |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Defendants Merrick Garland, in his official capacity as Attorney General of the United States; Steven Dettelbach, in his official capacity as Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF); the United States Department of Justice; and ATF hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Court's Opinion & Order on BlackHawk Manufacturing Group Inc. d/b/a 80 Percent Arms' Preliminary Injunction entered on November 3, 2022 [ECF No. 118].

DATED: November 4, 2022                 Respectfully submitted,

                                                                         BRIAN M. BOYNTON
                                                                         Principal Deputy Assistant Attorney General

                                                                         ALEXANDER K. HAAS
                                                                         Director, Federal Programs Branch

                                                                         LESLEY FARBY
                                                                         Assistant Director, Federal Programs Branch

                                                                         */s/ Daniel Riess*
                                                                         DANIEL RIESS
                                                                         MARTIN M. TOMLINSON
                                                                         TAISA M. GOODNATURE

Trial Attorneys  
Civil Division, Federal Programs Branch  
U.S. Department of Justice  
1100 L Street, NW  
Washington, DC 20005  
Phone: (202) 353-3098  
Email: Daniel.Riess@usdoj.gov  
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

On November 4, 2022, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ Daniel Riess