UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JENNIFER VANDERSTOK, et al.,<br>　　Plaintiffs,<br><br>BLACKHAWK MANUFACTURING GROUP INC.<br>d/b/a 80 Percent Arms,<br>　　Intervenor-Plaintiff,<br><br>DEFENSE DISTRIBUTED, and<br>THE SECOND AMENDMENT FOUNDATION,<br>INC.<br>　　Intervenors-Plaintiffs,<br><br>v.<br><br>MERRICK GARLAND, in his Official Capacity as<br>Attorney General of the United States, et al.,<br>　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ Civil Action No. 4:22-cv-00691-O |

**NOTICE OF APPEARANCE OF COUNSEL AND DESIGNATION OF LEAD COUNSEL FOR DEFENSE DISTRIBUTED AND THE SECOND AMENDMENT FOUNDATION, INC.**

Defense Distributed and the Second Amendment Foundation, Inc. (Intervenors-Plaintiffs) provide notice that the below-listed are appearing as counsel for Intervenors-Plaintiffs in this matter as follows:

Chad Flores
cflores@beckredden.com
Texas Bar No. 24059759
Nicholas M. Bruno
nbruno@beckredden.com
Texas Bar No. 24097432
Zachary T. Nelson
(Application for Admission Pending)
znelson@beckredden.com
Texas Bar No. 24127240
Beck Redden LLP
1221 McKinney Street, Suite 4500
Houston, Texas 77010-2010
(713) 951-3700
(713) 951-3720 (Fax)

Chad Flores will be lead counsel for Defense Distributed and the Second Amendment Foundation, Inc. (Intervenors-Plaintiffs). Defense Distributed and the Second Amendment Foundation, Inc. request that copies of all notices and filings be provided to Mr. Flores, Mr. Bruno and Mr. Nelson.

Respectfully submitted,

BECK REDDEN LLP

By: */s/ Chad Flores*
     Chad Flores
     cflores@beckredden.com
     Texas Bar No. 24059759
     Nicholas M. Bruno
     nbruno@beckredden.com
     Texas Bar No. 24097432
     Zachary T. Nelson
     znelson@beckredden.com
     Texas Bar No. 24127240
1221 McKinney St., Suite 4500
Houston, Texas 77010-2010
Telephone: (713) 951-3700
Facsimile: (713) 951-3720

Counsel for Defense Distributed and
The Second Amendment Foundation, Inc.

## CERTIFICATE OF SERVICE

      I certify that a true and correct copy of this submission was served on all counsel of record by the Court's CM/ECF system in accordance with the Federal Rules of Civil Procedure on November 8, 2022.

                                     */s/ Chad Flores*
                                     Chad Flores