**U.S. Department of Justice**

Civil Division

Federal Programs Branch                                   Washington, D.C. 20530

December 1, 2022

<u>VIA FEDERAL EXPRESS</u>
Clerk of Court
U.S. District Court for the Northern District of Texas
501 West Tenth Street
Fort Worth, Texas 76102

Re:   *VanDerStok et al. v. Garland et al.*, No. 4:22-cv-00691-O

Dear Clerk of Court:

Please find enclosed a thumb drive containing an agency affidavit certifying the amended administrative record in the above-captioned case, together with all additional pages in the amended record that were not part of the original record. Because the original record and certification were traditionally filed—as it was tens of thousands of pages in length—we are also filing these materials traditionally.

Although it is not required by the Local Rules, I have filed a notice today via ECF regarding this conventional filing.

Copies of these documents are also being sent to counsel for the parties and to Judge O'Connor's chambers (via Federal Express).

Thank you for your attention to this matter. If you have any questions, please don't hesitate to call me at (202) 353-3098.

Sincerely yours,

/s/ Daniel Riess
Daniel Riess
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005



**PEEL HERE ▶**

https://www.fedex.com/shipping/html/en/PrintIframe...

Firefox

**XA GRKA**

TRK# 7706 4574 9590
0201

(817) 850-6000

FORT WORTH TX 76102

FRI - 02 DEC 10:30A
PRIORITY OVERNIGHT

76102
TX-US  DFW

ORIGIN ID:PMA
THOMAS COUTHER
...
PENNEY AVE NE
WASHINGTON, DC 20224
UNITED STATES US

to CLERK OF COURT
U.S. DISTRICT COURT NORTHERN TX
501 WEST 10TH STREET

FedEx Express

581J3/9A97/FE2D

RT 398    1  10:30  D  9590  12.02
FZ

X-RAY

DEC - 2 2022

**FedEx® Express**

# Extremely Urgent

**For FedEx Express® Shipments Only**

Contents should be compatible with the container and packed securely. For shipping terms and conditions and our limits of liability, refer to the applicable FedEx Express shipping document, the current FedEx Service Guide, or conditions of carriage.

For more information on FedEx Express services, solutions, and shipping locations, go to **fedex.com**, or contact your nearest FedEx location.

© 2018 FedEx 155475/155476 REV 3/18



See how FedEx connects the world in responsible and resourceful ways at **environment.fedex.com**. Join our efforts by recycling this FedEx envelope.

▼ Insert shipping document here.