UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JENNIFER VANDERSTOK *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>MERRICK GARLAND, in his official capacity as Attorney General of the United States *et al.*,<br><br>    Defendants. | Case No. 4:22-cv-00691-O |

## **DEFENDANTS' NOTICE OF COMPLETION OF ADMINISTRATIVE RECORD**

Please take that Defendants have conventionally filed with the Clerk of Court a true and correct copy of the agency affidavit certifying the amended administrative record in the above-captioned case, together with all additional pages in the amended record that were not part of the original record. (Because the original record and certification were traditionally filed—as it was tens of thousands of pages in length—Defendants have also filed these materials traditionally.) True and correct copies of these materials have been served via overnight mail to all parties in this action.

DATED: December 2, 2022

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

LESLEY FARBY
Assistant Director, Federal Programs Branch

*/s/ Daniel Riess*
DANIEL RIESS
MARTIN M. TOMLINSON

          TAISA M. GOODNATURE
          Trial Attorneys
          Civil Division, Federal Programs Branch
          U.S. Department of Justice
          1100 L Street, NW
          Washington, DC 20005
          Phone: (202) 353-3098
          Email: Daniel.Riess@usdoj.gov
          *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

On December 2, 2022, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Daniel Riess*