**FILED**
**December 15, 2022**
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

*United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 15, 2022

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 22-11071   VanDerStok v. Garland
                     USDC No. 4:22-CV-691

The court has granted the motion to consolidate.

                       Sincerely,

                       LYLE W. CAYCE, Clerk

                       By: _____
                       Roeshawn Johnson, Deputy Clerk
                       504-310-7998

Mr. Joseph Christopher Amrhein Jr.
Mr. Nathan Brennan
Mr. Richard Brent Cooper
Ms. Erin M. Erhardt
Mr. Sean Janda
Ms. Karen S. Mitchell
Mr. Brian Daniel Poe
Mr. Daniel M. Riess
Ms. Kaitlyn Schiraldi
Mr. Michael J. Sullivan
Mr. Martin M. Tomlinson
Mr. Cody J. Wisniewski
Ms. Abby Christine Wright

P.S. to Counsel: A revised copy of the caption is enclosed for future filings.

---

Case No. 22-11071

---

Jennifer VanDerStok; Michael G. Andren; Tactical Machining, L.L.C., a limited liability company; Firearms Policy Coalition, Incorporated, a nonprofit corporation,

    Plaintiffs - Appellees

v.

Merrick Garland, U.S. Attorney General; United States Department of Justice; Steven Dettelbach, in his official capacity as Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives; Bureau of Alcohol, Tobacco, Firearms, and Explosives,

    Defendants - Appellants

consolidated with

---

No. 22-11086

---

Blackhawk Manufacturing Group, Incorporated, doing business as 80 Percent Arms,

    Intervenor Plaintiff - Appellee

v.

Merrick Garland, U.S. Attorney General; United States Department of Justice; Steven Dettelbach, in his official capacity as Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives; Bureau of Alcohol, Tobacco, Firearms, and Explosives,

    Defendants - Appellants