UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JENNIFER VANDERSTOK et al., | § § § § § § § § § § | |
| Plaintiffs, | | |
| v. | | Civil Action No. **4:22-cv-00691-O** |
| MERRICK GARLAND et al., | | |
| Defendants. | | |

## ORDER

On December 19, 2022, this Court issued an Order (ECF No. 137) granting Defense Distributed and the Second Amendment Foundation's motion to intervene. In view of that Order, the Intervenors are **ORDERED** to file their Complaint on the docket **no later than December 23, 2022**.

**SO ORDERED** this **22nd day** of **December, 2022**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE