IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JENNIFER VANDERSTOK; MICHAEL G. ANDREN; TACTICAL MACHINING, LLC, a limited liability company; FIREARMS POLICY COALITION, INC., a nonprofit corporation,<br><br>*Plaintiffs*,<br><br>and<br><br>BLACKHAWK MANUFACTURING GROUP, INC.; DEFENSE DISTRIBUTED; and SECOND AMENDMENT FOUNDATION, INC.,<br><br>*Intervenor-Plaintiffs*,<br><br>v.<br><br>MERRICK GARLAND, in his official capacity as Attorney General of the United States; UNITED STATES DEPARTMENT OF JUSTICE; STEVEN DETTELBACH, in his official capacity as Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives; and BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES<br><br>*Defendants*. | Civil Action No. 4:22-cv-00691-O |

## [PROPOSED] ORDER GRANTING PLAINTIFFS'

## MOTION FOR SUMMARY JUDGMENT

Before the Court is Plaintiffs Jennifer VanDerStok, Michael G. Andren, Tactical Machining, LLC, and Firearms Policy Coalition, Inc. (collectively "Plaintiffs'") Motion for Summary Judgment.

Having considered the motion, response, reply, and applicable law, the Court **GRANTS** the Plaintiffs' motion; **VACATES** the final agency action of promulgating the *Definition of "Frame or Receiver" and Identification of Firearms* ("Final Rule"), 87 Fed. Reg. 24,652, 24,667 (Apr. 26, 2022); **ENJOINS** enforcement of the Final Rule again Plaintiffs, the customers of Tactical Machining, and the members of Firearms Policy Coalition; and **ORDERS** that the Clerk of the Court shall enter judgment for the Plaintiffs.

**SO ORDERED** on this \_\_\_\_ day of _____, 2023.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE