**Exhibit C**



**Bureau of Alcohol, Tobacco, Firearms and Explosives**

WHO WE ARE    WHAT WE DO    RESOURCES

Home » What We Do » Mission Areas » Firearms

Español

- Firearms Home
- Tools & Services for Law Enforcement
- Tools & Services for Firearms Industry
- Rules and Regulations
- Firearms Forms
- Firearms Publications
- Firearms Q&As

## Are there restrictions on who can purchase receiver blanks?

The Gun Control Act (GCA) does not impose restrictions on receiver blanks that do not meet the definition of a "firearm."

Please note that some items marketed as non-firearm "unfinished" or "80%" receivers are actually considered firearms.

Last Reviewed June 24, 2020

Keep up with the latest ATF updates:  

**WHO WE ARE**
- About
- Executive Staff
- Organization Structure
- Our History

**WHAT WE DO**
- Firearms
- Explosives
- Arson
- Alcohol & Tobacco

**NEWS**
- Press Releases
- Advisories
- Reward Notices
- Media/Congressional Contacts

**CAREERS**
- Special Agent
- Industry Operations Investigator
- EEO and Disability Information

**RESOURCE CENTER**
- Statistics
- FOIA
- Most Wanted
- Download Forms

**OPEN GOVERNMENT**
- Privacy Policy
- Legal Policies & Disclaimers
- USA.gov
- No Fear Act
- Whistleblower Rights & Protections

Site Map
Accessibility & Plug-Ins
ATF.gov is an official site of the U.S. Department of Justice

