IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

| | |
|---|---|
| JENNIFER VANDERSTOK;<br>MICHAEL G. ANDREN;<br>TACTICAL MACHINING, LLC, a limited liability company; and<br>FIREARMS POLICY COALITION, INC., a nonprofit corporation,<br><br>    *Plaintiffs*,<br>and<br><br>BLACKHAWK MANUFACTURING GROUP INC. d/b/a 80 PERCENT ARMS; DEFENSE DISTRIBUTED; and SECOND AMENDMENT FOUNDATION, INC.,<br><br>    *Intervenor-Plaintiff*,<br><br>  v.<br><br>MERRICK GARLAND, in his official capacity as Attorney General of the United States;<br>UNITED STATES DEPARTMENT OF JUSTICE;<br>STEVEN DETTELBACH, in his official capacity as Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives; and<br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES,<br><br>    *Defendants*. | Civil Action No. 4:22-cv-691-O |

**INTERVENOR-PLAINTIFF BLACKHAWK MANUFACTURING GROUP INC. d/b/a 80 PERCENT ARMS' MOTION FOR SUMMARY JUDGMENT**

  Pursuant to Federal Rule of Civil Procedure 56, and Northern District of Texas Local Civil Rule 56.1-56.7, Intervenor-Plaintiff BlackHawk Manufacturing Group Inc. *d/b/a* 80 Percent Arms (collectively, as used herein, "BlackHawk"), through its undersigned counsel, respectfully move

1

for summary judgment against Defendants Merrick Garland, United States Department of Justice, Steven Dettelbach, and the Bureau of Alcohol, Tobacco, Firearms, and Explosives (collectively, "Defendants") on the following claims within their Intervenor Complaint, ECF No. 99.

## COUNTS

COUNT I – The Final Rule Exceeds Defendants' Statutory Authority.  The Definition of "Frame or Receiver" and Identification of Firearms ("Final Rule"), 87 Fed. Reg. 24,652, 24,667 (Apr. 26, 2022) exceeds Defendants' statutory authority in violation of the Administrative Procedures Act ("APA"), 5 U.S.C. § 706(2)(A) and § 706(2)(C).  To the extent Count I remains appropriate for summary judgment, BlackHawk hereby incorporates its briefing submitted previously regarding the same. *See* ECF Nos. 99 and 134.

| | |
|---|---|
| COUNT II | The Adoption of the Final Rule Violates the Separation of Powers |
| COUNT III | The Final Rule is Unconstitutionally Vague |
| COUNT IV | The Final Rule is Arbitrary, Capricious, and an Abuse of Discretion |
| COUNT V | The Final Rule Was Adopted Without Observance of Procedure Required by Law |
| COUNT VI | The Final Rule Violates the Nondelegation Doctrine |
| COUNT VII | The Final Rule is Contrary to Constitutional Right, Power, Privilege, or Immunity |
| COUNT VIII | The Final Rule's Regulations on "Privately Made Firearms" Exceed the Limits of the Commerce Clause |
| COUNT IX | The Final Rule Chills First Amendment Rights |
| COUNT X | The Final Rule Effectuates a Regulatory Taking of "Privately Made Firearms" Without Just Compensation |

BlackHawk submits that the matters required under Rule 56.3 are also set forth in the Brief, which is being filed concurrently with the present motion according to Local Rules 7.1 and 56.5.

BlackHawk's Motion for Summary Judgment includes this Motion and Brief in Support, collectively. BlackHawk respectfully requests this Honorable Court enter judgment in their favor and grant the present Motion for Summary Judgment fully or in a way the Court deems proper.

DATED this 23rd day of December, 2022.

                                      Respectfully submitted,

                                      /s/ *Brian D. Poe*
Brian D. Poe
TX Bar No. 24056908
BRIAN D. POE, ATTORNEY AT LAW PLLC
The Bryce Building
909 Throckmorton Street
Fort Worth, Texas 76102
Phone: (817) 870-2022
Fax: (817) 977-6501
bpoe@bpoelaw.com

Michael J. Sullivan
*Pro Hac Vice*, MA Bar No. 487210
Nathan P. Brennan
*Pro Hac Vice*, MN Bar No. 389954
J. Christopher Amrhein, Jr.
*Pro Hac Vice*, MA Bar No. 703170
ASHCROFT LAW FIRM LLC
200 State Street, 7th Floor
Boston, MA 02109
Phone: (617) 573-9400
Fax: (617) 933-7607
msullivan@ashcroftlawfirm.com
nbrennan@ashcroftlawfirm.com
camrhein@ashcroftlawfirm.com

*Counsel for Intervenor-Plaintiff BlackHawk Manufacturing Group Inc. d/b/a 80 Percent Arms*

**CERTIFICATE OF SERVICE**

I hereby certify that, on December 23, 2022, a true and correct copy of the foregoing document was served via the Court's CM/ECF system to all counsel of record. I certify that all participants in this case are registered CM/ECF users and service will be accomplished by this Court's CM/ECF system.

/s/ *Brian D. Poe*
Brian D. Poe