FILED
January 3, 2023
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

# United States Court of Appeals
# for the Fifth Circuit

_____

No. 22-11071

_____

Jennifer VanDerStok; Michael G. Andren; Tactical Machining, L.L.C., *a limited liability company*; Firearms Policy Coalition, Incorporated, *a nonprofit corporation*,

        *Plaintiffs—Appellees*,

*versus*

Merrick Garland, *U.S. Attorney General*; United States Department of Justice; Steven Dettelbach, *in his official capacity as Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives*; Bureau of Alcohol, Tobacco, Firearms, and Explosives,

        *Defendants—Appellants*,

consolidated with

_____

No. 22-11086

_____

Blackhawk Manufacturing Group, Incorporated, *doing business as* 80 Percent Arms,

        *Intervenor Plaintiff—Appellee*,

*versus*

Merrick Garland, *U.S. Attorney General*; United States Department of Justice; Steven Dettelbach, *in his official*

No. 22-11071
c/w No. 22-11086

*capacity as Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives*;
BUREAU OF ALCOHOL, TOBACCO, FIREARMS, and EXPLOSIVES,

*Defendants—Appellants.*

———————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:22-CV-691

———————————————————

ORDER:

IT IS ORDERED that the opposed motion of 16 Major Cities, District Attorneys for the Counties of Dallas and Travis, Texas and Prosecutors Against Gun Violence to file an amicus curiae brief is GRANTED.

IT IS FURTHER ORDERED that the opposed motion of Brady, Everytown for Gun Safety Action Fund and March for Our Lives to file an amicus curiae brief is GRANTED.

_____
STUART KYLE DUNCAN
*United States Circuit Judge*