# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 29, 2022

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 22-11071 c/w 22-11086

VanDerStok v. Garland
USDC No. 4:22-CV-691

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Roeshawn Johnson, Deputy Clerk
504-310-7998

Mr. Joseph Christopher Amrhein Jr.
Mr. Nathan Brennan
Mr. Richard Brent Cooper
Ms. Erin M. Erhardt
Mr. John Russell Hardin
Ms. Kathleen R. Hartnett
Mr. Sean Janda
Ms. Karen S. Mitchell
Mr. Arjun Pushkar Ogale
Mr. Brian Daniel Poe
Mr. Daniel M. Riess
Ms. Kaitlyn Schiraldi
Mr. Michael J. Sullivan
Mr. Martin M. Tomlinson
Mr. Cody J. Wisniewski
Ms. Abby Christine Wright