# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| JENNIFER VANDERSTOK *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MERRICK GARLAND, in his official capacity as Attorney General of the United States *et al.*, <br><br> Defendants. | Case No. 4:22-cv-00691-O |

## **PROPOSED ORDER**

Came on this day Defendants' Unopposed Motion for Extension of Time, and the Court having read the motion and pleadings on file is of the opinion that the motion is meritorious and should be **GRANTED**. It is therefore **ORDERED** that Defendants may file their responses to Plaintiffs' Motion for Summary Judgment (ECF No. 140) and to Intervenor-Plaintiff BlackHawk Manufacturing Group Inc. d/b/a 80 Percent Arms' Motion for Summary Judgment (ECF No. 144), as well as their cross-motion for summary judgment, on or before February 13, 2023.

Dated: _____, 2023     _____
REED O'CONNOR
UNITED STATES DISTRICT JUDGE