IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JENNIFER VANDERSTOK; <br> MICHAEL G. ANDREN; <br> TACTICAL MACHINING, LLC, a limited liability company; and <br> FIREARMS POLICY COALITION, INC., a nonprofit corporation, <br><br> *Plaintiffs*, <br> and <br><br> Not An LLC d/b/a JSD SUPPLY, <br><br> *Applicant in Intervention*, <br><br> v. <br><br> MERRICK GARLAND, in his official capacity as Attorney General of the United States; <br> UNITED STATES DEPARTMENT OF JUSTICE; <br> STEVEN DETTELBACH, in his official capacity as Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives; and <br> BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, <br><br> *Defendants*. | Civil Action No. 4:22-cv-691-O |

**NOT AN LLC DBA JSD SUPPLY'S
[PROPOSED] MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to Federal Rule of Civil Procedure 65, Northern District of Texas Local Civil Rule 7.1, and 5 U.S.C. § 705, Intervenor-Plaintiff Not an LLC, dba JSD Supply (hereafter, "JSD Supply"), through its undersigned counsel, move this honorable Court for a nationwide preliminary injunction prohibiting Defendants and their officers, agents, servants, and employees

1

from implementing and enforcing the provisions established and amended by the Department of Justice and Bureau of Alcohol, Tobacco, Firearms, and Explosives' Final Rule entitled Definition of "Frame or Receiver" and Identification of Firearms ("Final Rule"), 87 Fed. Reg. 24,652 (Apr. 26, 2022), and/or to postpone the effective date of the Final Rule.

Alternatively, JSD Supply requests that the Court issue a determination that JSD Supply is entitled to the same injunctive relief and protections granted to Tactical Machining in the Court's September 2, 2022 Order, ECF No. 56. Further and alternatively, JSD Supply requests that the Court enjoin Defendants' ability to rescind the lawful classification letter issued to JSD Supply by ATF on November 21, 2017, submitted with JSD Supply's accompany Brief, in order for JSD Supply to lawfully continue selling non-regulated receiver blanks with non-regulated tools, jigs, and instructions as it did prior to the Final Rule's effective date.

JSD Supply's counsel has conferred with counsel for Defendants, who oppose the relief requested herein. Counsel for Plaintiffs take no position as to this motion.

In support of this Motion, JSD Supply concurrently files its Brief in Support of Proposed Motion for Preliminary Injunction along with supporting documentation pursuant to Northern District of Texas Local Civil Rule 7.1(d).

DATED this 5th day of January, 2023.

                                                  Respectfully submitted,

                                                  */s/ Matthew J. Smid*
                                                  MATTHEW J. SMID
                                                  TX Bar No. 24063541
                                                  ATTORNEY AT LAW
                                                  301 Commerce Street, Suite 2001
                                                  Fort Worth, Texas 76102
                                                  Phone: (817) 332-3822 Phone
                                                  Fax: (817) 332-2763 Fax
                                                  matt@mattsmidlaw.com

J. MARK BREWER<br>
Texas Bar No. 02965010<br>
BREWER & PRITCHARD, P.C.<br>
800 Bering Dr., Suite 201<br>
Houston, TX 77057<br>
Phone: (713) 209-2910<br>
brewer@bplaw.com

Attorneys for proposed Intervenor-Plaintiff Not an LLC, dba JSD Supply

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

On December 20, 2022, the undersigned contacted all counsel for Plaintiffs and Defendants regarding this motion. On December 22, 2022, Martin M. Tomlinson, counsel for the Government, emailed counsel for the moving party that the Government opposes this Motion. On January 5, 2023, Zhonette Brown, counsel for Plaintiffs, advised Plaintiffs take no position with regard to this motion.

*/s/ J. Mark Brewer*
J. Mark Brewer