# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| JENNIFER VANDERSTOK, et al., § <br> § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> BLACKHAWK MANUFACTURING § <br> GROUP INC., et al., § <br> § <br> Intervenor Plaintiffs, § <br> § <br> v. § <br> § <br> MERRICK GARLAND, in his Official § <br> capacity as Attorney General of the § <br> United States, et al., § <br> § <br> Defendants. § | Civil Action No. 4:22-cv-00691-O |

## ORDER

Before the Court is Defendants' Unopposed Motion for Extension of Time (ECF No. 148), filed January 5, 2023. Defendants seek an additional one-week extension to respond to Plaintiffs' Motions for Summary Judgment. Having considered the motion, noting the agreement of the parties, and finding good cause to amend its Scheduling Order, the Court **GRANTS** Defendants' motion and **ORDERS** Defendants to file their response(s) and cross-motion(s) for summary judgment no later than **February 13, 2023**.

**SO ORDERED** this **6th day** of **January, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE