IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JENNIFER VANDERSTOK; MICHAEL G. ANDREN; TACTICAL MACHINING, LLC, a limited liability company; and FIREARMS POLICY COALITION, INC., a nonprofit corporation,<br><br>   *Plaintiffs*,<br><br>and<br><br>Not An LLC d/b/a JSD SUPPLY,<br><br>   *Applicant in Intervention*,<br><br> v.<br><br>MERRICK GARLAND, in his official capacity as Attorney General of the United States; UNITED STATES DEPARTMENT OF JUSTICE; STEVEN DETTELBACH, in his official capacity as Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives; and BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES,<br><br>   *Defendants*. | Civil Action No. 4:22-cv-691-O |

## NOTICE OF APPEARANCE OF COUNSEL

  COMES NOW, J. MARK BREWER, who is admitted or otherwise authorized to practice in this Court, and hereby enters his appearance as lead counsel on behalf of Plaintiff-Intervenor Not An LLC dba JSD Supply ("JSD"). Mr. Brewer is authorized to receive service of all pleadings, notices, orders and other papers in the above-captioned matter on behalf of JSD, and requests

1

CM/ECF notification for filings in this case. Mr. Brewer may be contacted as follows:

J. Mark Brewer
State Bar No. 02965010
Brewer & Pritchard, P.C.
800 Bering Dr., Suite 201
Houston, Texas 77057
Brewer@bplaw.com
Telephone: (713) 209-2910

Respectfully Submitted,

*/s/ J. Mark Brewer*
J. Mark Brewer
TX Bar No. 02965010
BREWER & PRITCHARD, P.C.
800 Bering Dr., Suite 201
Houston, TX 77057
(713) 209-2910
brewer@bplaw.com

*Counsel for proposed Intervenor-Plaintiff Not an LLC dba JSD Supply*

## CERTIFICATE OF SERVICE

I certify that on January 6, 2023, the foregoing document was served, via the Court's CM/ECF Document Filing System, upon the registered CM/ECF users in this action.

*/s/ J. Mark Brewer*
J. Mark Brewer

2