UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JENNIFER VANDERSTOK; MICHAEL G. ANDREN; TACTICAL MACHINING, LLC, a limited liability company; and FIREARMS POLICY COALITION, INC., a nonprofit corporation, *et al.*,<br><br>    *Plaintiffs and Intervenors*<br><br>and<br><br>Not An LLC d/b/a JSD SUPPLY,<br><br>    *Applicant in Intervention*,<br><br>v.<br><br>MERRICK GARLAND, in his official capacity as Attorney General of the United States; UNITED STATES DEPARTMENT OF JUSTICE; STEVEN DETTELBACH, in his official capacity as Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives; and BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES,<br><br>    *Defendants*. | Civil Action No. 4:22-CV-00691-O |

**NOTICE OF APPEARANCE OF COUNSEL**

## NOTICE OF APPEARANCE OF COUNSEL

COMES NOW, MATTHEW J. SMID, who is admitted or otherwise authorized to practice in this Court, and hereby enters his appearance as local counsel on behalf of NOT AN LLC d/b/a JSD SUPPLY.

Dated:   January 6, 2023

> Respectfully submitted,
>
> */s/ Matthew J.   Smid*
> MATTHEW J. SMID
> TX Bar No. 24063541
> ATTORNEY AT LAW
> 301 Commerce Street, Suite 2001
> Fort Worth, Texas 76102
> Phone: (817) 332-3822 Phone
> Fax: (817) 332-2763 Fax
> Email: Matt@MattSmidLaw.com
>
> *Attorney for proposed Intervenor-Plaintiff Not an LLC, dba JSD Supply*

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2023, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court for the U.S. District Court, Northern District of Texas, using the CM/ECF system of the Court which will send a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice in accordance with the Federal Rules of Civil Procedure.

> */s/ Matthew J.   Smid*
> MATTHEW J. SMID