UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JENNIFER VANDERSTOK *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>MERRICK GARLAND, in his official capacity as Attorney General of the United States *et al.*,<br><br>    Defendants. | Case No. 4:22-cv-00691-O |

**NOTICE REGARDING NON-PARTY JSD SUPPLY'S
"[PROPOSED] MOTION FOR PRELIMINARY INJUNCTION"**

On January 5, 2023, non-party Not an LLC d/b/a JSD Supply (JSD) filed a motion to intervene in this case (ECF No. 149). Defendants oppose that motion, and the original plaintiffs have stated that they "do not expressly oppose but could not agree with the motion." *Id.* at 3.[1] Despite its non-party status, JSD has filed a document entitled "Not an LLC dba JSD Supply's [Proposed] Motion for Preliminary Injunction" (ECF No. 151), together with a brief in support of this document (ECF No. 152). That document does not explain how a non-party to a case may file a motion seeking injunctive relief. Moreover, neither the Federal or Local Rules provide for the filing of a "proposed motion," and contrary to JSD's representation in that document's certificate of compliance, JSD has not conferred with Defendants to obtain Defendants' position regarding any motion for preliminary injunctive relief.

---

[1] The motion to intervene does not reflect that JSD has complied with Local Civil Rule 7.1 before filing. The motion's certificate of conference does not reflect the positions of Intervenor-Plaintiffs BlackHawk Manufacturing Group, Inc.; Defense Distributed; or Second Amendment Foundation regarding the motion, but only the position of the original plaintiffs.

For all these reasons, Defendants respectfully notify the Court that they do not plan to respond to JSD's "proposed motion." In the event that the Court were to grant JSD's motion to intervene, then Defendants would respond to any subsequently-filed motions by JSD in accordance with the Federal and Local Rules.

DATED: January 9, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

LESLEY FARBY
Assistant Director, Federal Programs Branch

/s/ Daniel Riess
DANIEL RIESS
MARTIN M. TOMLINSON
TAISA M. GOODNATURE
Trial Attorneys
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Phone: (202) 353-3098
Email: Daniel.Riess@usdoj.gov
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

On January 9, 2023, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ Daniel Riess