UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| JENNIFER VANDERSTOK, et al. | § | |
| *Plaintiff* | § | |
| | § | |
| | § | |
| v. | § | Case No. 4:22-cv-00691-O |
| | § | |
| | § | |
| MERRICK GARLAND, et al. | § | |
| *Defendant* | § | |

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.**     Applicant is an attorney and a member of the law firm of (or practices under the name of)

Bradley Arant Boult Cummings LLP                                                            , with offices at

1615 L Street NW Ste 1350
(Street Address)

Washington                                      D.C.                    20036
(City)                                                   (State)                 (Zip Code)

202.719.8256                                    202.719.8356
(Telephone No.)                                 (Fax No.)

**II.**    Applicant will sign all filings with the name Marc A. Nardone                                        .

**III.**   Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

Polymer80, Inc.

to provide legal representation in connection with the above-styled matter now pending before the United
States District Court for the Northern District of Texas.

**IV.**      Applicant is a member in good standing of the bar of the highest court of the state of

<div style="float: right; border: 1px solid black; padding: 4px;">
For Court Use Only.
Bar StatusVerified:

_____
</div>

_____Washington, D.C._____, where Applicant regularly practices law.

Bar license number: _1023570_      Admission date: _November 7, 2014_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.**      Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| USDC, Northern District of NY | December 2, 2021 | Active |
| USDC, Western District of NY | August 18, 2021 | Active |
| USDC, District of Maryland | November 4, 2013 | Active |
| USDC, District of Columbia | August 2, 2021 | Active |

See attached sheet for additional court admissions - all active.

**VI.**      Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

**VII.**      Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

**VIII.**      Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.**     Applicant has filed for *pro hac vice* admission in the United States District Court for the

Northern District of Texas during the past three (3) years in the following matters:

Date of Application:                    Case No. And Style:

 N/A                                       N/A

(If necessary, attach statement of additional applications.)

**X.**      Local counsel of record associated with Applicant in this matter is

 Dennis L. Daniels                                                          , who has offices at

 4500 Ross Avenue, Suite 3600
(Street Address)

 Dallas                                        TX                 75202
(City)                                          (State)            (Zip Code)

 214.257.9800                                   214.939.8787
(Telephone No.)                                 (Facsimile No.)

**XI.**     Check the appropriate box below.

        For Application in a **Civil Case**

        ☑       Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121
                F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will
                comply with the standards of practice adopted in *Dondi* and with the local civil rules.

        For Application in a **Criminal Case**

        ☐       Applicant has read and will comply with the local criminal rules of this court.

**XII.**    Applicant respectfully requests to be admitted to practice in the United States District Court for

the Northern District of Texas for this cause only.  Applicant certifies that a true and correct copy of this

document has been served upon each attorney of record and the original upon the clerk of court,

accompanied by a $100 filing fee, on this the     10th    day of January                         ,  2023      .

                                         Marc A. Nardone
                                        Printed Name of Applicant

                                        /s/ Marc A. Nardone
                                        Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the
applicant's signature.  If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the
signature line.

# Marc Alexander Nardone

| COURT/BAR OF ADMISSION | DATE ADMITTED | BAR NO. |
|---|---|---|
| Maryland State Bar | December 14, 2011 | 1112140291 |
| District of Columbia Bar | November 7, 2014 | 1023570 |
| Court of Appeals of Maryland | December 14, 2011 | 1112140291 |
| U.S. Court of Appeals for the 1st Circuit | September 18, 2018 | 1184464 |
| U.S. Court of Appeals for the 2nd Circuit | October 8, 2019 | N/A |
| U.S. Court of Appeals for the 3rd Circuit | October 10, 2019 | N/A |
| U.S. Court of Appeals for the 4th Circuit | June 24, 2014 | N/A |
| U.S. Court of Appeals for the 9th Circuit | October 31, 2019 | N/A |
| U.S. Court of Appeals for the 11th Circuit | October 10, 2019 | N/A |
| U.S. District Court for the District of Columbia | August 2, 2021 | 1023570 |
| U.S. District Court for the District of Maryland | November 4, 2013 | 18811 |
| U.S. District Court for the Western District of New York | August 18, 2021 | N/A |

| U.S. District Court for the Northern District of New York | December 2, 2021 | 703242 |



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that

# Marc Nardone

was duly qualified and admitted on November 7, 2014 as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, an Active member in good
standing of this Bar.

*In Testimony Whereof,*
*I have hereunto subscribed my*
*name and affixed the seal of this*
*Court at the City of*
*Washington, D.C., on October 31, 2022.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email*
*memberservices@dcbar.org.*