**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

JENNIFER VANDERSTOK, et al.

_____
*Plaintiff*

§
§
§
§
v.                              §     Case No. _____4:22-cv-00691-O_____
§
§
MERRICK GARLAND, et al.          §
_____           §
*Defendant*                       §

**ORDER FOR ADMISSION *PRO HAC VICE***

The Court has considered the Application for Admission *Pro Hac Vice* of

 Marc A. Nardone
_____.

It is ORDERED that:

☐     the application is granted.  The Clerk of Court shall deposit the admission fee to the
account of the Non-Appropriated Fund of this Court.  It is further ORDERED that, if the
Applicant has not already done so, the Applicant must register as an ECF User within 14
days.  See LR 5.1(f) and LCrR 49.2(g).

☐     the application is denied.  The Clerk of Court shall return the admission fee to the
Applicant.

_____          _____
DATE                             PRESIDING JUDGE