UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

JENNIFER VANDERSTOK, et al. §
  *Plaintiff* §
§
§
v. § Case No. 4:22-cv-00691-O
§
§
MERRICK GARLAND, et al. §
  *Defendant* §

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.** Applicant is an attorney and a member of the law firm of (or practices under the name of)

Bradley Arant Boult Cummings LLP, with offices at

One Federal Place 1819 5th Avenue N
(Street Address)

Birmingham          AL          35203
(City)              (State)     (Zip Code)

205.521.8285        205.488.6285
(Telephone No.)     (Fax No.)

**II.** Applicant will sign all filings with the name James W. Porter III.

**III.** Applicant has been retained personally or as a member of the above-named firm by:
(List All Parties Represented)

Polymer80, Inc.

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of _____Alabama_____, where Applicant regularly practices law.

For Court Use Only.
Bar StatusVerified:
_____

Bar license number: 1704J66P   Admission date: September 30, 2005

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| USDC, District of Maryland | November 14, 2014 | Active |
| USDC, Northern District of Alabama | January 18, 2007 | Active |
| USDC, District of Columbia | November 7, 2011 | Active |
| US Ct. of Appeals, 11th Circuit | September 14, 2007 | Active |

See attached sheet for additional court admissions - all active.

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application: Case No. And Style:

N/A                                        N/A

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

Dennis L. Daniels                                                        , who has offices at

4500 Ross Avenue, Suite 3600
(Street Address)

Dallas                                TX                        75202
(City)                                (State)                  (Zip Code)

214.257.9800                          214.939.8787
(Telephone No.)                       (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

☑ Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

☐ Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the 11th day of January, 2023.

James W. Porter, III
Printed Name of Applicant

/s/ James W. Porter, III
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.

## JAMES WALLACE PORTER III

## COURTS OF ADMISSION

| COURT OF ADMISSION | DATE ADMITTED | BAR NO. (if applicable) |
|---|---|---|
| Supreme Court of the United States | 12/13/2010 | N/A |
| Alabama Supreme Court | 09/30/2005 | N/A |
| U.S. Court of Appeals, D.C. Circuit | 02/15/2013 | 54647 |
| U.S. Court of Appeals, First Circuit | 07/27/2018 | 1184737 |
| U.S. Court of Appeals, Second Circuit | 10/08/2019 | N/A |
| U.S. Court of Appeals, Third Circuit | 05/09/2019 | N/A |
| U.S. Court of Appeals, Fourth Circuit | 06/24/2014 | N/A |
| U.S. Court of Appeals, Ninth Circuit | 09/19/2019 | N/A |
| U.S. Court of Appeals, Eleventh Circuit | 09/14/2007 | N/A |
| District of Columbia District Court | 11/07/2011 | 999070 |
| Northern District of Alabama | 01/18/2007 | 1704J66P |
| District of Maryland | 11/14/2014 | 19416 |
| U.S. District Court for the Western District of New York | 08/18/2021 | N/A |
| U.S. District Court for the Northern District of New York | 12/06/2021 | 703245 |
| District of Columbia Bar | 02/07/2011 | 999070 |
| Alabama State Bar | 09/30/2005 | 1704J66P |

**Alabama State Bar**

415 DEXTER AVENUE
POST OFFICE BOX 671
MONTGOMERY, AL 36101



## STATE OF ALABAMA

## COUNTY OF MONTGOMERY

I, Terri B. Lovell, Secretary of the Alabama State Bar and custodian of its records, hereby certify that James Wallace Porter III has been duly admitted to the Bar of this State and is entitled to practice in all of the courts of this State including the Supreme Court of Alabama, which is the highest court of said state.

I further certify that James Wallace Porter III was admitted to the Alabama State Bar September 30, 2005.

I further certify that the said James Wallace Porter III is presently a member in good standing of the Alabama State Bar, having met all licensing requirements for the year ending September 30, 2023.

IN WITNESS WHEREOF, I have hereunto set my hand and the seal of the Alabama State Bar on this the 10th day of January, 2023.

Terri B. Lovell, Secretary

