UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JENNIFER VANDERSTOK, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>BLACKHAWK MANUFACTURING GROUP INC., et al.,<br><br>    Intervenor Plaintiffs,<br><br>v.<br><br>MERRICK GARLAND, in his Official capacity as Attorney General of the United States, et al.,<br><br>    Defendants. | Civil Action No. 4:22-cv-00691-O |

**ORDER**

Before the Court are Putative-Intervenors (1) Not an LLC d/b/a JSD Supply's Motion to Intervene (ECF No. 149), filed January 5, 2023; (2) Polymer80, Inc.'s Motion to Intervene (ECF No. 157), filed January 9, 2023; and (3) Polymer80, Inc.'s Motion for Expedited Briefing Scheduling (ECF No. 160), filed January 9, 2023. To expedite resolution of the motions, the Court **ORDERS** Defendants to respond to Putative Intervenors' motions to intervene **no later than January 23, 2023**. Plaintiffs may respond, if they choose, **no later than January 23, 2023**. Putative-Intervenors may reply **no later than January 27, 2023**. Putative-Intervenor Polymer80's motion to expedite is therefore **GRANTED in part** (ECF No. 160).

**SO ORDERED** this **17th day** of **January, 2023**.

Reed O'Connor
**UNITED STATES DISTRICT JUDGE**