# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | |
|---|---|
| JENNIFER VANDERSTOK *et al.*, | |
| Plaintiffs, | Case No. 4:22-cv-00691-O |
| v. | |
| MERRICK GARLAND, in his official capacity as Attorney General of the United States *et al.*, | |
| Defendants. | |

## PROPOSED ORDER

Came on this day Defendants' Unopposed Motion to Defer Consideration of Intervention Motions, and the Court having read the motion and pleadings on file is of the opinion that the motion is meritorious and should be **GRANTED**. It is therefore **ORDERED** that briefing and consideration of Not an LLC d/b/a JSD Supply's Motion to Intervene (ECF No. 149) and Polymer80, Inc.'s Motion to Intervene (ECF No. 157) be **DEFERRED** until the conclusion of summary judgment briefing in this case. After summary judgment briefing has concluded, in accordance with the Court's Local Rules, the parties will have 21 days to respond to the motions to intervene, and the putative intervenors will have 14 days thereafter to file reply briefs in support of their motions.

Dated: _____, 2023      _____
REED O'CONNOR
UNITED STATES DISTRICT JUDGE