# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| JENNIFER VANDERSTOK, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | |
| BLACKHAWK MANUFACTURING GROUP INC., et al., | § | |
| | § | Civil Action No. 4:22-cv-00691-O |
| Intervenor Plaintiffs, | § | |
| | § | |
| v. | § | |
| | § | |
| MERRICK GARLAND, in his Official capacity as Attorney General of the United States, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Defendants' Unopposed Motion to Defer Consideration of Intervention Motions (ECF No. 170), filed January 17, 2023. Having considered the motion, the Court finds that it should be and is hereby **GRANTED**. Accordingly, it is **ORDERED** that briefing and consideration of Putative Intervenors' motions to intervene (ECF Nos. 149, 157) be deferred until the conclusion of summary judgment briefing in this case. The parties shall have **21 days**, from the time the final summary judgment brief is filed, to respond to the motions to intervene and Putative Intervenors shall have **14 days** thereafter to reply. In light of today's order, the Court **VACATES** its prior order (ECF No. 169) expediting briefing on the pending motions to intervene.

SO ORDERED this **18th day** of **January, 2023**.

_Reed O'Connor_
**Reed O'Connor**
**UNITED STATES DISTRICT JUDGE**