UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JENNIFER VANDERSTOK, et al., § § Plaintiffs, § § v. § § BLACKHAWK MANUFACTURING § GROUP INC., et al., § § Intervenor Plaintiffs, § § v. § § MERRICK GARLAND, in his Official § capacity as Attorney General of the § United States, et al., § § Defendants. § | Civil Action No. 4:22-cv-00691-O |

## ORDER

Before the Court is Plaintiffs' Motion for Leave to Provide Supplemental Authority to Their Count I Briefing and Their Motion for Summary Judgment and Memorandum in Support (ECF No. 171), filed January 18, 2023. The Government opposes the motion. To expedite resolution of the issue, the Court **ORDERS** Defendants to respond no later than **January 23, 2023**. Plaintiffs may reply no later than **January 25, 2023**.

**SO ORDERED** this **19th day** of **January, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE