UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JENNIFER VANDERSTOK *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MERRICK GARLAND, in his official capacity as Attorney General of the United States *et al.*, <br><br> Defendants. | Case No. 4:22-cv-00691-O |

**DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION FOR LEAVE TO PROVIDE SUPPLEMENTAL AUTHORITY TO THEIR COUNT I BRIEFING AND THEIR MOTION FOR SUMMARY JUDGMENT AND MEMORANDUM IN SUPPORT**

Upon review of Plaintiffs' as-filed motion for leave to provide supplemental authority to their Count I briefing and their motion for summary judgment (the motion), Defendants do not oppose the motion. Although Defendants disagree with the arguments presented by Plaintiffs in the motion, as well as any contention that Plaintiffs are entitled to judgment in whole or in part, Defendants intend to respond to those arguments in their forthcoming merits briefing.

DATED: January 23, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

LESLEY FARBY
Assistant Director, Federal Programs Branch

*/s/ Daniel Riess*
DANIEL RIESS
MARTIN M. TOMLINSON

1

TAISA M. GOODNATURE
Trial Attorneys
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Phone: (202) 353-3098
Email: Daniel.Riess@usdoj.gov
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

On January 23, 2023, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ Daniel Riess