UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JENNIFER VANDERSTOK *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>MERRICK GARLAND, in his official capacity as Attorney General of the United States *et al.*,<br><br>    Defendants. | Case No. 4:22-cv-00691-O |

## PROPOSED ORDER

Came on this day Defendants' Unopposed Motion for Extension of Time to File Answer to Defense Distributed and Second Amendment Foundation's (Intervenors) Complaint in Intervention, and the Court having read the motion and pleadings on file is of the opinion that the motion is meritorious and should be **GRANTED**. It is therefore **ORDERED** that Defendants' deadline to file their answer to Defense Distributed and Second Amendment Foundation's Complaint in Intervention (ECF No. 143) is extended until 14 days after the Court has resolved Intervenors' motions for preliminary injunctive relief and for summary judgment (ECF Nos. 163, 165).

Dated: _____, 2023          _____
                                           REED O'CONNOR
                                           UNITED STATES DISTRICT JUDGE