# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| JENNIFER VANDERSTOK, et al., § § Plaintiffs, § § v. § § BLACKHAWK MANUFACTURING § GROUP INC., et al., § § Intervenor Plaintiffs, § § v. § § MERRICK GARLAND, in his Official § capacity as Attorney General of the § United States, et al., § § Defendants. § | Civil Action No. 4:22-cv-00691-O |

## ORDER

Before the Court is Defendants' Unopposed Motion for Extension of Time to File Answer to Defense Distributed and Second Amendment Foundation's Complaint in Intervention (ECF No. 178), filed February 10, 2023. Having considered the motion and noting it is unopposed, the Court **GRANTS** the motion and **ORDERS** Defendants to file their Answer **no later than 21 days** after this Court resolves Intervenors' motions for preliminary injunctive relief and for summary judgment.

**SO ORDERED** this **10th day** of **February, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE