**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

JENNIFER VANDERSTOK *et al.*,

    Plaintiffs,

     v.

MERRICK GARLAND, in his official
capacity as Attorney General of the United
States *et al.*,

    Defendants.

Case No. 4:22-cv-00691-O

**DEFENDANTS' COMBINED OPPOSITION TO ORIGINAL PLAINTIFFS'**
**AND INTERVENOR-PLAINTIFFS' MOTIONS FOR SUMMARY**
**JUDGMENT AND CROSS-MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56, Defendants hereby move this Court to enter

summary judgment for Defendants, and to deny the motions for summary judgment filed by Jennifer

VanDerStok; Michael G. Andren; Tactical Machining, LLC; Firearms Policy Coalition, Inc. (ECF No.

140); by BlackHawk Manufacturing Group Inc. d/b/a 80 Percent Arms (ECF No. 144); and by

Defense Distributed and Second Amendment Foundation, Inc. (ECF No. 165). In accordance with

Local Rule 56.5, this motion is accompanied by a brief that sets forth the arguments and authorities

on which Defendants rely in support of this motion, and that contains the matters required by Local

Rules 56.3(a) and 56.4(a). A proposed order also accompanies this motion.

DATED: February 13, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

LESLEY FARBY
Assistant Director, Federal Programs Branch

*/s/ Daniel Riess*
DANIEL RIESS
MARTIN M. TOMLINSON
TAISA M. GOODNATURE
Trial Attorneys
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Phone: (202) 353-3098
Email:  Daniel.Riess@usdoj.gov
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

On February 13, 2023, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.  I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Daniel Riess*

2