## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | |
|---|---|
| JENNIFER VANDERSTOK *et al*., | |
| Plaintiffs, | Case No. 4:22-cv-00691-O |
| v. | |
| MERRICK GARLAND, in his official capacity as Attorney General of the United States *et al.*, | |
| Defendants. | |

## <u>PROPOSED ORDER</u>

Came on this day Defendants' Cross-Motion for Summary Judgment, and the Court having read the motion and pleadings on file is of the opinion that the motion is meritorious and should be **GRANTED**.  It is therefore **ORDERED** that judgment is **ENTERED** for Defendants.  It is further **ORDERED** that Plaintiffs' Motion for Summary Judgment (ECF No. 140), and Intervenor-Plaintiff BlackHawk Manufacturing Group Inc. d/b/a 80 Percent Arms' Motion for Summary Judgment (ECF No. 144), and Intervenor-Plaintiffs Defense Distributed and Second Amendment Foundation's Motion for Summary Judgment (ECF No. 165) are **DENIED**.

Dated: _____, 2023        _____
                                          REED O'CONNOR
                                          UNITED STATES DISTRICT JUDGE