# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| JENNIFER VANDERSTOK *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MERRICK GARLAND, in his official capacity as Attorney General of the United States *et al.*, <br><br> Defendants. | Case No. 4:22-cv-00691-O |

## PROPOSED ORDER

Came on this day Defendants' Cross-Motion for Summary Judgment, and the Court having read the motion and pleadings on file is of the opinion that the motion is meritorious and should be **GRANTED**. It is therefore **ORDERED** that judgment is **ENTERED** for Defendants. It is further **ORDERED** that Plaintiffs' Motion for Summary Judgment (ECF No. 140), and Intervenor-Plaintiff BlackHawk Manufacturing Group Inc. d/b/a 80 Percent Arms' Motion for Summary Judgment (ECF No. 144), and Intervenor-Plaintiffs Defense Distributed and Second Amendment Foundation's Motion for Summary Judgment (ECF No. 165) are **DENIED**.

Dated: _____, 2023

_____
REED O'CONNOR
UNITED STATES DISTRICT JUDGE