# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| JENNIFER VANDERSTOK, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>BLACKHAWK MANUFACTURING GROUP INC., *et al.*,<br><br>    *Intervenor-Plaintiffs*,<br><br>v.<br><br>MERRICK GARLAND, in his official capacity as Attorney General of the United States, *et al.*,<br><br>    *Defendants*. | Case No. 4:22-cv-00691-O |

## [PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE AMICI CURIAE BRIEF OF GUN OWNERS FOR SAFETY AND INDIVIDUAL CO-AMICI

Upon consideration of the Motion for Leave to File Amici Curiae Brief of Gun Owners for Safety and Individual Co-Amici, *see* ECF No. __, and there appearing good cause to grant such leave,

IT IS HEREBY ORDERED that:

The Motion is GRANTED. The amici brief, attached to the Motion, is deemed FILED.

SIGNED this ____ day of _____, 2023.

_____
REED O'CONNOR
UNITED STATES DISTRICT JUDGE