# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| JENNIFER VANDERSTOK, *et al.*,<br><br>   *Plaintiffs*,<br><br>v.<br><br>BLACKHAWK MANUFACTURING GROUP INC., *et al.*,<br><br>   *Intervenor-Plaintiffs*,<br><br>v.<br><br>MERRICK GARLAND, in his official capacity as Attorney General of the United States, *et al.*,<br><br>   *Defendants*. | Case No. 4:22-cv-00691-O |

## **UNOPPOSED MOTION TO WITHDRAW**

I, Zachary Nelson, hereby move to withdraw as counsel for Defense Distributed and the Second Amendment Foundation, Inc. I have changed law firms and practice areas, and I am no longer involved in this case. Defense Distributed and the Second Amendment Foundation will continue being represented by Chad Flores and Nicholas M. Bruno of Beck Redden LLP, 1221 McKinney St., Ste 4500, Houston, TX 77010-2010.

                                              Respectfully submitted,

                                              */s/ Zach Nelson*
                                              Zachary Nelson
                                              zach.nelson@lw.com
                                              Texas Bar No. 24127240
                                              Latham & Watkins LLP
                                              811 Main St., Ste 3700
                                              Houston, TX 77002
                                              Telephone: (970).426.6315

## Certificate of Conference

Local Rule 7.1(a) requires a conference with "an attorney for each party affected by the requested relief to determine whether the motion is opposed." My withdrawal affects only Defense Distributed and the Second Amendment Foundation. Accordingly, I conferred with their lead counsel, Chad Flores, via emails on February 23, 2023. Mr. Flores confirmed that neither party opposes my withdrawal.

Respectfully submitted,

*/s/ Zach Nelson*
Zachary Nelson
zach.nelson@lw.com
Texas Bar No. 24127240
Latham & Watkins LLP
811 Main St., Ste 3700
Houston, TX 77002
Telephone: (970).426.6315

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of this submission was served on all counsel of record by the Court's CM/ECF system in accordance with the Federal Rules of Civil Procedure on March 6, 2023.

*/s/ Zach Nelson*
Zachary Nelson