UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JENNIFER VANDERSTOK, *et al.*, <br><br>    *Plaintiffs*, <br><br> v. <br><br> BLACKHAWK MANUFACTURING GROUP INC., *et al.*, <br><br>    *Intervenor-Plaintiffs*, <br><br> v. <br><br> MERRICK GARLAND, in his official capacity as Attorney General of the United States, *et al.*, <br><br>    *Defendants*. | Case No. 4:22-cv-00691-O |

## ORDER

Before the Court is Zachary Nelson's Unopposed Motion to Withdraw (ECF No. __), filed March 6, 2023. Noting that the motion is unopposed and finding good cause, the Court **GRANTS** the motion.  Mr. Nelson is withdrawn from this case.

    **SO ORDERED** this ____ **day** of **March, 2023.**

 

_____
**Reed O'Connor**
**UNITED STATES DISTRICT JUDGE**