UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JENNIFER VANDERSTOK, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 4:22-cv-00691-O |
| BLACKHAWK MANUFACTURING GROUP INC., et al., | § § § § | |
| Intervenor Plaintiffs, | § § | |
| v. | § § § | |
| MERRICK GARLAND, in his Official capacity as Attorney General of the United States, et al., | § § § § § | |
| Defendants. | § | |

## ORDER

Before the Court is Zachary Nelson's, attorney for Intervenor Plaintiffs' Defense Distributed and the Second Amendment Foundation, Inc., Unopposed Motion to Withdraw (ECF No. 189), filed March 6, 2023. Having considered the motion and finding good cause, the Court **GRANTS** the Motion to Withdraw and **DIRECTS** the Clerk to remove Mr. Nelson as counsel of record.

**SO ORDERED** this **6th day** of **March, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE