# EXHIBIT A



---

[1] *Ghost Guns Are Guns Act*, H.R. 1278, 115th Cong. (Mar. 1, 2017) (introduced) ("This bill amends the federal criminal code to broaden the definition of 'firearm' to include any combination of parts designed and intended to be used to covert a device into a firearm and from which a firearm may be readily assembled.").



---

[2] *Untraceable Firearms Act of 2018*, H.R. 6643, 115th Cong. (July 31, 2018) (introduced) ("This bill generally prohibits and penalizes the manufacture, sale, transfer, purchase, or receipt of a ghost gun. A ghost gun is a firearm that lacks a unique serial number.").

2



---

[3] *Untraceable Firearms act of 2018*, S. 3300, 115th Cong. (July 31, 2018) (introduced) ("This bill generally prohibits and penalizes the manufacture, sale, transfer, purchase, or receipt of a ghost gun. A ghost gun is a firearm that lacks a unique serial number.").

3



---

[4] *Stopping the Traffic in Overseas Proliferation of Ghost Guns Act*, S. 459, 116th Cong. (Feb. 12, 2019) (introduced) ("To protect the American people from undetectable ghost guns, and for other purposes.").



---

[5] *Ghost Guns Are Guns Act*, H.R. 1266, 116th Cong. (Feb. 14, 2019) (introduced) ("This bill broadens the definition of 'firearm' for purposes of federal firearms laws. Specifically, it includes as a firearm any combination of parts designed and intended to be used to convert a device into a firearm and from which a firearm may be readily assembled.").

5



---

[6] *Untraceable Firearms Act of 2019*, H.R. 3553, 116th Cong. (June 27, 2019) (introduced) ("This bill generally prohibits and penalizes the manufacture, sale, transfer, purchase, or receipt of a ghost gun. A ghost gun is a firearm that lacks a unique serial number.").



---

[7] *Gun Violence Prevention and Community Safety Act of 2020*, H.R. 5717, 116th Cong. (Jan. 30, 2020) (introduced) ("restricts the manufacture, sale, transfer, purchase, or receipt of ghost guns (i.e., guns without serial numbers)").



---

[8] *Gun Violence Prevention and Community Safety Act of 2020*, S. 3254, 116th Cong. (Feb. 5, 2020) (introduced) ("restricts the manufacture, sale, transfer, purchase, or receipt of ghost guns (i.e., guns without serial numbers)").

8



---

[9] *Untraceable Firearms Act of 2020*, S. 3743, 116th Cong. (May 14, 2020) (introduced) ("This bill generally prohibits and penalizes the manufacture, sale, transfer, purchase, or receipt of a ghost gun. A ghost gun is a firearm that lacks a unique serial number.").

9



---

[10] *Stop Home Manufacture of Ghost Guns Act of 2020*, H.R. 7468, 116th Cong. (July 1, 2020) (introduced) ("This bill prohibits and penalizes the transfer, possession, or purchase of a firearm manufacturing machine; this prohibition does not apply to licensed manufacturers. A firearm manufacturing machine is a device that is intended to make or convert a product into a frame or receiver for a firearm.").



---

[11] *Ghost Guns are Guns Act*, H.R. 1454, 117th Cong. (March 1, 2021) (introduced) ("This bill broadens the definition of firearm for purposes of federal firearms laws. Specifically, it includes as a firearm any combination of parts designed or intended to be used to convert a device into a firearm and from which a firearm may be readily assembled.").

11



---

[12] *Untraceable Firearms Act of 2021*, H.R. 3088, 117th Cong. (May 11, 2021) (introduced) ("This bill establishes a federal statutory framework to regulate the manufacture, sale, offer to sell, transfer, purchase, and receipt of ghost guns (i.e., guns without serial numbers).").



---

[13] *Untraceable Firearms Act of 2021*, S. 1558, 117th Cong. (May 11, 2021) (introduced) ("This bill establishes a federal statutory framework to regulate the manufacture, sale, offer to sell, transfer, purchase, and receipt of ghost guns (i.e., guns without serial numbers).").

13



---

[14] *Homeland Security Assessment of Terrorist Use of Ghost Guns Act*, H.R. 2621, 116th Cong. (May 28, 2021) (introduced) ("This bill requires the Department of Homeland Security to annually disseminate a terrorism threat assessment regarding ghost guns (i.e., guns without serial numbers).").

14



---

[15] *To provide a private right of action against the maker of any component of a ghost gun, and any person who facilitated a sale of the ghost gun, for injury or death resulting from the use of the ghost gun*, H.R. 7544, 117th Cong. (Apr. 18, 2022) (introduced) ("To provide a private right of action against the maker of any component of a ghost gun, and any person who facilitated a sale of the ghost gun, for injury or death resulting from the use of the ghost gun.").

15



---

[16] *Protecting Our Kids Act*, H.R. 7910, 117th Cong. (June 8, 2022) (passed the House) ("establishes a federal statutory framework to regulate ghost guns (i.e., guns without serial numbers)").

16



---

[17] *Calling for the submission to the House of Representatives of certain information regarding the decision of the President of the United States to institute the "Ghost Gun" Rule*, H.R. 1478, 117th Cong. (Nov. 16, 2022) (resolution ordered reported) ("Calling for the submission to the House of Representatives of certain information regarding the decision of the President of the United States to institute the 'Ghost Gun' Rule.").