# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

JENNIFER VANDERSTOK *et al.*,

   Plaintiffs,

v.

MERRICK GARLAND, in his official capacity as Attorney General of the United States *et al.*,

   Defendants.

Case No. 4:22-cv-00691-O

## **PROPOSED ORDER**

Came on this day Defendants' Unopposed Motion for Extension of Time, and the Court having read the motion and pleadings on file is of the opinion that the motion is meritorious and should be **GRANTED**. It is therefore **ORDERED** that Defendants may file their reply brief in support of their cross-motion for summary judgment on or before April 6, 2023.

Dated: _____, 2023

_____
REED O'CONNOR
UNITED STATES DISTRICT JUDGE