# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| JENNIFER VANDERSTOK, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>MERRICK GARLAND, in his official capacity as Attorney General of the United States, *et al.*,<br><br>    Defendants. | Case No. 4:22-cv-00691-O |

## MOTION TO WITHDRAW AS COUNSEL

Undersigned counsel, Martin M. Tomlinson, hereby moves to withdraw as counsel for Defendants in this matter. Mr. Tomlinson has accepted a new position, and his employment with the United States Department of Justice, Civil Division, Federal Programs Branch will end effective March 25, 2023. Defendants will continue to be represented by counsel for Department of Justice, Daniel Riess, Taisa M. Goodnature, and Jeremy S.B. Newman, all of whom have previously appeared in the case, and this withdrawal will not cause delay or prejudice to any party.

DATED: March 22, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

LESLEY FARBY
Assistant Director, Federal Programs Branch

<u>/s/ Martin M. Tomlinson</u>
MARTIN M. TOMLINSON
Senior Trial Counsel
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Phone: (202) 353-4556
Email: martin.m.tomlinson@usdoj.gov

*Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

On March 22, 2023, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Martin M. Tomlinson*