# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| JENNIFER VANDERSTOK, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>MERRICK GARLAND, in his official capacity as Attorney General of the United States, *et al.*,<br><br>    Defendants. | Case No. 4:22-cv-00691-O |

## ORDER

Before the Court is Martin M. Tomlinson's Motion to Withdraw as Counsel for Defendants, ECF No. 196, filed March 22, 2023. Finding good cause and noting there will be no prejudice or delay to any party, the Court **GRANTS** the motion. Mr. Tomlinson is withdrawn from the case.

**SO ORDERED** this _____ day of March, 2023.

_____
**Reed O'Connor**
**UNITED STATES DISTRICT JUDGE**