# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| JENNIFER VANDERSTOK *et al.*,<br><br>   Plaintiffs,<br><br>  v.<br><br>MERRICK GARLAND, in his official capacity as Attorney General of the United States *et al.*,<br><br>   Defendants. | Case No. 4:22-cv-00691-O |

## **PROPOSED ORDER**

    Came on this day Defendants' Motion to Exceed Page Limits, and the Court having read the motion and pleadings on file is of the opinion that the motion is meritorious and should be **GRANTED**.  It is therefore **ORDERED** that Defendants have leave to file the closing merits brief attached to their motion (ECF No. 198-1), which does not exceed 55 pages.

Dated: _____, 2022

                                                                _____
                                                                 REED O'CONNOR
                                                                 UNITED STATES DISTRICT JUDGE