# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| JENNIFER VANDERSTOK, et al., § <br> § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> BLACKHAWK MANUFACTURING § <br> GROUP INC., et al., § <br> § <br> Intervenor Plaintiffs, § <br> § <br> v. § <br> § <br> MERRICK GARLAND, in his Official § <br> capacity as Attorney General of the § <br> United States, et al., § <br> § <br> Defendants. § | Civil Action No. 4:22-cv-00691-O |

## ORDER

Before the Court is Defendants' Motion to Exceed Page Limits (ECF No. 198), filed April 6, 2023, wherein they seek to file a reply brief on summary judgment not to exceed 55 pages. Original Plaintiffs Vanderstok and Andren, Tactical Machining, LLC, and Firearms Policy Coalition, Inc. do *not* oppose Defendants' filing of a 50-page reply brief but *do* oppose Defendants' filing of a 55-page reply brief. To expedite resolution of the issue, the Court **ORDERS** Original Plaintiffs to respond to the motion no later than **April 10, 2023**. Defendants may reply no later than **April 14, 2023**.

**SO ORDERED** this **7th day** of **April, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE