UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JENNIFER VANDERSTOK, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>BLACKHAWK MANUFACTURING GROUP INC., et al.,<br><br>  Intervenor Plaintiffs,<br><br>v.<br><br>MERRICK GARLAND, in his Official capacity as Attorney General of the United States, et al.,<br><br>  Defendants. | Civil Action No. 4:22-cv-00691-O |

## ORDER

Before the Court is Defendants' Motion to Exceed Page Limits (ECF No. 198), filed April 6, 2023; Original Plaintiffs' Response (ECF No. 200), filed April 10, 2023; and Defendants' Reply (ECF No. 201), filed April 14, 2023. Intervenor Plaintiffs do not oppose Defendants' motion and provided no briefing. Having considered the briefing and finding good cause to permit Defendants to file a closing merits brief of no more than 55 pages, the Court **GRANTS** the motion and **ORDERS** Defendants to separately file the brief on the docket no later than **April 19, 2023**.

**SO ORDERED** this **16th day** of **April, 2023**.

_Reed O'Connor_
**UNITED STATES DISTRICT JUDGE**