IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| JENNIFER VANDERSTOK, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>BLACKHAWK MANUFACTURING GROUP INC., *et al.*,<br><br>    *Intervenor-Plaintiffs*,<br><br>v.<br><br>MERRICK GARLAND, in his official capacity as Attorney General of the United States, *et al.*,<br><br>    *Defendants*. | Case No. 4:22-cv-00691-O |

## MOTION TO WITHDRAW AS COUNSEL

Rebecca W. Anthony, on behalf of Barbara Harding of Jones Day, moves to withdraw Barbara Harding as counsel for amici curiae Gun Owners for Safety, Jason Perry, Ryan Busse, Jonathan Gold, Steven Kling, and Scott Spreier in the above-captioned matter, as Ms. Harding's employment with Jones Day will end on April 30, 2023. Amici curiae Gun Owners for Safety, Jason Perry, Ryan Busse, Jonathan Gold, Steven Kling, and Scott Spreier will continue to be represented by Jennifer L. Swize of Jones Day, 51 Louisiana Avenue, N.W., Washington D.C. 20001.

Respectfully submitted, on April 28, 2023.

/s/ Rebecca Wernicke Anthony
Rebecca Wernicke Anthony
Texas Bar No. 24093345
JONES DAY
2727 North Harwood Street
Dallas, Texas  75201
Telephone: 214.969.4886
Facsimile:  214.969-5100
ranthony@jonesday.com

Barbara Mack Harding
Attorney-in-Charge
D.C. Bar No. 419250
(admitted *pro hac vice*)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 879-3939
Facsimile: (202) 626-1700

*Counsel for Amici Curiae*

## CERTIFICATE OF SERVICE

I, Rebecca W. Anthony, hereby certify that on this 28th day of April, 2023, a true and correct copy of the foregoing document was transmitted using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

/s/ Rebecca Wernicke Anthony
Rebecca Wernicke Anthony

2