IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| JENNIFER VANDERSTOK, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>BLACKHAWK MANUFACTURING GROUP INC., *et al.*,<br><br>    *Intervenor-Plaintiffs*,<br><br>v.<br><br>MERRICK GARLAND, in his official capacity as Attorney General of the United States, *et al.*,<br><br>    *Defendants*. | Case No. 4:22-cv-00691-O |

# **ORDER**

Upon consideration of Rebecca W. Anthony's Motion to Withdraw as Counsel, on behalf of Barbara Harding, *see* ECF No. 208, and there appearing good cause to grant such leave and noting there will be no prejudice or delay to any party, the Motion is GRANTED.  Ms. Harding is withdrawn from this case.

ORDERED this _____ day of _____, 2023.

_____
REED O'CONNOR
UNITED STATES DISTRICT JUDGE