UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JENNIFER VANDERSTOK *et al.*, <br><br>     Plaintiffs, <br><br>   v. <br><br> MERRICK GARLAND, in his official capacity as Attorney General of the United States *et al.*, <br><br>     Defendants. | Case No. 4:22-cv-00691-O |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Defendants Merrick Garland, in his official capacity as Attorney General of the United States; Steven Dettelbach, in his official capacity as Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF); the United States Department of Justice; and ATF hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Court's Opinion & Order on Defense Distributed and the Second Amendment Foundation, Inc.'s Motion for a Preliminary Injunction entered on March 2, 2023 [ECF No. 188].

DATED: May 1, 2023                          Respectfully submitted,

                                            BRIAN M. BOYNTON
                                            Principal Deputy Assistant Attorney General

                                            ALEXANDER K. HAAS
                                            Director, Federal Programs Branch

                                            LESLEY FARBY
                                            Assistant Director, Federal Programs Branch

                                            */s/ Daniel Riess*
                                            DANIEL RIESS
                                            TAISA M. GOODNATURE
                                            JEREMY S.B. NEWMAN

                        Trial Attorneys
                        Civil Division, Federal Programs Branch
                        U.S. Department of Justice
                        1100 L Street, NW
                        Washington, DC 20005
                        Phone: (202) 353-3098
                        Email: Daniel.Riess@usdoj.gov
                        *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

On May 1, 2023, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

                                                                    */s/ Daniel Riess*