# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| JENNIFER VANDERSTOK;<br>MICHAEL G. ANDREN;<br>TACTICAL MACHINING, LLC;<br>FIREARMS POLICY COALITION, INC., *et al.,*<br><br>   *Plaintiffs and Intervenors*<br><br><br>and<br><br>Not An LLC d/b/a JSD SUPPLY,<br><br>*Applicant in Intervention*,<br><br>v.<br><br>MERRICK GARLAND;<br>UNITED STATES DEPARTMENT OF JUSTICE;<br>STEVEN DETTELBACH; and BUREAU OF<br>ALCOHOL, TOBACCO, FIREARMS AND<br>EXPLOSIVES,<br><br>*Defendants*. | Civil Action No. 4:22-cv-691-O |

## SUPPLEMENTAL DECLARATION OF JORDAN VINROE

I, Jordan Vinroe, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following statements are true and correct to the best of my knowledge:

1.  I am over 18 years of age, competent to testify, and have personal knowledge of the matters stated herein.

2.  I am the sole member and manager of Not An LLC, doing business as JSD

Supply, a Pennsylvania limited liability company.

3.      Compared to 2021, JSD's income is down 87% since the Final Rule at issue in the above captioned case was announced in April 2022 and down 73% since the Final Rule became effective in Augsut 2022.

Dated this 9th day of May 2023:

Jordan Vinroe
Manager, Not an LLC, dba JSD Supply

2