IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JENNIFER VANDERSTOK; MICHAEL G. ANDREN; TACTICAL MACHINING, LLC; FIREARMS POLICY COALITION, INC., *et al.,*<br><br>*Plaintiffs and Intervenors*<br><br>and<br><br>Not An LLC d/b/a JSD SUPPLY,<br><br>*Applicant in Intervention*,<br><br>v.<br><br>MERRICK GARLAND; UNITED STATES DEPARTMENT OF JUSTICE; STEVEN DETTELBACH; and BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES,<br><br>*Defendants*. | Civil Action No. 4:22-cv-691-O |

### [PROPOSED] ORDER GRANTING NOT AN LLC d/b/a JSD SUPPLY'S MOTION TO INTERVENE

Before the Court is Proposed Intervenor Not an LLC d/b/a JSD Supply's ("JSD") Motion to Intervene (Doc. 149) and Brief in Support (Doc. 150) filed on January 5, 2023. JSD seeks to intervene as a Plaintiff in this case under Federal Rule of Civil Procedure 24(a), arguing that it meets the standard for intervention as a matter of right, and moves in the alternative for permissive intervention under Federal Rules of Civil Procedure 24(b). JSD stated that it does not intend to seek any delays to the Court's scheduling order nor raise new or different legal theories and that it intends to adopt or join the briefs in support of Plaintiffs' motion for summary judgment.

1

JSD states that it seeks intervention as a Plaintiff for the purpose of moving for a preliminary injunction against Defendants. Accordingly, JSD submitted with its Motion (1) a proposed Complaint (Doc. 149-2); (2) a proposed Motion for Preliminary Injunction (Doc. 151) and supporting Briefs (Doc. 150 and 152). Both Plaintiffs and Defendants oppose JSD's Motion for Intervention.

## CONCLUSION

Having considered the Motion, briefing, and applicable law, the Court finds that JSD's Motion to Intervene should be and is hereby GRANTED.

JSD shall file its Complaint and Motion for Preliminary Injunction with all due haste.

SO ORDERED on this ___ day of _____, 2023.

                                                               _____
                                                               HON. REED O'CONNOR
                                                               UNITED STATES DISTRICT JUDGE