**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| JENNIFER VANDERSTOK, *et al.*, <br><br> *Plaintiffs*, <br><br> and <br><br> BLACKHAWK MANUFACTURING GROUP, INC.; DEFENSE DISTRIBUTED; and SECOND AMENDMENT FOUNDATION, INC., <br><br> *Intervenor-Plaintiffs*, <br><br> v. <br><br> MERRICK GARLAND, in his official capacity as Attorney General of the United States; *et al.*, <br><br> *Defendants*. | Civil Action No. 4:22-cv-00691-O |

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL**

Pursuant to Local Rule 83.12.(a), undersigned counsel, Kaitlyn D. Schiraldi, hereby respectfully moves to withdraw her appearance for the Plaintiffs in this matter. Ms. Schiraldi has accepted a new position, and her employment with Mountain States Legal Foundation ended May 12, 2023. Plaintiffs will continue to be represented by Erin M. Erhardt, who has already noticed her appearance in this case. This withdrawal will not cause delay or prejudice to any party.

DATED: May 16, 2023.                          Respectfully submitted,

                                              /s/ Kaitlyn D. Schiraldi
                                              Kaitlyn D. Schiraldi* (TN Bar No. 039737)
                                              Erin M. Erhardt* (CO Bar No. 49360)
                                              MOUNTAIN STATES LEGAL FOUNDATION
                                              2596 S. Lewis Way
                                              Lakewood, CO 80227
                                              Telephone: (303) 292-2021
                                              Telecopy: (877) 349-7074
                                              kschiraldi@mslegal.org
                                              eerhardt@mslegal.org
                                              *Admitted *pro hac vice*

                                              *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that, on May 16, 2023, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by the Federal Rule of Civil Procedure 5(b)(2).

/s/ Kaitlyn D. Schiraldi
Kaitlyn D. Schiraldi


**CERTIFICATE OF CONFERENCE**

I certify that on May 16, 2023, counsel for Plaintiffs conferred with co-counsel for Plaintiffs and counsel for Defendants, and both indicated they do not oppose this motion.

/s/ Kaitlyn D. Schiraldi
Kaitlyn D. Schiraldi

3

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| JENNIFER VANDERSTOK, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> MERRICK GARLAND, in his official capacity as Attorney General of the United States; *et al.*, <br><br> *Defendants*. | Civil Action No. 4:22-cv-00691-O |

**[PROPOSED] ORDER**

Upon consideration of the unopposed motion to withdraw appearance as counsel for

Plaintiffs filed by Kaitlyn D. Schiraldi, it is hereby

**ORDERED** that the motion is **GRANTED**.

**SO ORDERED.**


Dated: _____          _____
                                        REED O'CONNOR
                                        United States District Judge

1