UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

**VanDerStok, et al.**
_Plaintiff_

v.

**Merrick Garland, et al.**
_Defendant_

§
§
§
§
§
§
§
§
§
§

Case No. **4:22-cv-00691-O**

**APPLICATION FOR ADMISSION _PRO HAC VICE_**
(Complete all questions; indicate "N/A" if necessary.)

**I.**   Applicant is an attorney and a member of the law firm of (or practices under the name of) **Brian A. Abbas**, with offices at

**Mountain States Legal Foundation | 2596 South Lewis Way**
(Street Address)

**Lakewood**             **CO**             **80227**
(City)                   (State)           (Zip Code)

**(303) 292-2021**                      **(877) 349-7074**
(Telephone No.)                          (Fax No.)

**II.**   Applicant will sign all filings with the name **Brian A. Abbas**.

**III.**   Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

**Plaintiffs Jennifer VanDerStok; Michael G. Andren, individuals; Tactical Machining, LLC, a limited liability company; and Firearms Policy Coalition, Inc., a nonprofit corporation**

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of **Arizona**, where Applicant regularly practices law.

For Court Use Only.
Bar StatusVerified:
_____

Bar license number: **031866**   Admission date: **January 21, 2015**

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| **District of Columbia** | **February 8, 2016** | **Active** |
| | | |
| | | |
| | | |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

**N/A**

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

**N/A**

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

**N/A**

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:   **N/A**

Date of Application:   Case No. And Style:

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

**R. Brent Cooper (TX Bar No. 04783250)**, who has offices at

**Cooper & Scully P.C. | 900 Jackson Street, Suite 100**
(Street Address)

**Dallas**   **TX**   **75202**
(City)   (State)   (Zip Code)

**(214) 712-9500**   **(214) 712-9540**
(Telephone No.)   (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

[XX] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the 16th day of May, 2023.

**Brian A. Abbas**
Printed Name of Applicant

*/s/ Brian A. Abbas*
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.



# Supreme Court
**STATE OF ARIZONA**
**ADMINISTRATIVE OFFICE OF THE COURTS**

**ROBERT BRUTINEL**
**CHIEF JUSTICE**

**DAVID K. BYERS**
**ADMINISTRATIVE DIRECTOR OF THE COURTS**

## CERTIFICATE OF GOOD STANDING
## ISSUED BY THE DISCIPLINARY CLERK
## FOR AND ON BEHALF OF
## THE SUPREME COURT OF ARIZONA

The Disciplinary Clerk pursuant to Rule 74, Rules of the Supreme Court of Arizona, hereby certifies that according to the records of the State Bar, **BRIAN ABDULGHANI ABBAS** was duly admitted to practice as an attorney and counselor at law in all courts of Arizona by the Supreme Court of Arizona on January 21, 2015 and is now, as of the date of this Certificate, an active member of the State Bar of Arizona in good standing.

Given under the seal of the Disciplinary Clerk of the Supreme Court of Arizona this **MAY 10 2023**.

_____
Aaron Nash
Associate Disciplinary Clerk

OR

_____
Margaret Lindsey
Associate Disciplinary Clerk



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that*

# Brian A Abbas

*was duly qualified and admitted on February 8, 2016 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.*

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on May 05, 2023.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*


# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

Jennifer VanDerStok, et al.

*Plaintiff*

§
§
§
§
§  Case No. 4:22-cv-00691-O
§
§
§
§
§

Merrick Garland, et al.

*Defendant*

## ORDER FOR ADMISSION *PRO HAC VICE*

**Brian A. Abbas**

It is ORDERED that:

☐ the application is granted.  The Clerk of Court shall deposit the admission fee to the account of the Non-Appropriated Fund of this Court.  It is further ORDERED that, if the Applicant has not already done so, the Applicant must register as an ECF User within 14 days.  See LR 5.1(f) and LCrR 49.2(g).

☐ the application is denied.  The Clerk of Court shall return the admission fee to the Applicant.

DATE                                                     PRESIDING JUDGE