IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JENNIFER VANDERSTOK, *et al.*,<br><br>*Plaintiffs*,<br>and<br><br>BLACKHAWK MANUFACTURING GROUP, INC.; DEFENSE DISTRIBUTED; and SECOND AMENDMENT FOUNDATION, INC.,<br><br>*Intervenor-Plaintiffs*,<br><br>v.<br><br>MERRICK GARLAND, in his official capacity as Attorney General of the United States; *et al.*,<br><br>*Defendants*. | Civil Action No. 4:22-cv-00691-O |

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.12.(a), undersigned counsel, Erin M. Erhardt, hereby respectfully moves to withdraw her appearance for the Plaintiffs in this matter. Ms. Erhardt has accepted a new position, and her employment with Mountain States Legal Foundation ends May 19, 2023. Plaintiffs will continue to be represented by Brian A. Abbas, who has already noticed his appearance in this case. This withdrawal will not cause delay or prejudice to any party.

1

DATED: May 19, 2023.

| | |
|---|---|
| R. Brent Cooper (TX Bar No. 04783250)<br>Benjamin D. Passey (TX Bar No. 24125681)<br>COOPER & SCULLY, P.C.<br>900 Jackson Street, Suite 100<br>Dallas, Texas 75202<br>Tele: (214) 712-9500<br>Fax: (214) 712-9540<br>brent.cooper@cooperscully.com<br>ben.passey@cooperscully.com | */s/ Erin M. Erhardt*<br>Erin M. Erhardt* (CO Bar No. 49360)<br>Brian A. Abbas* (AZ Bar No. 031866)<br>MOUNTAIN STATES LEGAL FOUNDATION<br>2596 S. Lewis Way<br>Lakewood, CO 80227<br>Tele: (303) 292-2021<br>Fax: (877) 349-7074<br>eerhardt@mslegal.org<br>babbas@mslegal.org<br>*Admitted *pro hac vice* |
| Cody J. Wisniewski* (CO Bar No. 50415)<br>FIREARMS POLICY COALITION<br>5550 Painted Mirage Road, Suite 320<br>Las Vegas, NV  89149<br>Tele: (916) 378-5785<br>Fax: (916) 476-2392<br>cwi@fpchq.org | *Attorneys for Plaintiffs* |

## CERTIFICATE OF SERVICE

I hereby certify that, on May 19, 2023, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by the Federal Rule of Civil Procedure 5(b)(2).

*/s/ Erin M. Erhardt*
Erin M. Erhardt

## CERTIFICATE OF CONFERENCE

I certify that on May 19, 2023, counsel for Plaintiffs conferred with co-counsel for Plaintiffs and counsel for Defendants, and both indicated they do not oppose this motion.

*/s/ Erin M. Erhardt*
Erin M. Erhardt

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JENNIFER VANDERSTOK, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> MERRICK GARLAND, in his official capacity as Attorney General of the United States; *et al.*, <br><br> *Defendants*. | Civil Action No. 4:22-cv-00691-O |

**[PROPOSED] ORDER**

Upon consideration of the unopposed motion to withdraw appearance as counsel for Plaintiffs filed by Erin M. Erhardt, it is hereby

**ORDERED** that the motion is **GRANTED**.

**SO ORDERED.**

Dated: _____       _____
REED O'CONNOR
United States District Judge

1