UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JENNIFER VANDERSTOK, et al., § | |
|     Plaintiffs, § | |
| § | |
| v. § | Civil Action No. 4:22-cv-00691-O |
| § | |
| MERRICK GARLAND, in his Official Capacity as § | |
| Attorney General of the United States, et al., § | |
|     Defendants. § | |

## MOTION TO WITHDRAW AS COUNSEL

Nicholas M. Bruno of Beck Redden LLP hereby moves to withdraw as counsel of record for Intervenors-Plaintiffs Defense Distributed and Second Amendment Foundation, Inc. Mr. Bruno no longer represents Intervenors-Plaintiffs. Intervenors-Plaintiffs continue to be represented by lead counsel Chad Flores of Flores Law PLLC. This withdrawal will not cause delay or prejudice to any party. For these reasons, the Court should order that Nicholas M. Bruno be withdrawn as counsel for Intervenor-Plaintiffs Defense Distributed and Second Amendment Foundation, Inc. and removed from the service list.

Respectfully submitted,

BECK REDDEN LLP

By: */s/ Nicholas M. Bruno*
      Nicholas M. Bruno
      nbruno@beckredden.com
      Texas Bar No. 24097432
1221 McKinney St., Suite 4500
Houston, Texas 77010-2010
Telephone: (713) 951-3700
Facsimile: (713) 951-3720

Withdrawing Counsel for Defense Distributed and Second Amendment Foundation, Inc.

## CERTIFICATE OF SERVICE

      I certify that a true and correct copy of this motion was served on all counsel of record by the Court's CM/ECF system in accordance with the Federal Rules of Civil Procedure on June 1, 2023.

                                        */s/ Nicholas M. Bruno*
                                        Nicholas M. Bruno