UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JENNIFER VANDERSTOK, et al., § § Plaintiffs, § § v. § § BLACKHAWK MANUFACTURING § GROUP INC., et al., § § Intervenor Plaintiffs, § § v. § § MERRICK GARLAND, in his Official § capacity as Attorney General of the § United States, et al., § § Defendants. § | Civil Action No. 4:22-cv-00691-O |

## NOTICE OF DEFICIENCY

Before the Court is attorney Nicholas M. Bruno's Motion to Withdraw as Counsel (ECF No. 223), filed on June 1, 2023. Counsel has not submitted a Certificate of Conference with his Motion as required by Local Rule 7.1 and is therefore **ORDERED** to cure this deficiency by filing a Certificate of Conference **no later than June 2, 2023**.

**SO ORDERED** this **1st day** of **June, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE