UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JENNIFER VANDERSTOK, et al., § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> MERRICK GARLAND, in his Official Capacity as § <br> Attorney General of the United States, et al., § <br> Defendants. § § | Civil Action No. 4:22-cv-00691-O |

## CERTIFICATE OF CONFERENCE ON
## MOTION TO WITHDRAW AS COUNSEL

I, the undersigned attorney, hereby certify to the Court that I conferred with all counsel of record for the parties on June 1, 2023. As of 4:00 pm on June 2, 2023—the Court's deadline for a certificate of conference—all parties who responded to my communications had no objection to this motion. While some parties have not yet responded, no party objected to this motion.

Respectfully submitted,

BECK REDDEN LLP

By:  */s/ Nicholas M. Bruno*
Nicholas M. Bruno
nbruno@beckredden.com
Texas Bar No. 24097432
1221 McKinney St., Suite 4500
Houston, Texas 77010-2010
Telephone: (713) 951-3700
Facsimile: (713) 951-3720

Withdrawing Counsel for Defense Distributed and Second Amendment Foundation, Inc.

## CERTIFICATE OF SERVICE

   I certify that a true and correct copy of this document was served on all counsel of record by the Court's CM/ECF system in accordance with the Federal Rules of Civil Procedure on June 2, 2023.

               */s/ Nicholas M. Bruno*
               Nicholas M. Bruno