IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JENNIFER VANDERSTOK, *et al.*, <br><br> *Plaintiffs*, <br><br> and <br><br> BLACKHAWK MANUFACTURING GROUP, INC., <br><br> *Intervenor-Plaintiff*, <br><br> v. <br><br> MERRICK GARLAND, in his official capacity as Attorney General of the United States; *et al.*, <br><br> *Defendants*. | Civil Action No. 4:22-cv-00691-O |

### [PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO STAY DEADLINES

Before the Court is a motion to stay the Federal Rule of Civil Procedure 54 deadline filed by Plaintiffs Jennifer VanDerStok; Michael G. Andren; Tactical Machining, LLC; and Firearms Policy Coalition, Inc. ("Plaintiffs"). Defendants do not oppose the Motion.

Upon consideration of Plaintiffs' Unopposed Motion to Stay Deadline, it is hereby ORDERED that the Motion is GRANTED.

It is further ORDERED that the deadline for Plaintiffs to file a Rule 54 motion for costs and attorneys' fees is stayed until 14 days after the final resolution of Defendants' appeal from this Court's judgment. ECF Nos. 231, 234.

Signed this _____, 2023.

_____
UNITED STATES DISTRICT JUDGE REED O'CONNOR