# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| JENNIFER VANDERSTOK *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MERRICK GARLAND, in his official capacity as Attorney General of the United States *et al.*, <br><br> Defendants. | Case No. 4:22-cv-00691-O |

## **PROPOSED ORDER**

Came on this day Defendants' Emergency Motion for Stay Pending Appeal, and the Court having read the motion and pleadings on file is of the opinion that the motion is meritorious and should be **GRANTED**. The Court hereby **STAYS** the relief awarded in its Memorandum Opinion & Order on Parties' Cross-Motions for Summary Judgment & Motions to Intervene (ECF No. 227) and Final Judgment (ECF No. 231).

Dated: _____, 2023

_____
REED O'CONNOR
UNITED STATES DISTRICT JUDGE