IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JENNIFER VANDERSTOK, *et al.*,<br><br>*Plaintiffs*,<br><br>and<br><br>BLACKHAWK MANUFACTURING GROUP, INC.,<br><br>*Intervenor-Plaintiff*,<br><br>v.<br><br>MERRICK GARLAND, in his official capacity as Attorney General of the United States; *et al.*,<br><br>*Defendants*. | Civil Action No. 4:22-cv-00691-O |

### ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO STAY DEADLINES

Before the Court is a motion to stay the Federal Rule of Civil Procedure 54 deadline filed by Plaintiffs Jennifer VanDerStok; Michael G. Andren; Tactical Machining, LLC; and Firearms Policy Coalition, Inc. ("Plaintiffs"). Defendants do not oppose the Motion.

Upon consideration of Plaintiffs' Unopposed Motion to Stay Deadline, it is hereby **ORDERED** that the Motion is **GRANTED**.

It is further **ORDERED** that the deadline for Plaintiffs to file a Rule 54 motion for costs and attorneys' fees is stayed until **14 days** after the final resolution of Defendants' appeal from this Court's judgment. ECF Nos. 231, 234.

**SO ORDERED** this **17th day** of **July, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE