UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JENNIFER VANDERSTOK, et al., § § Plaintiffs, § § v. § § BLACKHAWK MANUFACTURING GROUP INC., et al., § § § Intervenor Plaintiffs, § § v. § § MERRICK GARLAND, et al., § § Defendants. § | Civil Action No. 4:22-cv-00691-O |

## ORDER GRANTING 7-DAY ADMINISTRATIVE STAY

Before the Court is Defendants' Emergency Motion for Stay Pending Appeal (ECF No. 236), filed July 14, 2023. Defendants seek a stay of this Court's recently entered Memorandum Opinion & Order (ECF No. 227) and Final Judgment (ECF No. 231) pending appeal. Defendants ask this Court to consider their motion on an expedited basis and issue a decision no later than 10:00 a.m. CDT on July 24, 2023. Having considered the motion, the Court summarily **DENIES** the request for a stay pending appeal but **STAYS** the applicability of its Opinion and Final Judgment for **7 days** in order that Defendants may seek emergency appellate relief.

**SO ORDERED** this **18th day** of **July, 2023**.

_Reed O'Connor_
UNITED STATES DISTRICT JUDGE