IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JENNIFER VANDERSTOK, *et al.*, ) <br> ) <br>    Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MERRICK GARLAND, in his official ) <br> capacity as Attorney General of the United ) <br> States, *et al.*, ) <br> ) <br>    Defendants. ) | **Civil Action No.** <br> **4:22-cv-00691-O** |

**[PROPOSED] ORDER**

Intervenor–plaintiffs Not An LLC d/b/a JSD Supply ("JSD") and Polymer80, Inc. ("Polymer80") have jointly filed an unopposed motion to stay the deadline set forth in Federal Rule of Civil Procedure 54 to file a motion for costs and attorneys' fees. (ECF No. 238). The Court **GRANTS** JSD's and Polymer80's joint motion. The Court hereby **ORDERS** that JSD's and Polymer80's deadlines to file any Rule 54 motions for costs and attorneys' fees are stayed until 14 days after the final resolution of Defendants' appeal from this Court's Opinion and Order (ECF No. 227) and Final Judgment (ECF No. 231).

    SO ORDERED this [date].

 

_____
**Reed O'Connor**
**United States District Judge**