# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| **JENNIFER VANDERSTOK, et al.,** | § |
| Plaintiffs, | § |
| v. | § |
| **BLACKHAWK MANUFACTURING GROUP INC., et al.,** | § Civil Action No. 4:22-cv-00691-O |
| Intervenor Plaintiffs, | § |
| v. | § |
| **MERRICK GARLAND, et al.,** | § |
| Defendants. | § |

## ORDER

Before the Court are (1) Defense Distributed's Opposed Emergency Motion for Injunction Pending Appeal (ECF No. 239), filed July 18, 2023, and (2) Not an LLC d/b/a JSD Supply's Emergency Motion for Injunction Pending Appeal (ECF No. 241), filed July 18, 2023. In light of the Fifth Circuit's Order on appeal in this case (Case No. 23-10718), issued July 24, 2023, the Court **DENIES** the motions for injunctive relief pending appeal as moot.

Also before the Court is (3) Not an LLC d/b/a JSD Supply's and Polymer80, Inc.'s Unopposed Motion to Stay Rule 54 Deadline (ECF No. 240), filed July 18, 2023. Having considered the Unopposed Motion to Stay Deadline, it is hereby **ORDERED** that the Motion is **GRANTED**.

It is further **ORDERED** that the deadline for Plaintiffs to file a Rule 54 motion for costs and attorneys' fees is stayed until **14 days** after the final resolution of Defendants' appeal from this Court's judgment. ECF Nos. 231, 234.

**SO ORDERED** this **25th day** of **July, 2023**.

_[signature: Reed O'Connor]_
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**