# Supreme Court of the United States

No.   23A82

MERRICK B. GARLAND, ATTORNEY GENERAL, ET AL.,

Applicants

v.

JENNIFER VANDERSTOK, ET AL.

## O R D E R

UPON FURTHER CONSIDERATION of the application of counsel for the applicants, the responses, and the reply filed thereto,

IT IS ORDERED that the stay issued on July 28, 2023, is hereby extended until 5 p.m. (EDT) on Tuesday, August 8, 2023.

    /s/   Samuel A. Alito, Jr
Associate Justice of the Supreme
Court of the United States

Dated this 4th
day of August, 2023.