**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **JENNIFER VANDERSTOK**, *et al.*, | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| v. | § | |
| | § | |
| **BLACKHAWK MANUFACTURING** | § | |
| **GROUP INC.**, *et al.*, | § | |
| | § | **Civil Action No. 4:22-cv-00691-O** |
| **Intervenor Plaintiffs,** | § | |
| | § | |
| v. | § | |
| | § | |
| **MERRICK GARLAND**, *et al.*, | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

Before the Court is Defense Distributed's Opposed Emergency Motion for Injunction Pending Appeal (ECF No. 249), filed August 9, 2023. The Court **ORDERS** Defendants to respond to this motion **no later than August 17, 2023**. Defense Distributed may reply **no later than August 21, 2023**.

**SO ORDERED** this **10th day** of **August, 2023**.

Reed O'Connor
**UNITED STATES DISTRICT JUDGE**