

**A True Copy**
**Certified order issued Aug 14, 2023**

*Tyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

# United States Court of Appeals for the Fifth Circuit

**FILED**
**August 14, 2023**
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

———————

No. 23-10463

———————

JENNIFER VANDERSTOK; ET AL.,

*Plaintiffs*,

DEFENSE DISTRIBUTED; SECOND AMENDMENT FOUNDATION, INCORPORATED,

*Intervenor Plaintiffs—Appellees*,

*versus*

MERRICK GARLAND, *U.S. Attorney General, in his Official capacity as Attorney General of the United States*; UNITED STATES DEPARTMENT OF JUSTICE; STEVEN DETTELBACH, *in his official capacity as Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives*; BUREAU OF ALCOHOL, TOBACCO, FIREARMS, and EXPLOSIVES,

*Defendants—Appellants.*

———————————————————

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:22-CV-691

———————————————————

CLERK'S OFFICE:

Under FED. R. APP. P. 42(B), the appeal is dismissed as of August 14, 2023, pursuant to appellant's motion.

No. 23-10463

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: ____*Melissa Mattingly*____
Melissa V. Mattingly, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT