# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 14, 2023

Ms. Karen S. Mitchell
Northern District of Texas, Fort Worth
United States District Court
501 W. 10th Street
Room 310
Fort Worth, TX 76102

    No. 23-10463   VanDerStok v. Garland
                       USDC No. 4:22-CV-691

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate.

                                      Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      By: _____
                                      Melissa V. Mattingly, Deputy Clerk
                                      504-310-7719

cc w/encl:
    Mr. Chad Flores
    Mr. Sean Janda
    Mr. Daniel M. Riess
    Ms. Abby Christine Wright