UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **JENNIFER VANDERSTOK**, *et al.*, | § |
| Plaintiffs, | § |
| v. | § |
| **BLACKHAWK MANUFACTURING GROUP INC.**, *et al.*, | § Civil Action No. 4:22-cv-00691-O |
| Intervenor Plaintiffs, | § |
| v. | § |
| **MERRICK GARLAND**, *et al.*, | § |
| Defendants. | § |

## ORDER

Before the Court is Blackhawk Manufacturing Group Inc.'s Opposed Emergency Motion to Clarify the Status of Injunctive Relief (ECF No. 251), filed August 14, 2023. The Court **ORDERS** Defendants to respond to this motion **no later than August 17, 2023**. Blackhawk may reply **no later than August 21, 2023**.

**SO ORDERED** this **14th day** of **August, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE