UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JENNIFER VANDERSTOK *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MERRICK GARLAND, in his official capacity as Attorney General of the United States *et al.*, <br><br> Defendants. | Case No. 4:22-cv-00691-O |

**NOTICE OF RECENT AUTHORITY**

Defendants respectfully notify the Court that earlier today, the Eighth Circuit in *Morehouse Enterprises, LLC v. Bureau of Alcohol, Tobacco, Firearms and Explosives* issued a decision affirming the denial of the plaintiffs' motion for preliminary injunctive relief enjoining the Final Rule challenged in this case. The Eighth Circuit held that the private plaintiffs had failed to demonstrate irreparable harm, slip op. at 7-10, and that the State plaintiffs lacked standing, *id.* at 7 n.5. The court also recognized that "[t]he net effect" of the stay orders issued by the Fifth Circuit and the Supreme Court in this case "is that the Final Rule will remain in effect in its entirety while the Fifth Circuit considers the appeal." *Id.* at 7 n.4. A copy of the Eighth Circuit's decision is attached hereto.

DATED: August 22, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

LESLEY FARBY
Assistant Director, Federal Programs Branch

1

*/s/ Daniel Riess*
DANIEL RIESS
TAISA M. GOODNATURE
JEREMY S.B. NEWMAN
Trial Attorneys
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Phone: (202) 353-3098
Email:  Daniel.Riess@usdoj.gov
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

On August 22, 2023, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.  I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Daniel Riess*
