# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 30, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 22-11071   VanDerStok v. Garland
                       USDC No. 4:22-CV-691
                       USDC No. 4:22-CV-691

Enclosed is an order entered in this case.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Roeshawn Johnson, Deputy Clerk
                              504-310-7998

Mr. Brian A Abbas
Mr. Joseph Christopher Amrhein Jr.
Mr. Nathan Brennan
Mr. Richard Brent Cooper
Mr. John Russell Hardin
Ms. Kathleen R. Hartnett
Mr. Sean Janda
Mr. Adam M. Katz
Ms. Karen S. Mitchell
Mr. Peter A. Patterson
Mr. Brian Daniel Poe
Mr. Daniel M. Riess
Mr. Michael J. Sullivan
Mr. Martin M. Tomlinson
Ms. Caroline Van Zile
Mr. Cody J. Wisniewski
Ms. Abby Christine Wright