## *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 06, 2023

Ms. Karen S. Mitchell
Northern District of Texas, Fort Worth
United States District Court
501 W. 10th Street
Room 310
Fort Worth, TX 76102

    No. 22-11071    VanDerStok v. Garland
                          USDC No. 4:22-CV-691
                          USDC No. 4:22-CV-691

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Roeshawn Johnson, Deputy Clerk
                              504-310-7998

cc:  Mr. Brian A Abbas
     Mr. Joseph Christopher Amrhein Jr.
     Mr. Nathan Brennan
     Mr. Richard Brent Cooper
     Mr. John Russell Hardin
     Ms. Kathleen R. Hartnett
     Mr. Sean Janda
     Mr. Adam M. Katz
     Mr. Peter A. Patterson
     Mr. Brian Daniel Poe
     Mr. Daniel M. Riess
     Mr. Michael J. Sullivan
     Mr. Martin M. Tomlinson
     Ms. Caroline Van Zile
     Mr. Cody J. Wisniewski
     Ms. Abby Christine Wright