UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JENNIFER VANDERSTOK; *et al*.,<br><br>*Plaintiffs*,<br><br>and<br><br>BLACKHAWK MANUFACTURING GROUP, INC.; *et al*.,<br><br>*Intervenor-Plaintiffs*,<br><br>v.<br><br>MERRICK GARLAND, *et al*.,<br><br>*Defendants*. | Civil Action No. 4:22-cv-00691-O |

## ORDER GRANTING PLAINTIFF TACTICAL MACHINING, LLC'S MOTION FOR INJUNCTION PENDING APPEAL

Before the Court is Plaintiff Tactical Machining, LLC's Motion for Injunction Pending Appeal.

Upon consideration of Plaintiff's Motion for Injunction Pending Appeal, it is hereby ORDERED that the Motion is GRANTED.

Signed this the _____ day of _____, 2023.

_____
UNITED STATES DISTRICT JUDGE REED O'CONNOR

1