IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JENNIFER VANDERSTOK; *et al.*,<br><br>    *Plaintiffs*<br><br>v.<br><br>MERRICK GARLAND; in his official capacity as Attorney General of the United States, *et al*<br><br>    *Defendants*. | Civil Action No. 4:22-cv-00691-O |

**NOT AN LLC D/B/A JSD SUPPLY'S JOINDER TO DEFENSE DISTRUBUTED AND BLACKHAWK MANUFACTORING GROUP INC. D/B/A 80 PERCENT ARMS' EMERGENCY MOTIONS FOR INJUNCTIVE RELIEF PENDING APPEAL**

Intervenor Plaintiff Not An LLC d/b/a JSD Supply ("JSD Supply") joins Intervenors Defense Distributed and Blackhawk Manufacturing Group Inc., d/b/a 80 Percent Arms' emergency motions for injunctive relief pending appeal (Doc(s). 249, 251), and states:

**STATEMENT OF JOINDER**

To avoid duplicating efforts and unnecessarily compounding these proceedings, JSD Supply joins, in full, Defense Distributed and Blackhawk Manufacturing Group Inc., d/b/a 80 Percent Arms' emergency motions for injunctive relief pending appeal (Docs. 249, 251).

JSD Supply respectfully incorporates by reference the arguments made in Defense Distributed's Emergency Motion for Injunction Pending Appeal (Doc. 249) and 80 Percent Arms Emergency Motion for Injunction Pending Appeal (Doc. 251). JSD Supply also respectfully incorporates by reference its earlier memorandum of law in support of its motion for preliminary injunction (Doc. 152). In addition to their joinder, JSD Supply offers the declaration of Jordan Vinroe (Doc. 151-1), attached hereto as **Exhibit A**, and supplemental declaration of Jordan Vinroe

1

(Doc. 213-1), attached hereto as **Exhibit B** as evidence of the irreparable harm JSD Supply and its customers will suffer absent a preliminary injunction.

On September 14, 2023, the Court granted Intervenors' emergency motions for injunctive relief pending appeal (Doc. 261) to enforce unstayed portions of the Court's Order Granting Summary Judgment (Doc. 227) and Final Judgment (Doc. 231) against the Government Defendants.

## CONCLUSION

The Court should enter an injunction pending appeal ordering that, until the matter's appeals are concluded, Defendants and their officers, agents, servants, and employees are enjoined from implementing and enforcing against JSD Supply and its customers (except for those individuals prohibited from possessing firearms under 18 U.S.C. § 922(g)) the provisions in 27 C.F.R. §§ 478.11 and 478.12 that the Court has preliminarily determined are unlawful.

Dated: September 20, 2023

Respectfully submitted,

*/s/ J. Mark Brewer*
J. MARK BREWER
Texas Bar No. 02965010
800 Bering Dr., Suite 201
Houston, TX 77057
Phone: (713) 209-2910
brewer@bplaw.com

MATTHEW J. SMID
Texas Bar No. 24063541
301 Commerce Street, Suite 2001
Fort Worth, Texas 76102
Phone: (817) 332-3822
Fax: (817) 332-2763 Fax

matt@mattsmidlaw.com

*Attorneys for Intervenor-Plaintiff Not an LLC, dba JSD Supply*

## CERTIFICATE OF CONFERENCE

I certify that, on September 19-20, 2023, I conferred with counsel for Plaintiffs, counsel for Defendants and counsel for Intervenors via email. Defendants' counsel advised that that Defendants oppose the joinder. Counsel for the other parties advised that they do not oppose the joinder.

*/s/ J. Mark Brewer*
J. Mark Brewer

## CERTIFICATE OF SERVICE

I certify that on September 20, 2023, the foregoing document was served, via the Court's CM/ECF Document Filing System, upon the registered CM/ECF users in this action.

*/s/ J. Mark Brewer*
J. Mark Brewer