# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JENNIFER VANDERSTOK; MICHAEL G. ANDREN; TACTICAL MACHINING, LLC; FIREARMS POLICY COALITION, INC., *et al.*, <br><br> *Plaintiffs and Intervenors* <br><br> and <br><br> Not An LLC d/b/a JSD SUPPLY, <br><br> *Applicant in Intervention*, <br><br> v. <br><br> MERRICK GARLAND; UNITED STATES DEPARTMENT OF JUSTICE; STEVEN DETTELBACH; and BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES, <br><br> *Defendants*. | Civil Action No. 4:22-cv-691-O |

## SUPPLEMENTAL DECLARATION OF JORDAN VINROE

I, Jordan Vinroe, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following statements are true and correct to the best of my knowledge:

1. I am over 18 years of age, competent to testify, and have personal knowledge of the matters stated herein.

2. I am the sole member and manager of Not An LLC, doing business as JSD

Supply, a Pennsylvania limited liability company.

3. Compared to 2021, JSD's income is down 87% since the Final Rule at issue in the above captioned case was announced in April 2022 and down 73% since the Final Rule became effective in Augsut 2022.

Dated this 9th day of May 2023:

_____
Jordan Vinroe
Manager, Not an LLC, dba JSD Supply