**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | |
|---|---|
| JENNIFER VANDERSTOK; *et al.,* | |
| *Plaintiffs* | |
| | Civil Action No. 4:22-cv-00691-O |
| MERRICK GARLAND; in his official capacity as Attorney General of the United States, *et al* *Defendants*. | |

**[PROPOSED] ORDER GRANTING NOT AN LLC D/B/A JSD SUPPLY'S JOINDER TO DEFENSE DISTRIBUTED AND BLACKHAWK MANUFACTORING GROUP INC.'S EMERGENCY MOTIONS FOR INJUNCTIVE RELIEF PENDING APPEAL**

Before the Court is Intervenor-Plaintiff Not An LLC d/b/a JSD Supply ("JSD Supply") Joinder to Intervenors Defense Distributed and Blackhawk Manufacturing Group Inc., d/b/a 80 Percent Arms' emergency motions for injunctive relief pending appeal (Docs. 249, 251).

Upon consideration of JSD Supply's Joinder, it is hereby ORDERED that it is GRANTED.

It is further ORDERED that pending the appeal of this matter, Defendants and their officers, agents, servants, and employees are enjoined from implementing and enforcing against JSD Supply the provisions in 27 C.F.R. §§ 478.11 and 478.12 that the Court has determined are unlawful.

SO ORDERED on this ____ day of September, 2023.

By:_____
HON. REED O'CONNOR
UNITED STATES DISTRICT JUDGE