# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| JENNIFER VANDERSTOK *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MERRICK GARLAND, in his official capacity as Attorney General of the United States *et al.*, <br><br> Defendants. | Case No. 4:22-cv-00691-O |

## NOTICE OF RECENT AUTHORITY IN FURTHER OPPOSITION TO TACTICAL MACHINING AND JSD SUPPLY'S MOTIONS FOR INJUNCTION PENDING APPEAL

Defendants respectfully notify the Court that on October 16, 2023, the Supreme Court issued an order in this case vacating this Court's injunctions pending appeal entered on September 14, 2023 (ECF No. 261). A copy of the Supreme Court's order is attached hereto.

DATED: October 18, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

LESLEY FARBY
Assistant Director, Federal Programs Branch

*/s/ Daniel Riess*
DANIEL RIESS
TAISA M. GOODNATURE
JEREMY S.B. NEWMAN
Trial Attorneys
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street, NW

1

                                                              Washington, DC 20005
                                                              Phone: (202) 353-3098
                                                              Email:  Daniel.Riess@usdoj.gov
                                                              *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

On October 18, 2023, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

                                                                    */s/ Daniel Riess*