(ORDER LIST: 601 U.S.)

MONDAY, OCTOBER 16, 2023

ORDER IN PENDING CASE

23A302   GARLAND, ATT'Y GEN. V. BLACKHAWK MFG. GROUP, INC., ET AL.

The application to vacate injunction presented to Justice Alito and by him referred to the Court is granted. The September 14, 2023 order of the United States District Court for the Northern District of Texas, case No. 4:22-cv-691, is vacated.