UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JENNIFER VANDERSTOK; *et al.*,<br><br>*Plaintiffs*,<br><br>and<br><br>BLACKHAWK MANUFACTURING GROUP, INC.; *et al.*,<br><br>*Intervenor-Plaintiffs*,<br><br>v.<br><br>MERRICK GARLAND, *et al.*,<br><br>*Defendants*. | Civil Action No. 4:22-cv-00691-O |

**PLAINTIFF TACTICAL MACHINING, LLC'S NOTICE OF WITHDRAWAL OF MOTION FOR INJUNCTION PENDING APPEAL**

Plaintiff Tactical Machining hereby withdraws its Motion for Injunction Pending Appeal, Doc. 262 (Sept. 15, 2023).

DATED this 24th day of October, 2023.

Respectfully submitted,

*/s/ R. Brent Cooper*
R. Brent Cooper (TX Bar No. 04783250)
Benjamin D. Passey (TX Bar No. 24125681)
COOPER & SCULLY, P.C.
900 Jackson Street, Suite 100
Dallas, Texas 75202
Telephone: (214) 712-9500
Telecopy: (214) 712-9540
brent.cooper@cooperscully.com
ben.passey@cooperscully.com

Cody J. Wisniewski* (CO Bar No. 50415)
FPC ACTION FOUNDATION
5550 Painted Mirage Road, Suite 320
Las Vegas, NV 89149
Telephone: (916) 517-1665
Facsimile: (916) 476-2392
cwi@fpchq.org

<u>Brian Abbas* (AZ Bar No. 031866)</u>
MOUNTAIN STATES LEGAL FOUNDATION
2596 S. Lewis Way
Lakewood, CO 80227
Telephone: (303) 292-2021
Telecopy: (877) 349-7074
babbas@mslegal.org


*Admitted *pro hac vice*

    *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2023, I electronically filed the foregoing using this Court's CM/ECF system.

I certify that all participants in this case are registered CM/ECF users and service will be accomplished by this Court's CM/ECF system.

/s/ *R. Brent Cooper*
R. Brent Cooper
COOPER & SCULLY, P.C.
