UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JENNIFER VANDERSTOK, et al., § § **Plaintiffs,** § § v. § **Civil Action No. 4:22-cv-00691-O** § BLACKHAWK MANUFACTURING § GROUP INC., et al., § § **Intervenor Plaintiffs,** § § v. § § MERRICK GARLAND, et al. § § **Defendants.** § | |

## ORDER

Before the Court are Not An LLC d/b/a JSD Supply's Motion to Join Defense Distributed and Blackhawk Manufacturing Group Inc. d/b/a 80 Percent Arms' ("Intervenor-Plaintiffs") Emergency Injunctive Relief Pending Appeal (ECF No. 263), filed September 20, 2023; and the Attorney General of the United States, the United States Department of Justice, the Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives, and the Bureau of Alcohol, Tobacco, Firearms and Explosives' (the "Government Defendants") Response in Opposition to the Motion to Join Emergency Injunctive Relief (ECF No. 265), filed October 5, 2023.

On September 14, 2023, the Court issued an Opinion and Order to enforce in equity its Summary and Final Judgments (ECF Nos. 227, 231) in this case to the extent that the default statutory relief remains stayed pending final disposition on appeal and certiorari. *See VanDerStok v. BlackHawk Mfg. Grp. Inc.*, No. 4:22-CV-00691-O, 2023 WL 5978332 (N.D. Tex. Sept. 14, 2023). That Opinion and Order has been subsequently vacated without opinion in the October 16,

2023 Order of the Supreme Court of the United States. *See Garland v. Blackhawk Mfg. Grp., Inc.*, No. 23A302, 2023 WL 6801523 (U.S. Oct. 16, 2023). Absent additional guidance, the Court **DENIES** Intervenor-Plaintiff's motion now before it.

Accordingly, it is **ORDERED** that Intervenor-Plaintiff's Motion to Join Emergency Injunctive Relief Pending Appeal (ECF No. 263) should be and is hereby **DENIED**.

**SO ORDERED** this **3rd day** of **November, 2023**.

*[signature]*
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**