IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| JENNIFER VANDERSTOCK; MICHAEL G. ANDREN; TACTICAL MACHINING, LLC, a limited liability company; and FIREARMS POLICY COALITION, INC., a nonprofit corporation<br>*Plaintiffs,*<br><br>v.<br><br>MERRICK GARLAND, in his official capacity as Attorney General of the United States; the UNITED STATES DEPARTMENT OF JUSTICE; STEVE DETTELBACH, in his official capacity as the Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives; and the BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES,<br>*Defendants.* | CIVIL ACTION NO. 4:22-cv-691 |

## NOTICE OF APPEARANCE OF COUNSEL

**PLEASE TAKE NOTICE** that **Nate C. Flanigin** of the law firm of Cooper & Scully, P.C., 900 Jackson Street, Suite 100, Dallas, Texas 75202, Telephone (214) 712-9500, Facsimile (214) 712-9540, hereby enters an appearance on behalf of Plaintiffs Jennifer Vanderstock; Michael G. Andren; Tactical Machining, LLC; and Firearms Policy Coalition, Inc.

Counsel requests to be copied on all future pleadings, discovery, court orders, notices and other papers required to be served under the Federal Rules of Civil at the following address and contact information:

Nate C. Flanigin
State Bar No. 24137919
nate.flanigin@cooperscully.com

**COOPER & SCULLY, P.C.**
900 Jackson Street, Suite 100

Dallas, Texas 75202  
Telephone: 214-712-9500  
Facsimile: 214-712-9540

Respectfully submitted,

**COOPER & SCULLY, P.C.**

By: */s/ Nate C. Flanigin*
    **R. BRENT COOPER**
    State Bar No. 04783250
    brent.cooper@cooperscully.com
    **NATE C. FLANIGIN**
    State Bar No. 24137919
    nate.flanigin@cooperscully.com

900 Jackson Street, Suite 100
Dallas, Texas 75202
Telephone: 214.712.9500
Facsimile: 214.712.9540

**ATTORNEYS FOR PLAINTIFFS
JENNIFER VANDERSTOK, MICHAEL G. ANDREN, TACTICAL MACHINING, LLC, AND FIREARMS POLICY COALITION, INC.**

## CERTIFICATE OF SERVICE

      I hereby certify that on the 14th day of November, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

      */s/ Nate C. Flanigin*
      **NATE C. FLANIGIN**