UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JENNIFER VANDERSTOK, et al., § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Civil Action No. 4:22-cv-00691-O |
| § | |
| BLACKHAWK MANUFACTURING § | |
| GROUP INC., et al., § | |
| § | |
| Intervenor Plaintiffs, § | |
| § | |
| v. § | |
| § | |
| MERRICK GARLAND, et al. § | |
| § | |
| Defendants. § | |

## STATUS REPORT ORDER

On November 20, 2023, the United States Court of Appeals for the Fifth Circuit handed down its decision on the Summary and Final Judgment in this case. In light of that decision, the Court hereby **ORDERS** the parties to meet and confer and provide a joint report regarding the status of this case and how the parties intend to proceed **no later than December 4, 2023**.

**SO ORDERED** on this **20th day** of **November, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE