# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| JENNIFER VANDERSTOK, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> BLACKHAWK MANUFACTURING ) <br> GROUP INC., *et al.* ) <br> ) <br> Intervenor Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MERRICK GARLAND, in his official ) <br> Capacity as Attorney General of the United ) <br> States, *et al.*, ) | Civil Action No. 4:22-cv-00691-O |

## MOTION TO WITHDRAW

Marc A. Nardone, attorney for the Plaintiff, Polymer80, respectfully requests this Court to allow him to withdraw as Counsel for the Plaintiff. As grounds for this Motion, the undersigned counsel states that he will no longer be with the firm.

Wherefore, undersigned counsel requests that this Court grant his Motion to Withdraw.

Respectfully submitted on December 28, 2023.

> */s/ Marc A. Nardone*
> Marc A. Nardone* (DC Bar No. 1023570)
> Bradley Arant Boult Cummings LLP
> 1615 L Street, N.W., Suite 1350
> Washington, DC 20036
> P: (202) 719-8256
> F: (202) 719-8356
> mnardone@bradley.com
>
> *Counsel for Intervenor Plaintiff Polymer80 Inc.*
> *Admitted *pro hac vice*

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 28, 2023 a true and correct copy of the Motion to Withdraw was served via the Court's CM/ECF system to all counsel of record.

/s/Marc A. Nardone
Marc A. Nardone* (DC Bar No. 1023570)