IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JENNIFER VANDERSTOK, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>BLACKHAWK MANUFACTURING )<br>GROUP INC., *et al.* )<br>)<br>Intervenor Plaintiffs, )<br>)<br>v. )<br>)<br>MERRICK GARLAND, in his official )<br>Capacity as Attorney General of the United )<br>States, *et al.*, ) | Civil Action No. 4:22-cv-00691-O |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Before the Court is Attorney Marc A. Nardone's Motion to Withdraw as Counsel for Plaintiff, Polymer80, Incorporated. Having reviewed and considered the Motion, the Court hereby orders that the Motion is **GRANTED**. Marc A. Nardone is hereby permitted to withdraw as counsel for the Plaintiff, Polymer80, Incorporated.

**IT IS SO ORDERED.**

_____     _____
DATE                                                              JUDGE

1