# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| **JENNIFER VANDERSTOK, et al.,** § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Civil Action No. 4:22-cv-00691-O |
| § | |
| **BLACKHAWK MANUFACTURING** § | |
| **GROUP INC., et al.,** § | |
| § | |
| Intervenor Plaintiffs, § | |
| § | |
| v. § | |
| § | |
| **MERRICK GARLAND, et al.** § | |
| § | |
| Defendants. § | |

## ORDER

Before the Court is the Motion to Withdraw Marc A. Nardone as Counsel (ECF No. 275), filed December 28, 2023. Mr. Nardone seeks to withdraw as counsel of record for Intervenor-Plaintiff Polymer80, Inc. due to his departure from the law firm of Bradley Arant Boult Cummings LLP. Intervenor-Plaintiff remains represented by fellow attorneys of that same law firm. Upon review, the Court determines that the Motion (ECF No. 275) should be and is hereby **GRANTED**.

Accordingly, it is **ORDERED** that Marc A. Nardone be withdrawn as counsel of record for Polymer80, Inc. in the above-captioned case. The Clerk of Court is **DIRECTED** to remove Marc A. Nardone from the electronic service list.

**SO ORDERED** on this **5th day** of **January, 2024**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE