UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JENNIFER VANDERSTOK, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 4:22-cv-00691-O |
| BLACKHAWK MANUFACTURING GROUP INC., et al., | § § § § | |
| Intervenor Plaintiffs, | § § | |
| v. | § § § | |
| MERRICK GARLAND, et al. | § § § | |
| Defendants. | § | |

## STATUS REPORT ORDER

The United States Court of Appeals for the Fifth Circuit handed down its decision on the Summary and Final Judgment in this case. *See VanDerStok v. Garland*, 86 F.4th 179 (5th Cir. 2023). In light of that decision, the Court ordered the parties to meet and confer and provide a joint report regarding the status of this case and how the parties intend to proceed. *See* Status Report Order, ECF No. 273. The parties accordingly filed their joint report on December 4, 2023. *See* Joint Status Report, ECF No. 274.

Having reviewed the joint report and applicable law, the Court **ORDERS** Defendants to file a status report notifying the Court if and when they file a petition for writ of certiorari (or seek any other form of review) with the Supreme Court of the United States on this case, or when the time for seeking any such review has expired, whichever occurs first.

**SO ORDERED** on this **5th day** of **January, 2024**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE