UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JENNIFER VANDERSTOK *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MERRICK GARLAND, in his official capacity as Attorney General of the United States *et al.*, <br><br> Defendants. | Case No. 4:22-cv-00691-O |

### NOTICE OF FILING OF PETITION FOR CERTIORARI

The Court's Status Report Order dated January 5, 2024 (ECF No. 277) directed Defendants to "file a status report notifying the Court if and when they file a petition for writ of certiorari (or seek any other form of review) with the Supreme Court of the United States on this case, or when the time for seeking any such review has expired, whichever occurs first." In accordance with the Court's order, Defendants respectfully notify the Court that Defendants have filed a petition for certiorari with the Supreme Court in this case. *See Garland v. VanDerStok*, No. 23-852 (S. Ct.).

DATED: February 8, 2024                        Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

LESLEY FARBY
Assistant Director, Federal Programs Branch

*/s/ Daniel Riess*
DANIEL RIESS
TAISA M. GOODNATURE
JEREMY S.B. NEWMAN

1

        Trial Attorneys
        Civil Division, Federal Programs Branch
        U.S. Department of Justice
        1100 L Street, NW
        Washington, DC 20005
        Phone: (202) 353-3098
        Email: Daniel.Riess@usdoj.gov
        *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

On February 8, 2024, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

        */s/ Daniel Riess*