UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JENNIFER VANDERSTOK, et al., § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | Civil Action No. 4:22-cv-00691-O |
| § | |
| BLACKHAWK MANUFACTURING § | |
| GROUP INC., et al., § | |
| § | |
| Intervenor Plaintiffs, § | |
| § | |
| v. § | |
| § | |
| MERRICK GARLAND, et al. § | |
| § | |
| Defendants. § | |

**ORDER**

The United States Court of Appeals for the Fifth Circuit handed down its decision on the Summary and Final Judgment in this case. *See VanDerStok v. Garland*, 86 F.4th 179 (5th Cir. 2023). In light of that decision, the Court ordered the parties to meet and confer and provide a joint report regarding the status of this case and how the parties intend to proceed. *See* Status Report Order, ECF No. 273. The parties accordingly filed their joint report on December 4, 2023, notifying the Court of their opposing positions as to how the case should proceed. *See* Joint Status Report, ECF No. 274.

Having considered the joint report and applicable law, the Court subsequently ordered Defendants to file a status report notifying the Court if and when they file a petition for writ of certiorari (or seek any other form of review) with the Supreme Court of the United States on this case, or when the time for seeking any such review has expired, whichever occurs first. *See* Status Report Order, ECF No. 277. On February 8, 2023, Defendants filed a Notice of Filing of Petition

for Certiorari, notifying the Court that they "have filed a petition for certiorari with the Supreme Court in this case." Notice, ECF No. 278 (citing *Garland v. VanDerStok*, No. 23-852 (S. Ct.)).

Accordingly, it is **ORDERED** that the above-captioned case is hereby **STAYED** pending termination of the stay granted in the August 8, 2023 Order of the Supreme Court of the United States. *See Garland v. VanDerStok*, No. 23A82 (U.S. Aug. 8, 2023). The Clerk of Court is **DIRECTED** to administratively close the above-captioned case for statistical purposes until otherwise directed by the Court.

**SO ORDERED** on this **13th day** of **February, 2024**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE