RECEIVED
By Tamara Ellis at 3:21 pm, Apr 23, 2024

# United States Court of Appeals
## FIFTH CIRCUIT
## OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 23, 2024

Ms. Karen S. Mitchell
Northern District of Texas, Fort Worth
United States District Court
501 W. 10th Street
Room 310
Fort Worth, TX 76102

    No. 23-10718   VanDerStok v. Garland
                         USDC No. 4:22-CV-691

Dear Ms. Mitchell,

Enclosed is a copy of the Supreme Court order granting certiorari.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Renee S. McDonough, Deputy Clerk
                              504-310-7673