# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

April 22, 2024

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130

    Re: Merrick B. Garland, Attorney General, et al.
         v. Jennifer VanDerStok, et al.
         No. 23-852
         (Your No. 23-10718)

Dear Clerk:

    The Court today entered the following order in the above-entitled case:

    The petition for a writ of certiorari is granted.

Sincerely,

*Scott S. Harris*

**Scott S. Harris**, Clerk



U.S. COURT OF APPEALS
RECEIVED
APR 22 2024
FIFTH CIRCUIT