UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JENNIFER VANDERSTOK *et al.*, | |
| Plaintiffs, | Case No. 4:22-cv-00691-O |
| v. | |
| PAMELA BONDI,[1] in her official capacity as Attorney General of the United States *et al.*, | |
| Defendants. | |

**JOINT STATUS REPORT**

1. The Court's Order dated May 12, 2025 (ECF No. 287) directed the parties to "file a joint status report . . . detailing the remaining issues before the Court, and proposing a timeline for resolution for those issues." In accordance with the Court's Order, the parties respectfully file this joint status report.

2. This case involves an Administrative Procedure Act challenge to a rule issued by the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") pertaining to firearms, 87 Fed. Reg. 24,652 (Apr. 26, 2022) (codified at 24 C.F.R pts. 447, 478, and 479).

3. The President issued an Executive Order on February 7, 2025, titled Protecting Second Amendment Rights. Exec. Order No. 14,206, 90 Fed. Reg. 9503 (Feb. 12, 2025). Among other things, the Order directs the Attorney General to "examine" various "actions of executive departments and agencies" to "assess any ongoing infringements of the Second Amendment rights of our citizens, and present a proposed plan of action to the President, through the Domestic Policy Advisor, to protect

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d)(1), Pamela Bondi is automatically substituted for her predecessor, Merrick Garland, Attorney General of the United States.

the Second Amendment rights of all Americans." *Id.* § 2(a). The Order specifically directs the Attorney General, as part of that process, to review all "[r]ules promulgated by the Department of Justice, by [ATF], from January 2021 through January 2025, pertaining to firearms and/or Federal firearms licensees." *Id.* § 2(b)(ii). In addition, the order directs the Attorney General to review "[t]he positions taken by the United States in any and all ongoing and potential litigation that affects or could affect the ability of Americans to exercise their Second Amendment rights." *Id.* § 2(b)(v). The Attorney General's review process is currently ongoing.

4.   Because this case involves a challenge to a "[r]ule[] promulgated by the Department of Justice, including by [ATF], from January 2021 through January 2025 pertaining to firearms," the challenged rule falls within the purview of the Attorney General's review process. All but one of the parties therefore respectfully request that the Court stay this case for sixty (60) days to allow additional time for the Attorney General's review. The requesting parties further propose that this Court require the parties to file another joint status report at the end of that stay in sixty (60) days to provide this Court with an update and to propose subsequent steps necessary to resolve this matter. Intervenor Plaintiff Defense Distributed does not join the stay request and intends to continue litigating against all challenged aspects of the rule that the Defendants will not cease enforcing against Defense Distributed even during the review process.

DATED: May 27, 2025                                  Respectfully submitted,


                                                     */s/ Cody J. Wisniewski*
                                                     Cody J. Wisniewski\* (CO Bar No. 50415)
                                                     FPC Action Foundation
                                                     5550 Painted Mirage Road, Suite 320
                                                     Las Vegas, NV  89149
                                                     Telephone: (615) 955-4306
                                                     Telecopy: (615) 334-0463
                                                     cwi@fpcafhq.org

                                                     \*Admitted pro hac vice

/s/ *J. Mark Brewer*
J. MARK BREWER
Texas Bar No. 02965010
800 Bering Dr., Suite 201
Houston, TX 77057
Phone: (713) 725-4788
brewer@bplaw.com

MATTHEW J. SMID
Texas Bar No. 24063541
301 Commerce Street, Suite 2001
Fort Worth, Texas 76102
Phone: (817) 332-3822
Fax: (817) 332-2763 Fax
matt@mattsmidlaw.com

Michael J. Sullivan
*Pro Hac Vice*, MA Bar No. 487210
Ashcroft Law Firm, LLC
200 State Street, 7th Floor
Boston, MA 02109
Phone: (617) 573-9400
msullivan@ashcroftlawfirm.com

/s/ *Chad Flores*
Chad Flores
Texas Bar No. 24059759
Flores Law PLLC
917 Franklin Street, Suite 600
Houston, Texas 77002
Phone: (713) 893-9440
Email:  cf@chadflores.law

*Attorneys for Plaintiffs*

ERIC J. HAMILTON
Deputy Assistant Attorney General

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANDREW I. WARDEN
Assistant Director, Federal Programs Branch

*/s/ Jeremy S.B. Newman*
DANIEL RIESS
JEREMY S.B. NEWMAN
Trial Attorneys
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Phone: (202) 532-3114
Email: jeremy.s.newman@usdoj.gov

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

On May 27, 2025, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Jeremy S.B. Newman*
