UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JENNIFER VANDERSTOK, *et al.*, § <br> § <br> Plaintiffs, § <br> § <br> § <br> v. § <br> § <br> PAMELA BONDI, in her official capacity § <br> as Attorney General of the United States, § <br> *et al.*, § <br> § <br> Defendants. § | Civil Action No. 4:22-cv-00691-O |

## ORDER

Before the Court is the parties' Joint Status Report (ECF No. 290) informing the Court that the challenged rule falls within the purview of the Attorney General's review under Exec. Order No. 14,206, 90 Fed. Reg. 9503 (Feb. 12, 2025) and requesting to stay the case until the Attorney General's review is complete. Intervenor Plaintiff Defense Distributed does not join the stay request, however. The Court therefore **ORDERS** Intervenor Plaintiff Defense Distributed to respond and explain its opposition **no later than June 6, 2025**, at which point the Court will determine whether a stay is warranted.

**SO ORDERED** this **30th day** of **May, 2025**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE