UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JENNIFER VANDERSTOK *et al.*, | |
| Plaintiffs, | Case No. 4:22-cv-00691-O |
| v. | |
| PAMELA BONDI, in her official capacity as Attorney General of the United States *et al.*, | |
| Defendants. | |

## NOTICE OF RECENT AUTHORITY

Defendants respectfully bring to the Court's attention a recent decision, *Trump v. Boyle*, No. 25A11, 2025 WL 2056889 (U.S. July 23, 2025), in further support of Defendants' brief in opposition to Defense Distributed's motion for preliminary injunction (ECF No. 297). The Supreme Court in *Boyle* granted a stay of proceedings because the stay application was "squarely controlled" by a prior Supreme Court interim order. The Court explained: "Although our interim orders are not conclusive as to the merits, they inform how a court should exercise its equitable discretion in like cases."

Here, as explained in Defendants' opposition brief, the Supreme Court has already rejected Defense Distributed's motion for emergency injunctive relief preventing the rule challenged in this case from being implemented as to Defense Distributed during the pendency of this case. *Boyle*'s explanation that Supreme Court orders "inform how a court should exercise its equitable discretion in like cases" provides further support that this same requested relief should be denied again here.

A copy of the decision is attached hereto.

DATED: July 24, 2025                                    Respectfully submitted,

                                                            BRETT A. SHUMATE
Assistant Attorney General, Civil Division

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANDREW I. WARDEN
Assistant Director, Federal Programs Branch

*/s/ Daniel Riess*
DANIEL RIESS
JEREMY S.B. NEWMAN
Trial Attorneys
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Phone: (202) 353-3098
Email: Daniel.Riess@usdoj.gov
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

On July 24, 2025, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

                                                                                              */s/ Daniel Riess*