UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| DEFENSE DISTRIBUTED,<br>　　　　Plaintiff<br><br>v.<br><br>PAMELA BONDI in her Official<br>Capacity as Attorney General of the<br>United States, *et al.*,<br><br>　　　　Defendants. | §<br>§<br>§<br>§<br>§　Civil Action No. 4:22-cv-00691-O<br>§<br>§<br>§<br>§<br>§<br>§ |

**Defense Distributed's Notice of Appeal**

　　Defense Distributed appeals to the United States Court of Appeals for the Fifth Circuit from this Court's refusal of the preliminary injunction requested by Defense Distributed's Motion for a Preliminary Injunction," Doc. 293 (filed June 6, 2025), Defense Distributed's Reply in Support of Defense Distributed's Motion for a Preliminary Injunction, Doc. 299 (filed July 11, 2025), and Defense Distributed's Notice of Irreparable Harm in Support of Defense Distributed's Motion for a Preliminary Injunction, Doc. 301 (filed January 26, 2026).

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　By /s/ *Chad Flores*
　　　　　　　　　　　　　　　　　　　Chad Flores
　　　　　　　　　　　　　　　　　　　　chad@chadflores.law
　　　　　　　　　　　　　　　　　　　　Texas Bar No. 24059759
　　　　　　　　　　　　　　　　　　　Flores Law PLLC
　　　　　　　　　　　　　　　　　　　917 Franklin Street, Suite 600
　　　　　　　　　　　　　　　　　　　Houston, Texas 77002
　　　　　　　　　　　　　　　　　　　P: (713) 893-9440
　　　　　　　　　　　　　　　　　　　F: (832) 645-2496

　　　　　　　　　　　　　　　　　　　Counsel for Defense Distributed

2

## Certificate of Service

A true and correct copy of the foregoing document was served via the Court's CM/ECF system to all counsel of record on the day of its filing.

<u>/s/ Chad Flores</u>
Chad Flores

Case 4:22-cv-00691-O    Document 302    Filed 03/12/26    Page 2 of 2    PageID 6104