**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **JENNIFER VANDERSTOK, *et al.*,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:22-cv-00691-O** |
| | § | |
| **PAMELA BONDI, in her official capacity** | § | |
| **as Attorney General of the United States,** | § | |
| ***et al*.,** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER

Before the Court is Plaintiff Defense Distributed's Motion for Injunction Pending Appeal (ECF No. 305). In order to expeditiously resolve this Motion, the Court **ORDERS** any response in opposition to be filed no later than **March 26, 2026**.

**SO ORDERED** this **19th day** of **March, 2026**.

_____
Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**