# EXHIBIT 1

## *Defense Distributed; D&B Duns Market Identifiers Plus                    (US)*

November 30, 2025

Defense Distributed

8403 Cross Park Dr

AUSTIN, Texas 78754-4539

United States


**BUSINESS ADDRESS:** 8403 Cross Park Dr, AUSTIN, TX 78754-4539, United States
**Metropolitan Statistical Area:** Austin-San Marcos, TX - 0640
**County:** Travis
**Other Locations:**
**CONGRESSIONAL DISTRICT:** 10th Congressional District  - block face level


## Communications

**Telephone:** 512-584-8013


## Company Identifiers

**DUNS NUMBER:** 07-973-6654


## Company Information

**Founded:** 2012
**Legal Status:** Corporation
**Organization Type:** Single Location
**Employees:**
**Employee Total:** 12
**Employees At This Location:** 12 - Actual
**Employee Total One Year Ago:** 12
**Employee Total Three Years Ago:** 12


## Executives

Director:
Cody R Wilson, Director


## Description

**Industry Type:** Manufacturing; Mfg Small Arms

Defense Distributed; D&B Duns Market Identifiers Plus

## Market And Industry

**SIC Codes:**

3484 - Small arms

34840000 - Small arms, nsk
**Markets:**
**SALES TERRITORY:** U.S.

## Financials

## Income Statement

**Sales Revision Date:** June 7, 2025
**Annual Sales:** $2,000,000 - Actual
**Revenue:** $2,000,000 - Actual
**Annual Sales One Year Ago:** $2,000,000
**Annual Sales Three Years Ago:** $2,000,000



D&B Duns Market Identifiers Plus                (US)
Copyright 2026  Dun & Bradstreet, Inc.

**End of Document**