UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

|  |  |
|---|---|
| JENNIFER VANDERSTOK *et al.*, <br><br>     Plaintiffs, <br><br>   v. <br><br> PAMELA BONDI, in her official capacity as Attorney General of the United States *et al.*, <br><br>     Defendants. | Case No. 4:22-cv-00691-O |

## JOINT STATUS REPORT

In accordance with the Court's March 19, 2026 Order, ECF No. 304, the parties hereby respectfully submit this Joint Status Report.

This case involves an Administrative Procedure Act challenge to a rule issued by the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") pertaining to firearms, 87 Fed. Reg. 24,652 (Apr. 26, 2022) (codified at 24 C.F.R pts. 447, 478, and 479).

ATF has advised that it plans to take agency action to amend the challenged rule. This development may materially affect the nature of the parties' claims and defenses. Accordingly, to conserve the limited resource of the Court and those of the parties, the parties—with the exception of intervenor-plaintiffs Defense Distributed and Second Amendment Foundation ("SAF")—respectfully request that the Court maintain the present stay of proceedings, and allow the parties to file additional joint status reports every ninety (90) days to update the Court as to the present status of ATF's consideration of the Rule. Indeed, in a case parallel to this case that challenges the same rule, *Morehouse Enterprises LLC v. ATF*, No. 3:22-cv-00116-PDW-ARS (D.N.D.), the court has adopted this exact protocol, with the case stayed and the parties filing joint status reports every 90 days.

Defense Distributed and SAF proposes that they proceed to renewed summary judgment briefing on its claims. Defendants do not oppose this proposal. Defense Distributed and SAF and Defendants are presently negotiating the dates of a briefing schedule, and respectfully request that the Court permit them to file their proposed schedule on or before April 9, 2026.

A proposed order is attached hereto.

DATED: April 2, 2026

Respectfully submitted,

*/s/ Cody J. Wisniewski*
Cody J. Wisniewski* (CO Bar No. 50415)
FPC Action Foundation
5550 Painted Mirage Road, Suite 320
Las Vegas, NV 89149
Telephone: (615) 955-4306
Telecopy: (615) 334-0463
cwi@fpcafhq.org
*Admitted pro hac vice

*/s/ J. Mark Brewer*
J. MARK BREWER
Texas Bar No. 02965010
800 Bering Dr., Suite 201
Houston, TX 77057
Phone: (713) 725-4788
brewer@bplaw.com

MATTHEW J. SMID
Texas Bar No. 24063541
301 Commerce Street, Suite 2001
Fort Worth, Texas 76102
Phone: (817) 332-3822
Fax: (817) 332-2763
matt@mattsmidlaw.com

Michael J. Sullivan
Pro Hac Vice, MA Bar No. 487210
Ashcroft Law Firm, LLC
200 State Street, 7th Floor
Boston, MA 02109
Phone: (617) 573-9400
msullivan@ashcroftlawfirm.com

1

*/s/ Chad Flores*
Chad Flores
Texas Bar No. 24059759
Flores Law PLLC
917 Franklin Street, Suite 600
Houston, Texas 77002
Phone: (713) 893-9440
Email: cf@chadflores.law

*Attorneys for Plaintiffs*


BRETT A. SHUMATE
Assistant Attorney General, Civil Division

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANDREW I. WARDEN
Assistant Director, Federal Programs Branch

*/s/ Daniel Riess*
DANIEL RIESS
JEREMY S.B. NEWMAN
Trial Attorneys
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Phone: (202) 353-3098
Email: Daniel.Riess@usdoj.gov
*Attorneys for Defendants*


## CERTIFICATE OF SERVICE

On April 2, 2026, I electronically submitted the foregoing document with the clerk of court

for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the

court. I hereby certify that I have served all parties electronically or by another manner authorized by

Federal Rule of Civil Procedure 5(b)(2).

*/s/ Daniel Riess*

2