**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

|  |  |
|---|---|
| JENNIFER VANDERSTOK *et al.*, <br><br>　　Plaintiffs, <br><br>　v. <br><br> TODD BLANCHE,[1] in his official capacity as Acting Attorney General of the United States *et al.*, <br><br>　　Defendants. | Case No. 4:22-cv-00691-O |

## PROPOSED BRIEFING SCHEDULE

In accordance with the Court's April 3, 2026 Order, ECF No. 311, Intervenor Plaintiffs Defense Distributed and Second Amendment Foundation ("DD/SAF") and Defendants hereby respectfully submit this proposed schedule for renewed merits briefing on DD/SAF's claims:

| Brief | Deadline | Page Limit |
|---|---|---|
| DD/SAF's motion for summary judgment | April 24, 2026 | 50 pages |
| Defendants' cross-motion for summary judgment and response to DD/SAF's motion | May 22, 2026 | 50 pages |
| DD/SAF's reply in support of their motion for summary judgment and response to Defendants' motion | June 19, 2026 | 50 pages |
| Defendants' reply in support of their cross-motion | July 17, 2026 | 35 pages |

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Todd Blanche is automatically substituted for his predecessor, Pamela Bondi, Attorney General of the United States.

A proposed order is attached hereto.

DATED: April 9, 2026

Respectfully submitted,

*/s/ Chad Flores*
Chad Flores
Texas Bar No. 24059759
Flores Law PLLC
917 Franklin Street, Suite 600
Houston, Texas 77002
Phone: (713) 893-9440
Email: cf@chadflores.law

*Attorneys for Intervenor Plaintiffs Defense Distributed and Second Amendment Foundation*

BRETT A. SHUMATE
Assistant Attorney General, Civil Division

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANDREW I. WARDEN
Assistant Director, Federal Programs Branch

*/s/ Daniel Riess*
DANIEL RIESS
JEREMY S.B. NEWMAN
Trial Attorneys
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Phone: (202) 353-3098
Email:  Daniel.Riess@usdoj.gov
*Attorneys for Defendants*

2

## CERTIFICATE OF SERVICE

On April 9, 2026, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.  I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/  Daniel Riess*

3