**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **JENNIFER VANDERSTOK,** *et al.*, | § § § | |
| **Plaintiffs,** | § § § | |
| **v.** | § § § | **Civil Action No. 4:22-cv-00691-O** |
| **TODD BLANCHE, in his official capacity as Acting Attorney General of the United States,** *et al.*, | § § § § | |
| **Defendants.** | § § | |

## ORDER

As the Court has previously explained, it desires to "resolve *all* remaining issues involved in this lawsuit." ECF No. 304. Accordingly, the Court **ORDERS** all Plaintiffs and Defendants to move for summary judgment in accordance with the following schedule:

| Brief | Deadline | Page Limit |
|---|---|---|
| Plaintiffs' motion for summary judgment | April 24, 2026 | 50 pages |
| Defendants' cross-motion for summary judgment and response to Plaintiffs' motion | May 22, 2026 | 50 pages |
| Plaintiffs' reply in support of their motion for summary judgment and response to Defendants' motion | June 19, 2026 | 50 pages |
| Defendants' reply in support of their cross-motion | July 17, 2026 | 35 pages |

**SO ORDERED** on this **10th day** of **April, 2026**.

Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**