# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

JENNIFER VANDERSTOK, *et al.*,

                            *Plaintiffs*,

      v.

TODD W. BLANCHE, in his official
capacity as Acting Attorney General of the United
States, *et al.*,

                            *Defendants*.

Civil Action No. 4:22-cv-00691-O

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Jennifer VanDerStok; Michael G. Andren; Tactical Machining, LLC; and Firearms Policy Coalition, Inc. ("Plaintiffs"), Intervenor-Plaintiff Not an LLC dba JSD Supply ("Intervenor-Plaintiff JSD"), Intervenor-Plaintiff Blackhawk Manufacturing Group Inc. dba 80 Percent Arms ("Intervenor-Plaintiff Blackhawk") and Defendants Todd W. Blanche, Acting Attorney General of the United States, in his official capacity; the United States Department of Justice; Daniel P. Driscoll, Acting Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives, in his official capacity; and the Bureau of Alcohol, Tobacco, Firearms and Explosives ("Defendants," collectively with Plaintiffs, Intervenor-Plaintiff JSD, and Intervenor-Plaintiff Blackhawk, "Stipulating Parties") hereby stipulate to the dismissal of all of Plaintiffs', Intervenor-Plaintiff JSD's, and Intervenor-Plaintiff Blackhawk's remaining claims in this action against Defendants without prejudice, with each party to bear its own costs and attorneys' fees. The Stipulating Parties do not intend this

stipulation of dismissal to have any impact on Intervenor-Plaintiffs Defense Distributed and Second Amendment Foundation's remaining claims in this matter.

DATED: April 22, 2026                          Respectfully submitted,


                                               /s/ Cody J. Wisniewski
                                               CODY J. WISNIEWSKI*
                                               Colorado Bar No. 50415
                                               FPC ACTION FOUNDATION
                                               5550 Painted Mirage Road, Suite 320
                                               Las Vegas, NV 89149
                                               Telephone: (615) 955-4306
                                               Telecopy: (615) 334-0463
                                               cwi@fpcafhq.org
                                               *Admitted pro hac vice

                                               R. BRENT COOPER
                                               Texas Bar No. 04783250
                                               COOPER & SCULLY, P.C.
                                               900 Jackson Street, Suite 100
                                               Dallas, TX  75202
                                               Telephone: (214) 712-9500
                                               Telecopy: (214) 712-9540

                                               *Attorneys for Plaintiffs Jennifer VanDerStok,
                                               Michael G. Andren, Tactical Machining, Inc;
                                               and Firearms Policy Coalition, Inc.*


                                               /s/ J. Mark Brewer
                                               J. MARK BREWER
                                               Texas Bar No. 02965010
                                               800 Bering Dr., Suite 201
                                               Houston, TX 77057
                                               Phone: (713) 725-4788
                                               brewer@bplaw.com

                                               MATTHEW J. SMID
                                               Texas Bar No. 24063541
                                               301 Commerce Street, Suite 2001
                                               Fort Worth, Texas 76102
                                               Phone: (817) 332-3822
                                               Fax: (817) 332-2763

matt@mattsmidlaw.com

*Attorneys for Intervenor-Plaintiff Not an LLC dba JSD Supply*

/s/ Michael J. Sullivan
Michael J. Sullivan*
MA Bar No. 487210
ASHCROFT LAW FIRM, LLC
15 Broad Street, Suite 500
Boston, MA 02109
Phone: (617) 573-9400
msullivan@ashcroftlawfirm.com
*Admitted *pro hac vice*

*Attorney for Intervenor-Plaintiff Blackhawk Manufacturing Group, LLC dba 80 Percent Arms*

/s/ Chad Flores
Chad Flores
Texas Bar No. 24059759
FLORES LAW PLLC
917 Franklin Street, Suite 600
Houston, Texas 77002
Phone: (713) 893-9440
cf@chadflores.law

*Attorney for Intervenor-Plaintiffs Defense Distributed & Second Amendment Foundation*

BRETT A. SHUMATE
Assistant Attorney General, Civil Division

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANDREW I. WARDEN
Assistant Director, Federal Programs Branch

/s/ Daniel Riess
DANIEL RIESS
JEREMY S.B. NEWMAN
Trial Attorneys
Civil Division, Federal Programs Branch

U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Phone: (202) 353-3098
Daniel.Riess@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that, on April 22, 2026, a true and correct copy of the foregoing document was served via the Court's CM/ECF system to all counsel of record.

/s/ Cody J. Wisniewski
Cody J. Wisniewski
FPC ACTION FOUNDATION