UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| DEFENSE DISTRIBUTED, | § | |
| Plaintiff | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 4:22-cv-00691-O |
| TODD WALLACE BLANCHE, in his | § | |
| Official Capacity as Acting Attorney | § | |
| General of the United States, *et al.*, | § | |
| | § | |
| Defendants. | § | |
| | § | |

**Defense Distributed and the Second Amendment Foundation's
Motion for Summary Judgment**

**Defense Distributed and the Second Amedment Foundation's
Motion for Summary Judgment**

Defense Distributed and the Second Amendment Foundation, Inc. ("SAF") move for summary judgment against all Defendants as follows.

I.      **Count Two: APA § 706(2)(A)—Failure to consider.**

Defense Distributed and SAF move for summary judgment against Defendants on Count Two of Defense Distributed and SAF's complaint, *see* Doc. 143 at 22-23, ¶¶ 67-69, for the reasons set forth in their prior motion for summary judgment on this Count, *see* Doc. 165 at 2; Doc. 166 at 2-4; Doc 193 at 1-10, and the brief accompanying the instant submission.

II.     **Count Three: APA § 706(2)(A), (C)—Delegation.**

Defense Distributed and SAF move for summary judgment against Defendants on Count Three of Defense Distributed and SAF's complaint, *see* Doc. 143 at 23-24, ¶¶ 70-73, for the reasons set forth in their prior motion for summary judgment on this Count, *see* Doc. 165 at 3; Doc. 166 at 2; Doc 193 at 10, and the brief accompanying the instant submission.

III.    **Count Four: APA § 706(2)(A), (C)—Change of position.**

Defense Distributed and SAF also move for summary judgment against Defendants on Count Four of Defense Distributed and SAF's complaint, *see* Doc. 143 at 24-25, ¶¶ 74-76, for the reasons set forth in their prior motion for summary judgment on this Count, *see* Doc. 165 at 3; Doc. 166 at 2; Doc 193 at 10, and the brief accompanying the instant submission.

IV.     **Count Five: APA § 706(2)(B)—Right to Keep and Bear Arms.**

Defense Distributed and SAF also move for summary judgment against Defendants on Count Five of Defense Distributed and SAF's complaint, *see* Doc. 143 at 25, ¶¶ 77-80, for the

reasons set forth in their prior motion for summary judgment on this Count, *see* Doc. 165 at 3; Doc. 166 at 2; Doc 193 at 10, and the brief accompanying the instant submission.

**V.      Count Six: APA § 706(2)(B)—Due Process Clause.**

Defense Distributed and SAF also move for summary judgment against Defendants on Count Six of Defense Distributed and SAF's complaint, *see* Doc. 143 at 25-27, ¶¶ 81-86, for the reasons set forth in their prior motion for summary judgment on this Count, *see* Doc. 165 at 3-4; Doc. 166 at 2; Doc 193 at 10, and the brief accompanying the instant submission.

### Conclusion

For these reasons, Defense Distributed and SAF request that the Court issue a summary judgment holding the Final Rule unlawful, setting it aside, and enjoining its enforcement against Defense Distributed and SAF's members.  *See* Doc. 143 at 27, ¶¶ 88-90.   The request for costs and attorney's fees, *id.* at 27, ¶ 93, should be addressed thereafter.

Respectfully submitted,

By /s/ *Chad Flores*
Chad Flores
  chad@chadfloreslaw.com
  Texas Bar No. 24059759
Flores Law PLLC
917 Franklin Street, Suite 600
Houston, Texas 77002
P: (713) 893-9440
F: (832) 645-2496

Counsel for Defense Distributed and
the Second Amendment Foundation, Inc.

**Certificate of Service**

A true and correct copy of the foregoing document was served via the Court's CM/ECF system to all counsel of record on the day of its filing.

/s/ Chad Flores
Chad Flores