**Chad Flores <chad@chadflores.law>**

---

# VanDerStok v. Bondi -- status report

1 message

---

**Riess, Daniel (CIV)** <Daniel.Riess@usdoj.gov>                    Tue, May 13, 2025 at 2:50 PM
To: Cody Wisniewski <cwi@fpchq.org>, Erin Erhardt <eerhardt@mslegal.org>, Kaitlyn Schiraldi <kschiraldi@mslegal.org>,
"msullivanashcroftlaw (Vendor)" <msullivan@ashcroftlawfirm.com>, Chad Flores <cf@chadflores.law>,
"matt@mattsmidlaw.com" <matt@mattsmidlaw.com>, "Daniels, Dennis" <dldaniels@bradley.com>
Cc: "Newman , Jeremy S. (CIV)" <Jeremy.S.Newman@usdoj.gov>

Dear All:

We're writing in response to the district court's order in *VanDerStok* directing the parties to file a joint status report by May 27.

As you may know, an executive order has directed the Attorney General to "review . . . [r]ules promulgated by the Department of Justice, including by [ATF], from January 2021 through January 2025 pertaining to firearms. . . ."  Exec. Order No. 14,206, 90 Fed. Reg. 9503 (Feb. 7, 2025).

In addition, the order directs the Attorney General to review "[t]he positions taken by the United States in any and all ongoing and potential litigation that affects or could affect the ability of Americans to exercise their Second Amendment rights."  The Attorney General's review process is currently ongoing.

In light of the Attorney General's ongoing review, we believe it'd be premature to propose case-related deadlines here.  Instead, to allow the Attorney General the opportunity to review firearm-related rules, and to help ensure that litigation is informed by the views of current agency leadership, we plan to ask that the district court either administratively stay or otherwise hold this case in abeyance for 60 days, at which time Defendants will update the court with a status report.  This disposition would be consistent with *Morehouse Enterprises v. ATF*, no. 22-116 (D.N.D.), another case challenging the same rule, which is administratively stayed to allow the Attorney General the opportunity to complete her review.

We're happy to draft up a status report along these lines for your review.  Please let us know if you have any questions.

Thank you,
Daniel

Daniel Riess

Trial Attorney

Federal Programs Branch

U.S. Department of Justice, Civil Division

1100 L Street, N.W.

Washington, D.C. 20005

Case 4:22-cv-00691-O     Document 317-1     Filed 04/24/26     Page 2 of 2     PageID 6196

(202) 353-3098