Case 4:22-cv-00691-O    Document 317-2    Filed 04/24/26    Page 1 of 1    PageID 6197



**Chad Flores <chad@chadflores.law>**

---

# VanDerStok v. Blanche (ND Texas)

---

**Riess, Daniel (CIV)** <Daniel.Riess@usdoj.gov>                    Wed, Apr 8, 2026 at 4:34 PM
To: Cody Wisniewski <cwi@fpcafhq.org>, "matt@mattsmidlaw.com" <matt@mattsmidlaw.com>, Chad Flores
<cf@chadflores.law>, "msullivanashcroftlaw (Vendor)" <msullivan@ashcroftlawfirm.com>, "mmccoy@mslegal.org"
<mmccoy@mslegal.org>, Mark Brewer <mbrewer@bplaw.com>
Cc: "Newman , Jeremy S. (CIV)" <Jeremy.S.Newman@usdoj.gov>

Dear All:

As you know, in *VanDerStok v. Blanche* (N.D. Texas), the government previously requested a stay to
evaluate ATF Final Rule 2021R-05F in light of Executive Order 14206 ("Protecting Second Amendment
Rights"). At this time, the government has decided to maintain the current definition of firearm "frame" and
"receiver" contained in that final rule.

If this additional information affects your position regarding the present stay of proceedings, then we
propose conferring and filing a status report to update the Court by next Thursday, April 16, as appropriate.
However, because the Court has directed Defense Distributed, Second Amendment Foundation, and
Defendants to file a proposed renewed merits briefing schedule by tomorrow, and those parties have agreed
on a proposed schedule, we plan to file that proposed schedule tomorrow.

Best regards,
Daniel

Daniel Riess

Trial Attorney

Federal Programs Branch

U.S. Department of Justice, Civil Division

1100 L Street, N.W.

Washington, D.C. 20005

(202) 353-3098