

**Chad Flores <chad@chadflores.law>**

---

## RE: [EXTERNAL] Re: VanDerStok v. Blanche (ND Texas)

---

**Riess, Daniel (CIV)** <Daniel.Riess@usdoj.gov>                    Tue, Apr 14, 2026 at 8:30 AM
To: Cody Wisniewski <cwi@fpcafhq.org>
Cc: "matt@mattsmidlaw.com" <matt@mattsmidlaw.com>, Chad Flores <cf@chadflores.law>, "msullivanashcroftlaw (Vendor)" <msullivan@ashcroftlawfirm.com>, "mmccoy@mslegal.org" <mmccoy@mslegal.org>, Mark Brewer <mbrewer@bplaw.com>, "Newman , Jeremy S. (CIV)" <Jeremy.S.Newman@usdoj.gov>

Hi Cody,

Please disregard my emails dated April 8 and 9.  The government has advised that it is considering changes to the frame/receiver rule by ATF being challenged in this case.

Sincerely,

Daniel

Daniel Riess

Trial Attorney

Federal Programs Branch

U.S. Department of Justice, Civil Division

1100 L Street, N.W.

Washington, D.C. 20005

(202) 353-3098

---

**From:** Cody Wisniewski <cwi@fpcafhq.org>
**Sent:** Thursday, April 9, 2026 3:31 PM
**To:** Riess, Daniel (CIV) <Daniel.Riess@usdoj.gov>
**Cc:** matt@mattsmidlaw.com; Chad Flores <cf@chadflores.law>; msullivanashcroftlaw (Vendor) <msullivan@ashcroftlawfirm.com>; mmccoy@mslegal.org; Mark Brewer <mbrewer@bplaw.com>; Newman , Jeremy S. (CIV) <Jeremy.S.Newman@usdoj.gov>
**Subject:** Re: [EXTERNAL] Re: VanDerStok v. Blanche (ND Texas)

Thank you, Daniel.

Is the government intending to modify any other portions of the Final Rule that were challenged in the scope of this matter?

Best,

Cody J. Wisniewski*

President and CEO

FPC Action Foundation

**Please note my new contact information:**

P: 615-955-4306

E: cwi@fpcafhq.org


*Not Licensed to Practice Law in the State of Nevada

***Email Confidentiality Note***

The information contained in this electronic message may contain attorney-client privileged and confidential information only for use of the owner of the email address listed as the recipient of this message. Further, this email may contain information that is proprietary and/or constitutes a trade secret. This email, including attachments, constitutes non-public information intended to be conveyed only to the designated recipient of this communication, please be advised that any disclosure, dissemination, distribution, copying, or use of this communication or any attached document is strictly prohibited. If you have received this communication in error, please immediately destroy the same and notify the sender by return email and by telephone at 615-955-4306.


On Thu, Apr 9, 2026 at 10:50 AM Riess, Daniel (CIV) <Daniel.Riess@usdoj.gov> wrote:

> Hi Cody,
>
> I understand, and apologize for causing frustration. I've simply been reporting to the parties the status of the government's position as accurately as I can.
>
> The proposal of filing a status report next Thursday was just that, a proposal. If you need longer to discuss with your clients, please feel free to take whatever time you need.
>
> To answer your question, the government does not intend to modify any part of the Final Rule that defines what constitutes a "firearm" subject to regulation under the Gun Control Act.
>
> Sincerely,
> Daniel
>
> Daniel Riess
>
> Trial Attorney
>
> Federal Programs Branch
>
> U.S. Department of Justice, Civil Division
>
> 1100 L Street, N.W.

Washington, D.C. 20005

(202) 353-3098

---

**From:** Cody Wisniewski <cwi@fpcafhq.org>
**Sent:** Wednesday, April 8, 2026 6:03 PM
**To:** Riess, Daniel (CIV) <Daniel.Riess@usdoj.gov>
**Cc:** matt@mattsmidlaw.com; Chad Flores <cf@chadflores.law>; msullivanashcroftlaw (Vendor) <msullivan@ashcroftlawfirm.com>; mmccoy@mslegal.org; Mark Brewer <mbrewer@bplaw.com>; Newman , Jeremy S. (CIV) <Jeremy.S.Newman@usdoj.gov>
**Subject:** [EXTERNAL] Re: VanDerStok v. Blanche (ND Texas)

Hi Daniel -

The timing here is deeply frustrating, as this was directly relevant to our discussions on this matter last week, and now, after months of no information we get an update one week after jointly requesting a renewed stay. We will discuss this matter internally and let you know our position once we've had a chance to do so. Given this development, that will take us some time and I cannot commit to anything by next Thursday.

For clarity, as it is relevant to our discussion, is the government maintaining the entirety of the Final Rule, or just specifically the definition of "frame" and "receiver."

Best,

Cody J. Wisniewski*

President and CEO

FPC Action Foundation

**Please note my new contact information:**

P: 615-955-4306

E: cwi@fpcafhq.org

*Not Licensed to Practice Law in the State of Nevada

***Email Confidentiality Note***

The information contained in this electronic message may contain attorney-client privileged and confidential information only for use of the owner of the email address listed as the recipient of this message. Further, this email may contain information that is proprietary and/or constitutes a trade secret. This email, including attachments, constitutes non-public information intended to be conveyed only to the designated recipient of this communication, please be advised that any disclosure, dissemination, distribution, copying, or use of this communication or any attached document is strictly prohibited. If you have received this communication in error, please immediately destroy the same and notify the sender by return email and by telephone at 615-955-4306.

On Wed, Apr 8, 2026 at 4:34 PM Riess, Daniel (CIV) <Daniel.Riess@usdoj.gov> wrote:

Dear All:

As you know, in *VanDerStok v. Blanche* (N.D. Texas), the government previously requested a stay to evaluate ATF Final Rule 2021R-05F in light of Executive Order 14206 ("Protecting Second Amendment Rights"). At this time, the government has decided to maintain the current definition of firearm "frame" and "receiver" contained in that final rule.

If this additional information affects your position regarding the present stay of proceedings, then we propose conferring and filing a status report to update the Court by next Thursday, April 16, as appropriate. However, because the Court has directed Defense Distributed, Second Amendment Foundation, and Defendants to file a proposed renewed merits briefing schedule by tomorrow, and those parties have agreed on a proposed schedule, we plan to file that proposed schedule tomorrow.

Best regards,
Daniel

Daniel Riess

Trial Attorney

Federal Programs Branch

U.S. Department of Justice, Civil Division

1100 L Street, N.W.

Washington, D.C. 20005

(202) 353-3098