

**Chad Flores <chad@chadflores.law>**

## RE: VanDerStok v. Bondi (ND Texas) -- status report

1 message

---

**Riess, Daniel (CIV)** <Daniel.Riess@usdoj.gov>                    Fri, Mar 27, 2026 at 11:24 AM
To: Cody Wisniewski <cwi@fpchq.org>, "msullivanashcroftlaw (Vendor)" <msullivan@ashcroftlawfirm.com>, Chad Flores
<cf@chadflores.law>, "matt@mattsmidlaw.com" <matt@mattsmidlaw.com>, "mmccoy@mslegal.org" <mmccoy@mslegal.org>
Cc: "Newman , Jeremy S. (CIV)" <Jeremy.S.Newman@usdoj.gov>

Dear All:

We also wanted to offer an alternative proposal.  ATF is planning to take additional action with respect to the
frame/receiver rule.  Unfortunately, we can't provide any more details at the moment, either regarding the
nature of the action or the anticipated time frame.  However, to prevent the parties from expending
unnecessary effort here, we think it'd be worth holding off on merits briefing for now to let ATF take the
action it plans to take.  Instead, the parties could file periodic joint status reports, say, every 90 days.  (That's
just what the parties are doing in the parallel case to this one in the District of North Dakota.)

Please let us know if plaintiffs and intervenor-plaintiffs would be amenable to this proposal.

Best regards,
Daniel

---

**From:** Riess, Daniel (CIV)
**Sent:** Tuesday, March 24, 2026 2:30 PM
**To:** 'Cody Wisniewski' <cwi@fpchq.org>; 'Erin Erhardt' <eerhardt@mslegal.org>; 'Kaitlyn Schiraldi'
<kschiraldi@mslegal.org>; 'Sullivan, Mike' <msullivan@ashcroftlawfirm.com>; 'Chad Flores'
<cf@chadflores.law>; 'matt@mattsmidlaw.com' <matt@mattsmidlaw.com>; 'Daniels, Dennis'
<dldaniels@bradley.com>
**Cc:** Newman , Jeremy S. (CIV) <Jeremy.S.Newman@usdoj.gov>
**Subject:** VanDerStok v. Bondi (ND Texas) -- status report

Dear All:

We're writing in response to the district court's order in *VanDerStok* directing the parties to file a joint status
report by April 2.

Please let us know if plaintiffs (including intervenor-plaintiffs) intend to press forward with their remaining
claims in this case.  If so, to streamline the Court's review and avoid confusion, we propose entering into a
renewed merits briefing schedule, with both parties filing one opening and closing brief (*i.e.*, all plaintiffs
would file one consolidated opening brief, followed by a consolidated opening brief by all defendants, a
consolidated closing brief by all plaintiffs, and a consolidated closing brief from all defendants).

If this proposal is acceptable, please let us know what deadline plaintiffs would like to propose for their opening brief.  We can then propose a date for our opening brief, and work from there.


Please let us know if you have any questions.



Thank you,
Daniel


Daniel Riess

Trial Attorney

Federal Programs Branch

U.S. Department of Justice, Civil Division

1100 L Street, N.W.

Washington, D.C. 20005

(202) 353-3098