# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

DEFENSE DISTRIBUTED *et al.*,

    Plaintiffs,

  v.

TODD BLANCHE, in his official capacity as Acting Attorney General of the United States *et al.*,

    Defendants.

Case No. 4:22-cv-00691-O

## DEFENDANTS' COMBINED OPPOSITION TO DEFENSE DISTRIBUTED AND SECOND AMENDMENT FOUNDATION'S MOTION FOR SUMMARY JUDGMENT AND CROSS-MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Defendants hereby move this Court to enter summary judgment for Defendants, and to deny Defense Distributed and Second Amendment Foundation, Inc.'s motion for summary judgment (ECF No. 316). In accordance with Local Rule 56.5, this motion is accompanied by a brief that sets forth the arguments and authorities on which Defendants rely in support of this motion, and that contains the matters required by Local Rules 56.3(a) and 56.4(a). A proposed order also accompanies this motion.

DATED: May 22, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General, Civil Division

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANDREW I. WARDEN
Assistant Director, Federal Programs Branch

/s/ Daniel Riess
DANIEL RIESS
JEREMY S.B. NEWMAN
Trial Attorneys
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Phone: (202) 353-3098
Email: Daniel.Riess@usdoj.gov
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

On May 22, 2026, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ Daniel Riess

2