## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

|  |  |
|---|---|
| DEFENSE DISTRIBUTED *et al.*, | |
| Plaintiffs, | Case No. 4:22-cv-00691-O |
| v. | |
| TODD BLANCHE, in his official capacity as Acting Attorney General of the United States *et al.*, | |
| Defendants. | |

## <u>PROPOSED ORDER</u>

Came on this day Defendants' Cross-Motion for Summary Judgment, and the Court having read the motion and pleadings on file is of the opinion that the motion is meritorious and should be **GRANTED**.  It is therefore **ORDERED** that judgment is entered for Defendants.

Dated: _____, 2026     _____

REED O'CONNOR
UNITED STATES DISTRICT JUDGE