# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

|  |  |
|---|---|
| DEFENSE DISTRIBUTED *et al.*, | |
| Plaintiffs, | Case No. 4:22-cv-00691-O |
| v. | |
| TODD BLANCHE, in his official capacity as Acting Attorney General of the United States *et al.*, | |
| Defendants. | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendants respectfully move this Court for a seven-day extension for Defendants to file their reply brief in support of their renewed cross-motion for summary judgment (ECF No. 318). In support of this motion, Defendants state as follows:

1. Under the Court's Scheduling Order (ECF No. 314), Defendants' reply brief in support of their cross-motion for summary judgment is presently due on July 17, 2026.

2. Defendants require additional time to prepare their cross-motion for summary judgment because counsel for Defendants has expending considerable litigation resources dealing with emergency matters in other cases for the past two weeks, because of key absences among agency personnel, because of the July 4 holiday, and because of the press of business and other litigation.

3. Counsel for Plaintiffs are not opposed to this motion.

Accordingly, Defendants respectfully request that their unopposed motion for extension of time be granted. A proposed order is attached hereto.

DATED: July 13, 2026

Respectfully submitted,


BRETT A. SHUMATE
Assistant Attorney General, Civil Division

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANDREW I. WARDEN
Assistant Director, Federal Programs Branch

*/s/ Daniel Riess*
DANIEL RIESS
JEREMY S.B. NEWMAN
Trial Attorneys
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Phone: (202) 353-3098
Email: Daniel.Riess@usdoj.gov
*Attorneys for Defendants*


## CERTIFICATE OF SERVICE

On July 13, 2026, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Daniel Riess*

2