UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

DEFENSE DISTRIBUTED *et al.*,

    Plaintiffs,

  v.

TODD BLANCHE, in his official capacity as
Acting Attorney General of the United States
*et al.*,

    Defendants.

Case No. 4:22-cv-00691-O

## DEFENDANTS' MOTION TO EXCEED PAGE LIMITS

Defendants respectfully move this Court for an order for leave to file the attached closing merits brief (reply in support of their renewed cross-motion for summary judgment) that is 3 pages great than the page limit in the Court's April 10, 2026 scheduling order.  Order, ECF No. 314. Defendants' proposed closing merits brief is 38 pages, excluding the cover page, table of contents, and table of authorities.  In support of this motion, Defendants, through undersigned counsel, state the following:

1.    The request for leave to file a closing merits brief of no greater than 38 pages is reasonable.  Defendants are responding to Plaintiffs' closing brief, which is 37 pages in length.

2.    Plaintiffs' summary judgment briefs include arguments that the Rule challenged in this case is inconsistent with the Administrative Procedure Act, and also with the Second and Fifth Amendments, together with other constitutional provisions.  The requested page extension is necessary for Defendants to respond adequately to these arguments, and in order to aid the Court's determination as to the ultimate disposition of this case.

1

3. Defendants' closing merits brief also requires additional pages because it includes discussion of jurisdictional issues, merits issues, and the scope of any relief to be awarded in this case.

4. Defendants have not sought any extension of the page limits previously in conjunction with their renewed summary judgment briefing.

5. Plaintiffs oppose the relief sought in this motion.

Accordingly, Defendants respectfully request that their motion for leave to exceed page limits be granted.

DATED: July 24, 2026          Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General, Civil Division

ALEXANDER K. HAAS
Director, Federal Programs Branch

ANDREW I. WARDEN
Assistant Director, Federal Programs Branch

*/s/ Daniel Riess*
DANIEL RIESS
JEREMY S.B. NEWMAN
Trial Attorneys
Civil Division, Federal Programs Branch
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20005
Phone: (202) 353-3098
Email: Daniel.Riess@usdoj.gov
*Attorneys for Defendants*

2

**CERTIFICATE OF CONFERENCE**

I certify that I have conferred with counsel for all plaintiffs.  Plaintiffs oppose the relief sought in this motion.

*/s/ Daniel Riess*

**CERTIFICATE OF SERVICE**

On July 24, 2026, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.  I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

*/s/ Daniel Riess*