**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | |
|---|---|
| JENNIFER VANDERSTOK *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>TODD BLANCHE, in his official capacity as Acting Attorney General of the United States *et al.*,<br><br>    Defendants. | Case No. 4:22-cv-00691-O |

**PROPOSED ORDER**

Came on this day Defendants' Motion to Exceed Page Limits, and the Court having read the motion and pleadings on file is of the opinion that the motion is meritorious and should be **GRANTED**.  It is therefore **ORDERED** that Defendants have leave to file the closing merits brief attached to their motion (ECF No. 324-1), which does not exceed 38 pages.

Dated: _____, 2026          _____
                                                REED O'CONNOR
                                                UNITED STATES DISTRICT JUDGE