**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **JENNIFER VANDERSTOK,** *et al.***,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:22-cv-00691-O** |
| | § | |
| **TODD BLANCHE, in his official capacity** | § | |
| **as Acting Attorney General of the United** | § | |
| **States,** *et al.***,** | § | |
| | § | |
| **Defendants.** | § | |

**ORDER**

Before the Court are Defendants' Motion to Exceed Page Limits (ECF No. 325) and Plaintiffs Defense Distributed and the Second Amendment Foundation's Response (ECF No. 326). Having reviewed, Defendants' Motion, and noting Plaintiffs' opposition, the Court finds that Defendants' Motion is **GRANTED**. Accordingly, the Clerk of Court is directed to docket Defendants' reply brief (ECF No. 325-1) as a separate docket entry.

To cure any prejudice to Plaintiffs, the Court will permit Plaintiffs to file a 3-page surreply by no later than **July 30, 2026**.

**SO ORDERED** on this **27th day** of **July, 2026**.

Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**

1