**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **JENNIFER VANDERSTOK, *et al.*,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| | § | |
| **v.** | § | **Civil Action No. 4:22-cv-00691-O** |
| | § | |
| **TODD BLANCHE, in his official capacity as Acting Attorney General of the United States, *et al.*,** | § | |
| | § | |
| **Defendants.** | § | |

**<u>JUDGMENT</u>**

This Judgment is issued pursuant to Fed. R. Civ. P. 58(a).

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. Plaintiffs Defense Distributed and the Second Amendment Foundation, Inc.'s Motion for Summary Judgment (ECF No. 316) is **GRANTED** as to Counts Five and Six of the Intervenor Complaint (ECF No. 143).

2. Defendants' Motion for Summary Judgment (ECF No. 318) is **GRANTED** as to Counts One, Two, Three, and Four of the Intervenor Complaint (ECF No. 143).

3. The Court **DECLARES** that 27 C.F.R. § 478.11 and 27 C.F.R. § 478.12(c) are unconstitutional under the Second Amendment and void for vagueness under the Due Process Clause of the Fifth Amendment and cannot be enforced against Defense Distributed, SAF, or any of SAF's current or future members.

4. The Court **ENJOINS** Defendants from enforcing 27 C.F.R. § 478.11 and 27 C.F.R. § 478.12(c) against Defense Distributed, SAF, or any of SAF's current or future members with respect to Defense Distributed's M1911 80% Frames and G80 Build Kit, Unfinished Receiver, and Grip Module.

5. Any relief not expressly granted herein is **DENIED**. The clerk shall transmit a true copy of this Final Judgment to the parties.

**SO ORDERED** on this **18th day** of **August, 2026**.

Reed O'Connor
CHIEF UNITED STATES DISTRICT JUDGE