**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **DEFENSE DISTRIBUTED and THE SECOND AMENDMENT FOUNDATION, INC., Plaintiffs,** | § | |
| **v.** | § | **Civil Action No. 4:22-cv-00691-O** |
| **TODD WALLACE BLANCHE, in his Official Capacity as Acting Attorney General of the United States, *et al.*, Defendants.** | § | |

**Notice of Appeal**

Defense Distributed and the Second Amendment Foundation, Inc. appeal to the United States Court of Appeals for the Fifth Circuit from the Document 331 "Judgment" entered on August 18, 2026, and all decisions merged therein, including the Document 330 "Opinion & Order" of August 17, 2026.

Respectfully submitted,

By /s/ *Chad Flores*
Chad Flores
chad@chadfloreslaw.com
Texas Bar No. 24059759
Flores Law PLLC
917 Franklin Street, Suite 600
Houston, Texas 77002
P: (713) 364-6640
F: (832) 645-2496

Counsel for Defense Distributed and
the Second Amendment Foundation, Inc.

**Certificate of Service**

A true and correct copy of the foregoing document was served via the Court's CM/ECF system to all counsel of record on the day of its filing.

/s/ Chad Flores
Chad Flores